# EXHIBIT 1

Ex. 1. Photo of Huntington Beach City Council members in MAGA caps, 2024. (Embedded in the Complaint and below).

The photo appeared, for example, in:
Ryan Mills, December 29, 2024, How a Laid-Back California Beach Town Emerged as Headquarters for the Anti-Newsom Resistance, NationalReview.com. https://www.nationalreview.com/news/how-a-laid-back-california-beach-town-emerged-as-headquarters-for-the-anti-newsom-resistance/

Alec Regimbal, December 9, 2024, 'MAGA-nificent 7': Republicans fill every seat on California city council. SFGate.com. https://www.sfgate.com/politics/article/gop-supermajority-now-controls-huntington-beach-19970158.php

Jim Carlton, February 14, 2025, America's Trumpiest City Council is Thriving. WSJ.com. https://www.wsj.com/us-news/americas-trumpiest-city-council-is-thrivingin-newsoms-california-e671f21c  and MSN.com  https://www.msn.com/en-us/news/us/america-s-trumpiest-city-council-is-thriving-in-newsom-s-california/ar-AA1z5qsg



Huntington Beach council members Butch Twining, Don Kennedy, Pat Burns, Chad Williams, Gracey Van Der Mark, Casey McKeon, Tony Strickland, and city attorney Michael Gates donned 'Make Huntington Beach Great Again' hats during the council's swearing-in ceremony in December. (Joe Katchka)