# EXHIBIT 2

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 2. Printout of full social media discussion thread of an announcement dated January 21, 2025 on City of Huntington Beach-Government Facebook page about a Founder's Legacy special event with Chris Epting, author and host of Hidden Huntington Beach. Reflects reputation of Chris Epting for partisan politics. Accessible online here:

https://www.facebook.com/cityofhb/posts/pfbid0bvsj27wEAiu5gwLoSv6rc9KUmsEJMY8ivcfeJAehAYk2bN24cbuadqgfpJKp48ARl



Ex. 2, Pg. 61









Ex. 2, Pg. 65





Ex. 2, Pg. 67