# EXHIBIT 3

Ex. 3. Link to video of Kluwe's City Council protest on February 20, 2025 posted on ABC7's website. Accessible online here: https://abc7.com/post/former-vikings-punter-chris-kluwe-arrested-huntington-beach-council-meeting-protesting-maga-president-donald-trump/15934971/