# EXHIBIT 4

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 4. Printout of full social media discussion thread for a post on the Huntington Beach Community Forum (HBCF) Facebook page originated on February 19, 2025 by Denise Kavanaugh criticizing Kluwe. Accessible online here: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/



Ex. 4, Pg. 70

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is…
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT



Denise Kavanaugh's Post

Denise Kavanaugh
**Luke Dennis** my goodness
13w    Share                                    5

Greg Sanfilippo
**Luke Dennis** the "peaceful tolerant" left. 😊
13w    Share                                   25

Denise Kavanaugh
**Luke Dennis** can you imagine taking the time and materials to create a severed head of Justin Bieber and carrying it to a local city council meeting? Sick.
13w    Share                              20

Maria Arzaga-Piccolo
**Denise Kavanaugh** that chick should really leave her blow up male at home.
13w    Share                              2

Moe Howard
**Luke Dennis** no class and not even original. Low IQ copy. And then we have the masked Zoro who obviously wears it to hide her face. This meme is for her.

**IF THEY HAD JUST MADE THEM WEAR MASKS THERE WOULDN'T BE AN EGG SHORTAGE**

13w    Share                               7

Douglas Henry
**Luke Dennis** what does this lady have against Billy Idol?
13w    Share                               2

Luke Dennis
**Douglas Henry** I think it's a Trump Voodoo doll head
13w    Share

Nora Brock
**Luke Dennis** looks just like her
13w    Share                               2

Craig Bradford
Once The Nazi card is used argument over. President Trump not only has Jewish grandchildren but is deeply appreciated by Israel. In addition comparing The President and his MAGA movement to the killing of 6,000,000 Jews is an insult to the Jewish community. This has no place in our city council meetings. It is 100 percent false and I am embarrassed for those that applaud it. God Bless America and Huntington Beach
13w    Share    Edited                    91

Michael Boots Banaciak

Ex. 4, Pg. 71

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is...
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT



## Denise Kavanaugh's Post

Once The Nazi card is used argument is over. President Trump not only has Jewish grandchildren but is deeply appreciated by Israel. In comparing The President and his MAGA movement to the killing of 6,000,000 Jews is an insult to the Jewish community. This has no place in our city council meetings. It is 100 percent false and I am embarrassed for those that applaud it. God Bless America and Huntington Beach

13w    Share    Edited    91

**Michael Boots Banasiak**
**Craig Bradford** people do not argue facts anymore. Just repeat tag lines they heard.

13w    Share    19

**Melissa Hill**
**Craig Bradford** a Jewish friend of mine, called him a Nazi recently. I sat there dumbfounded. As Trump the week before just signed an order for colleges to fight antisemitism. It makes no sense.

13w    Share    17

**Linda Andrea**
**Melissa Hill** it doesn't make any sense. They're literally going crazy right in front of us.

13w    Share    3

**Melissa Hill**
**Linda Andrea** it is quite sad really. 😢

13w    Share    3

**Sue Gordon**
**Melissa Hill** it's called a terminal case of TDS, Trump Derangement Syndrome! Some folks just refuse to see the man for who he truly is-a President who truly cares about our country. Our last "President-in-name only" was senile and before he was senile he and his family were corrupt. Taking money from Ukraine, China and Uzbekistan. His son, Hunter, was the bag man. Even his brother, Jim, was indicted for insurance fraud. It seemed like corruption ran in the family. I'm glad Biden is gone.

13w    Share    2

**Denise Kavanaugh**
**Sue Gordon** amen

13w    Share

**Max Bugrov**
he got black friends too huh. lmaoooo

13w    Share    2

**Patrick StLaurent**
**Craig Bradford** h I agree with you. Once they start waiving the Nazi card it's game over. My Grandfather was one of the men that started and financed the French Underground, smuggled Jews in hidden walls and room in not only his homes, but businesses and hotels he owned. I've heard countless stories when my mom was alive, and I have the pictures.

13w    Share    🥰

**James Roy**
Council is doing a great job!

13w    Share    29

**Craig Frampton**
I see the left acting like he`s a hero

13w    Share    11

**Kathy Neal**
**Craig Frampton** A legend in his own mind.

Sponsored

Order Today. Get it By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

**Denise Kavanaugh's Post**



Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is...
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT

## Denise Kavanaugh's Post



Brian Bruning
**Bri Phill** many conservatives can agree that what happened on Jan 6 was not at all good. Our only argument is the media and democrats calling it an insurrection.

How about stop deflecting to Jan 6 when your own party's behavior is called out.

13w   Share                                              8 👍😆

Susan Allen
**Brian Bruning** I'd like to know how they label the summer of love, day after week after month, other than "mostly peaceful" as towns are burning down, statues torn down, and people killed., and a DEI VP supporting funds to bail out the thugs. But, I guess they consider that ok since you NEVER hear them complain about that.

13w   Share   Edited                                    👍

Moe Howard
**Bri Phill** you and your minions are all a joke. You lost the national and city elections and act like spoiled kids. Come to think of it, you are not acting. Grow up. Snowflakes, yea, you imagine what a Navy Seal could have done to that 43 year old child? Here is your meme, it's all you have left of your fake bs. Now go back to the basement.

13w   Share                                             14 👍😆

Bri Phill
**Moe Howard** keep living your nazi life. You will go down in history as the bad guys, just like the other nazis did in the 30s and 40s. Take all your picture in your red hat so generations of family will know the kind of person you are.

13w   Share                                              7 😆😆

Moe Howard
See the meme I posted, that is all you have, calling people Nazi and the price of eggs. You lost the election, grow up and take a Midol.

13w   Share                                              2 👍

Eileen Hill
**Bri Phill** High five!! You and I are in the same elite club!! I got the same post from good Ole Mow...I meant to say Moe...really. Freudian slip! Lol!! We should do lunch!! Hahaha

13w   Share                                              2 👍

Burton Tarvin
**Bri Phill** wrote: "...you all dismiss Jan 6"
Let's go though it together.
Was a 1/6:
A) a riot, or
B) "AN AMRED INSURRECTION".

13w   Share                                              6 👍😆

Billy Blaney
**Bri Phill**

Ex. 4, Pg. 74

## Denise Kavanaugh's Post



A) a riot, or
B) "AN AMRED INSURRECTION".

13w · Share · 6 😆😍

**Billy Blaney**
Bri Phill

YOUR POST HAS BEEN RATED
3 KAMALAS AND 1 AOC
FOR HOW STUPID IT IS.

13w · Share · 17 😆😍😆

**John Kells**
Billy Blaney well played!

13w · Share · 3 😆😍

**Shayna Kamlet**
Bri Phill you lose any argument immediately when you compare those you disagree with to Hitler and Nazis. As a Jew, this one's for you 🖕

13w · Share · 19 👍😍😆

**Bri Phill**
Shayna Kamlet maybe you should look up the similarities. Bc you're Jewish, doesn't make you smart or educated of the matter. Maybe talk to some people at your Temple and ask "why are they comparing the modern Republican Party to that of the Nazi party?"

13w · Share · 7 😍😆😆

**Shayna Kamlet**
Bri Phill I know exactly why, because that's what you all do when you have nothing intelligent to say. Just disgusting comparison to get the minions riled up when MSNBC and CNN regurgitate it over and over. Grow up and educate yourself.

13w · Share · 11 👍😍😆

**Bri Phill**
Shayna Kamlet I'm getting some Stella Goldschlag vibes from you.

13w · Share · 2 👍😆

**Burton Tarvin**
Bri Phill a or b.
Don't run away.

13w · Share · 2 😆😍😆

**John Kells**
Bri Phill let me help you out with some history

13w · Share · 10 👍😆

**Bri Phill**
John Kells I don't think this is accurate but if we have those in common with Nazis so be it. It's infinitely better than being a bigot racist.

Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

Privacy · Consumer Health
Privacy · Terms · Advertising · Ad
Choices ▷ · Cookies · More · Meta
© 2025

Denise Kavanaugh's Post



**Bri Phill**
**John Kells** I don't think this is accurate but if we have those in common with Nazis so be it. It's infinitely better than being a bigot racist.

13w    Share     4

**John Kells**
**Bri Phill** you're an angry little elf aren't you. I'm no bigot, nor a racist.

13w    Share     4

**Moe Howard**
**John Kells** I thought the racist card was out of favor after Kamala lost?

13w    Share     3

**Burton Tarvin**
**Bri Phill** DEI is racism.

Equality is not.

Equity is.

Social justice model is rascit.

Equal protection under the law its not.

The party of racism is the party that wants equity, woke social justice and DEI.

13w    Share     7

**Dan Valentine**
**Bri Phill** it's 100% accurate, you been proven stupid to go along with a bigmouth...punks will be punks

13w    Share     2

**Bri Phill**
**Dan Valentine**

13w    Share

**Dan Valentine**
**Bri Phill** wtf? What are you, 12?

13w    Share

**Troy Partis**
**Shayna Kamlet** How's this fool not getting 86ed from this group for calling people nazis!!!

13w    Share

**Chris Tee**

I'M A TOLERANT LIBERAL!

Ex. 4, Pg. 76

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is...
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT



Denise Kavanaugh's Post

**Shayna Kamlet** How's this fool not getting 86ed from this group for calling people nazis!!!

13w · Share

**Chris Tee**

I'M A TOLERANT LIBERAL!

AGREE WITH ME OR ELSE YOU RACIST, SEXIST, HOMOPHOBIC, ISLAMOPHOBIC, XENOPHOBIC, INBRED, REDNECK, BIBLE THUMPING, NASCAR LOVING, GUN TOTING, AMERICA LOVING BIGOTS!

13w · Share 😂

**Nora Brock**
**Burton Tarvin** wonder why the fool won't answer you 🥺

13w · Share

**Melissa Hill**
**Bri Phill** you should really take a deep dive into who Biden pardoned. Please spare us your outrage.

13w · Share    12 😂😮😆

**Patrick StLaurent**
**Bri Phill** You don't know the first thing about the word NAZI. The mere fact that you use it in context to your belief demonstrates how out of touch you are not only with history but with what the Nazi movement was.

13w · Share    3 👍

**Bri Phill**
**Patrick StLaurent** sounds like you're an expert and trying to revive it.

13w · Share

**Patrick StLaurent**
**Bri Phill** - yeah I am an historical expert. My Grandfather was one of the founding members of the French Underground in the 1930's. It was his money that started it. So yeah I know a lot about it, from 1st hand accounts to hundreds of family historical pictures that were handed down to me.

The problem with individuals like you Bri, is you have no historical knowledge but you parade around like you do. Pathetic

13w · Share    👍

**Denise Kavanaugh**
**Bri Phill** nothing he said was factual. It's all made up in his mind. By the looks of your statement you are in the same category: looney tunes. He's a provocateur, look up the word. I'm sure you don't know what it means .

13w · Share    2 👍

**Bri Phill**
**Denise Kavanaugh** if facts are important to you, you wouldn't have voted for Trump. See the below. Let me guess fake news right... don't put the one word you learned this week on this thread to try to create some sort of credibility like you're educated. As soon as you stand behind a man like Trump, everyone knows you're either rich (or think you are) or incredibly stupid. One or the other. By you're comments, I don't think you're one of the rich ones. Happy you're learning new words man.

Ex. 4, Pg. 77

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is...
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT



## Denise Kavanaugh's Post

have voted for Trump. See the below. Let me guess fake news right... don't put the one word you learned this week on this thread to try to create some sort of credibility like you're educated. As soon as you stand behind a man like Trump, everyone knows you're either rich (or think you are) or incredibly stupid. One or the other. By your comments, I don't think you're one of the rich ones. Happy you're learning new words man.

13w  Share  Edited

**Denise Kavanaugh**
**Bri Phill** Wikipedia !! Yeah you're a joke.

13w  Share

**Bri Phill**
**Denise Kavanaugh** sorry I forgot who I was dealing with. The fairytale land of Trump lovers. Just do a simple google search and see how much info is on the subject matter.

13w  Share

**Denise Kavanaugh**
**Bri Phill** lol even more fake drivel. You are so tds infected it's terminal for you. Call someone who cares what you think

13w  Share  Edited

**Bri Phill**
**Denise Kavanaugh** typical Trumper. SMH just sucking down his lies. It's wild...

13w  Share

**Kathee Johnson**
That was unbelievable that they would applaud someone doing that. Had it been the other side going up to the dais they would be outraged.

13w  Share  Edited  21

**Michael Petris**
Kathee Johnson. Like storming our nation's capital?

13w  Share

**Denise Kavanaugh**
**Michael Petris** like that is the same thing? 🤦

13w  Share

**Kathee Johnson**
**Michael Petris** That was wrong too.

13w  Share

**Michael Petris**
Kathee Johnson. Yes, thank you. I think it was a tad more violent

Ex. 4, Pg. 78

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is...
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT



**Denise Kavanaugh's Post**

Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

**Denise Kavanaugh**
**Michael Petris** like that is the same thing? 🙋

**Kathee Johnson**
**Michael Petris** That was wrong too.

13w · Share

**Michael Petris**
Kathee Johnson. Yes, thank you. I think it was a tad more violent but, I guess everyone has their version of things.

Quick question, we're you more, less or about the same upset for Jan 6th as you were with Chris Kluwe?

13w · Share

**Michael Petris**
Denise Kavanaugh. That's my point! Why do I think you never condemned let alone voiced your displeasure about Jan 6th? Yet you sure got bent over Mr Kluwe, didn't you?

The man said his piece which is his right.

13w · Share

**Denise Kavanaugh**
**Michael Petris** he crossed the line by charging the dais . We have rules. He didn't go quietly he had to be carried out. He's a mediocre former punter and a performance actor. This was HB city council not the capitol. If you are so triggered get off social media. I saw a post calling him Kluwe Klux Klan. That's funny.

13w · Share

**Michael Petris**
Denise Kavanaugh. I saw the video. He stepped, not "charged" the dais and put his hands behind his back in anticipation of the arrest so quit being so over-the-top dramatic.

As far as his being a "mediocre punter", what the heck does that have to do with anything? (Btw, he punted in the NFL for 10-years. He must of been better than "mediocre").

Again he said his piece he was arrested and released and, now it's done. Quit wringing your hands over it.

13w · Share

**Denise Kavanaugh**
**Michael Petris** he was carried out and did not walk on his own. He got what he wanted. He's a provocateur and a kook.

13w · Share

**Mike Mendez**
You either voted for Trump or have a mental deficiency. Period.

13w · Share · 28 😮❤️😂

**Eileen Hill**
**Mike Mendez** IMHO..Those two traits are synonymous.

13w · Share · 8 👍❤️

**Billy Blaney**
**Eileen Hill** good thing that's just your opinion, which doesn't matter.

13w · Share · 5 👍

**Eileen Hill**
**Billy Blaney** as yours...

13w · Share · 2 👍

**Mike Mendez**
**Eileen Hill** be honest. You don't love the left and their ideals. You're just a Trump hater. Knowing this you should have some self control and not be involved in voting. Hold yourself accountable.

Privacy · Consumer Health
Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta
© 2025

## Denise Kavanaugh's Post



**Eileen Hill**
**Billy Blaney** as yours...

13w · Share · 2

**Mike Mendez**
**Eileen Hill** be honest. You don't love the left and their ideals. You're just a Trump hater. Knowing this you should have some self control and not be involved in voting. Hold yourself accountable.

13w · Share · 3

**Eileen Hill**
**Mike Mendez** Really stupid thing to post.

13w · Share

**Mike Mendez**
**Eileen Hill** because it's true. 🇺🇸🇺🇸

13w · Share

**Eileen Hill** **Mike Mendez** The only truth was that I am a Trump hater. You slobbered a mouthful there...but I pity your lack of critical thinking... I won't respond again, I have better things to do than argue with a fool. You can have the last words enjoy your Koolaid.

13w · Share · 2

**Mike Mendez**
**Eileen Hill** it's obvious. And no one with hate in their hearts should be making decisions for others. Stay home and crochet something nice for your president!

13w · Share · 2

**Eileen Hill**
**Mike Mendez** OK, breaking my oath to cut communication with you...just gotta pass on a little nugget. Meidastouch, 4 million followers, liberal bastion of truth, look it up sport, just showed that clip from the HB City Council meeting. Watching it and remembering all the lies and hate spewing here...I just had to inform people what Huntington Beach Surf City, the trumpiest in America really stands for. So, it is now my goal to spread this far as I can. Those of you on the side of the resistance...please feel free to copy and paste this.

Well, as a long time resident of Huntington Beach and the area I just want to ask if you want to spend your time and hard earned dollars on a summer break worrying if the gestapo are lurking nearby. Boycott the "Trumpiest city council in America" Maybe go skiing in Canada, eh?

13w · Share · Edited

**Mike Mendez**
**Eileen Hill** all we hear is " you hate Trump". Nothing you can say holds any substance. It's like listening to a drunk person. Just reading the derangement in your comments is sad. You've been totally indoctrinated by the media you watch.

13w · Share · 2

**Denise Kavanaugh**
**Mike Mendez** there is so much unchecked liberal mental illness just here in HB. Any rational person would not approve of that behavior , yet the left is applauding it. They definitely are the party of violence and hate.

13w · Share · 3

**Mike Mendez**
**Denise Kavanaugh** I 100% agree. They can't hold a conversation on topics without losing it, and they lack emotional restraint. When

Ex. 4, Pg. 80

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is…
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT

Page 11 of 31



Denise Kavanaugh's Post

Mike Mendez there is so much unchecked liberal mental illness just here in HB. Any rational person must not approve of that behavior, yet the left is applauding it. They definitely are the party of violence and hate.

13w · Share · 3

Mike Mendez
Denise Kavanaugh I 100% agree. They can't hold a conversation on topics without losing it, and they lack emotional restraint. When you see the things they type you just feel bad for them.

13w · Share · 3

Roy Strait
Eileen Hill You just proved his point

13w · Share · 2

Roy Strait
Mike Mendez Liberalism is a mental illness

13w · Share · 20

Cathy Giardina
Sad

13w · Share

Denise Garcia
The division in this country is sad and embarrassing. An America full of hate and segregation is not what you all voted for, is it?
I saw nothing "violent" about this speech. It's a bit of a stretch.
Jan.6 was violent.

13w · Share · Edited · 37

Luke Dennis
Denise Garcia crazy lady, the left is the cause of division in this Country...The 2024 election was a mass mandate with Trump....This Country voted to Make America Great Again...the left are the ones that hate America and want to divide itself from MAGA...Trump doesn't own MAGA it is up to all of us to Make America Great Again...

13w · Share · 20

Denise Garcia
Luke Dennis calling me crazy is good start is it? Hmm think before you speak

13w · Share · 4

Luke Dennis
Denise Garcia it's the only way to to speak to hate, Do you hate America?, it seems like it

13w · Share · Edited · 5

Elizabeth Ann Armstrong
Luke Dennis it's the only way some people speak. The rest act like civil respectful citizens.

13w · Share

Luke Dennis
Elizabeth Ann Armstrong don't get it twisted lady, your apathy is not civil ‼️

13w · Share

Denise Garcia
Luke Dennis lol nothing I said spoke of hate. I asked questions but never insulted or hated or called anyone "crazy". This isn't political, Hmm you might want to reevaluate your response. I pray you never have to experience true hate, being born here but being told to "go back to my country", school shooting violence, or your daughters freedom to choose what to do with her body slowly being taken away, etc.

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is…
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT



## Denise Kavanaugh's Post

13w · Share

**Denise Garcia**
**Luke Dennis** lol nothing I said spoke of hate. I asked questions but never insulted or hated or called anyone "crazy". This isn't political, Hmm you might want to reevaluate your response. I pray you never have to experience true hate, being born here but being told to "go back to my country", school shooting violence, or your daughters freedom to choose what to do with her body slowly being taken away, etc.
Where there's understanding there's no hate🙏

13w · Share · Edited            3

**Elizabeth Ann Armstrong**
**Denise Garcia** I don't think anyone watched it on this thread. I thought the same... He was articulate and peaceful and using an age old peaceful protest strategy. Look at his body... Completely compliant. No violent at all... Went straight down without a fight.

13w · Share · Edited            19

**Luke Dennis**
**Elizabeth Ann Armstrong** lady you align your self with crazy people

13w · Share            6

**Luke Dennis**

13w · Share            4

**Denise Garcia**
**Elizabeth Ann Armstrong** Exactly

13w · Share            2

**Elizabeth Ann Armstrong**
**Luke Dennis** yup, completely peaceful, you even have a photo to prove it, thank you ❤️

13w · Share · Edited            7

**Denise Garcia**
**Elizabeth Ann Armstrong** Yes. All I see is a lot hateful responses to civil and respectful comments we are making. How does this align with making America great😕

13w · Share            4

**Moe Howard**
**Denise Garcia** What happens when you encroach on a unauthorized area? You get arrested. This boy knew what he was

Sponsored

Order Today. Get
It By Tomorrow
discountmugs.com

Double Your
Impact
give-
sc.salvationarmy.org

Ex. 4, Pg. 82

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is…
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT

Page 13 of 31

Denise Kavanaugh's Post



**Denise Garcia**
**Elizabeth Ann Armstrong** Yes. All I see is a lot hateful responses to civil and respectful comments we are making. How does this align with making America great😕

13w    Share                                        4 👍

**Moe Howard**
**Denise Garcia** What happens when you encroach on a unauthorized area? You get arrested. This boy knew what he was getting into and deserves his jail time.

13w    Share    Edited                                 4 👍😆

**Elizabeth Ann Armstrong**
**Moe Howard** I don't understand why he went that far 🙁 I Don't know that part of the story.. did he become violent at that point?

13w    Share                                             👍

**Moe Howard**
**Elizabeth Ann Armstrong** no but you can not walk into a secured area. It is secured for a reason. What if he attacked a Council Member? The guy is calling people Nazi, not too stable. He broke the law and he got arrested. If he did not go into the secure area, he would be fine with his rant. He could just puff his chest out and pretend how cool he was to the other leftist

13w    Share                                          3 👍😆😆

**Elizabeth Ann Armstrong**
**Moe Howard** well the Nazi part is very common, so that doesn't really mean much sadly.

Walking beyond the ropes though...I would be interested to hear his thoughts. You might be right and he just got caught up in the moment as he was being cheered on. I'm glad it didn't go to violence. 😬

13w    Share

**Burton Tarvin**
**Denise Garcia** The police recognized a credible threat of violence after the speech when he climbed up the rope and entered the safety zone. And you're okay with that! He has the freedom to say whatever he wants. He can call anyone a Nazi if he chooses. In fact, I think he should do it even more—it's great. Why? Because most people are rational, and I believe leftists in the community should feel free to express themselves however they want. This has only helped distance public opinion from them and shifted liberals toward conservatives by six points. The left is so delusional they can't see the more the increase this type performance art the more rational people want NOTHING to do with leftists and are running away locally (by 6 points), in the county, state and across the national. Yugely!

📄 The New York Times                              ✕
Shift from 2020

13w    Share    8 👍❤️😆

**Denise Garcia**
**Burton Tarvin** all I said was calling it "violent" was a stretch. He complied with officers and went peacefully. Jan. 6 was violent

13w    Share                                          3 👍😆😆

**Burton Tarvin**
**Denise Garcia** speech is never violence. Unless it's a call for

Ex. 4, Pg. 83

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is…
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT

Page 14 of 31

Denise Kavanaugh's Post



13w · Share · 8

**Denise Garcia**
**Burton Tarvin** all I said was calling it "violent" was a stretch. He complied with officers and went peacefully. Jan. 6 was violent

13w · Share · 3

**Burton Tarvin**
**Denise Garcia** speech is never violence. Unless it's a call for action. Even "silence" is not violence.

It was his actions that prompted the police to take him down.

Those actions were:
1. Ducking under the rope
2. Entering the secure zone
3. Approaching the members

If he wanted to act peacefully, he could have:
1. Sat right behind the podium
2. Refused to leave when asked
3. Engaged in civil disobedience without escalation

Instead, he chose the former after exercising his speech.

January 6th was a riot.

So was the summer of 2020, when Blue cities, counties, and states stood by, letting chaos unfold to fuel their narrative of "Trump's America."

Both were wrong. But only one was sensationalized as an "armed insurrection" by the same people who downplayed the other.

13w · Share · 6

**Moe Howard**
Summer of love, arson, destruction, looting, well over 1 billion dollars in damage, 20 dead and over 2,000 police injured.

13w · Share · 3

**Moe Howard**
To think about it, Gov Tim Walz waited until 5 days to send in the National Guard. He let Minneapolis burn. And he was Kamala's VP choice. She help organize donations for bail to let the looters and arsonists out. What a cluster

13w · Share

**Mike Daly** **Denise Garcia** BLM riots were much more violent. The only one who died on Jan 6 was Ashley Babbit. An unarmed woman who was shot in the face by a capitol police.

13w · Share

**Mike Daly**
**Moe Howard** these people are brainwashed to default to the one time the right was even remotely "violent," and ignoring the fact that all these cities were on fire and police officers were murdered in cold blood. The left has always been the party of violence, you can go back to the 60s with the weather underground and their bombings.

13w · Share

**Moe Howard**
**Mike Daly** you mean like Chesa Boudin, ex DA of SF. His parents were Weather Underground and were in prison for a Brinks robbery. 2 police and a Brinks employee were killed. Chesa was raised by Bill Ayers, the founder of the Weather Underground. Even the extreme libs in SF could not handle the lawless and recalled him. He was funded by Soros, same as George Gascon, LA DA. LA finally got smart and voted him out due to crime. You would think the libs would learn from this?
https://www.nbcnews.com/ /parents-guilty-murder

Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org



## Denise Kavanaugh's Post

**Mike Daly** you mean like Chesa Boudin, ex DA of SF. His parents were Weather Underground and were in prison for a Brinks robbery. 2 police and a Brinks employee were killed. Chesa was raised by Bill Ayers, the founder of the Weather Underground. Even the extreme libs in SF could not handle the lawless and recalled him. He was funded by Soros, same as George Gascon, LA DA. LA finally got smart and voted him out due to crime. You would think the libs would learn from this?

https://www.nbcnews.com/.../parents-guilty-murder-raised...

NBCNEWS.COM
Parents guilty of murder and raised by radicals, Chesa Boudin is San Francisco's next DA

13w    Share

**Denise Garcia**
**Mike Daly** I do not condone violence. Your assumptions and generalizations are invalid and not helpful. Misinformation is a huge issue. I know exactly what happened in BLM and Jan 6. Both were bad.
However as a spouse of law enforcement, without naming names, men involved in assault and battery with a deadly weapon on BLM protesters are on this thread.
It's interesting the amount of hate. This doesn't seem to align with making America great. ✌️

13w    Share

**Susan Allen**
**Luke Dennis** I find it interesting that the left can't understand how Trump won. They should be blaming themselves for having such an unqualified candidate. They need to point the finger in the direction who caused their defeat.

13w    Share

**Brian Bruning**
**Denise Garcia** so was the BLM riots. Remind me which party supported them?

13w    Share    4 😮😂

**Denise Garcia**
**Brian Bruning** I do not condone violence. Political affiliation aside

13w    Share

**Brian Bruning**
**Denise Garcia** so why bring up Jan 6 as a deflection? Only that guy knows what his intentions were and he was stopped. Were they violent? Doesn't matter at this point he physically approached the council and was detained. Why did this guy feel he needed to do that? Why is he being lauded as a hero? Are those defending his actions condoning physical violence?

deflecting to other violence to lessen what this guy did is condoning violence. That's the point I'm trying to make.

13w    Share    3 👍

**Denise Garcia**
**Brian Bruning** absolutely not deflecting. Simply stating again, this was not violent. As it was being called an act of violence. I'm not sure where you're hearing this but I'm certainly not calling him a hero. Respectfully, Those are your words, not mine.
He was detained peacefully no resistance. And I understand why he was detained but there was no violence here. That's all. I think everyone is a bit too heated and needs to focus on more understanding and peace than being so quick to judge others. If we came together as country, we would be great 😊

Ex. 4, Pg. 85

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is...
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT



## Denise Kavanaugh's Post

**Brian Bruning** absolutely not deflecting. Simply stating again, this was not violent. As it was being called an act of violence. I'm not sure where you're hearing this but I'm certainly not calling him a hero. Respectfully, Those are your words, not mine.
He was detained peacefully no resistance. And I understand why he was detained but there was no violence here. That's all. I think everyone is a bit too heated and needs to focus on more understanding and peace than being so quick to judge others. If we came together as country, we would be great 😊

13w · Share

**Brian Bruning**
**Denise Garcia** why did that comparison need to made? If I said well at least Jan 6 wasn't as bad as the BLM/George Floyd riots that lasted 3 months it would be me trying to defend Jan 6 based on the amount of violence.

I think he was a perceived threat and was treated as such. I think anyone defending him or looking up to him is just a bad person. Democrats should want better for their party. I couldn't support at all what was done during Jan 6. It was a black eye on conservatives.

13w · Share                                                    2

**Denise Garcia**
**Brian Bruning** I could make so many more comparisons. Non violent but very upsetting for the Republican Party should be Mr.Musk's nazi salute. I won't debate over it, there's no denying it perpetuated a racist narrative that I'm sure some people in this party do not align with or vote for.

Again, for the last time I was in no way making that guy a hero. I was simply stating it was not violent and he complied with officers. That's all

13w · Share · Edited

**Brian Bruning**
**Denise Garcia** musk throwing his heart out to the crowd can be whatever the hate within you wants it to be. It's your opinion and you're entitled to it. There is this though which is a contradiction to your opinion.

13w · Share

**Denise Garcia**
**Brian Bruning** respectfully none of my comments on here demonstrating any hate within me. Quite the contrary. I encourage you to the same as This is what makes America great 🙏 Take care 👋

13w · Share · Edited

**Brian Bruning**
**Denise Garcia** you too. I enjoyed our discourse.

13w · Share

**Denise Kavanaugh**
**Denise Garcia** no he didn't comply he was carried out. He's a douche. He pulled the same stunt the day before at the library meeting where no police were present.

Ex. 4, Pg. 86

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is…
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT

Page 17 of 31

### Denise Kavanaugh's Post

**Brian Bruning**
**Denise Garcia** you too. I enjoyed our discourse.
13w · Share

**Denise Kavanaugh**
**Denise Garcia** no he didn't comply he was carried out. He's a douche. He pulled the same stunt the day before at the library meeting where no police were present.
13w · Share

**Wesley Bowman**
**Denise Garcia** he seemed like he was on some short of drugs.
13w · Share

**Denise Garcia**
**Wesley Bowman** maybe. But he complied with officers and did not resist.
13w · Share

**Moe Howard**
**Denise Garcia** and he got cuffed and carried away to jail. Maybe that would make a good plaque for the library 😂
13w · Share

**Denise Garcia**
**Moe Howard** Nobody is laughing. Have you ever visited the museum of tolerance in LA? Respectfully, I think you and a lot people on this thread could benefit from some perspective on the state of country currently. Take care ✌️
13w · Share

**Moe Howard**
**Denise Garcia** tolerance, the guy you are backing spewing out people are Nazi 's. Talk to him. Or the crazy lsdy with the head. Do not even try to talk about intolerance
13w · Share · Edited

**Denise Garcia**
**Moe Howard** I'm not backing him. I merely made some observations and raised a few questions. Humble yourself a bit. You are not any better than he is making comments like this.
A lot of understanding and tolerance is needed in our country right now. This is what would make America great.
Have a good night ✌️
13w · Share

**Mike Daly**
**Denise Garcia** if you don't want division, try turning off the idiot box and stop listening to corporate news.



"LEAVE THE PEOPLE STEALING OUR MONEY ALONE!!!"

13w · Share · 2

**Denise Garcia**
**Mike Daly** Your assumption is incorrect. I do not get info from any bias news source or "corporate news" as you say. However It's quite telling by your immature response where you get your info tho.
Take care ✌️

Ex. 4, Pg. 87

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is...
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT

## Denise Kavanaugh's Post



**Denise Garcia**
**Mike Daly** Your assumption is incorrect. I do not get info from any bias news source or "corporate news" as you say. However It's quite telling by your immature response where you get your info tho.
Take care ✌️

13w    Share

**Mike Daly**
**Denise Garcia** you must be getting it from the same place all these other people who are suddenly spewing about nazis. It's not a coincidence.

13w    Share

**Denise Garcia**
**Mike Daly** I never said anything about nazis. Your words not mine. Assumptions and judgments aren't what make America great, is it? Have the day you deserve ✌️

13w    Share

**Brian Bruning**
**Mike Daly** to be fair I had a conversation with Denise and she never once accused me of being a Nazi on this thread. We may not see eye to eye but I felt like it was cordial. Now other people on this thread, that's a different story. The guy that got Corrie's out needs to learn some tolerance as he was one of the people equating Trump supporters to Nazis.

13w    Share

**Paola Zoccano**
**Denise Garcia** I saw bits and pieces of last night's council meeting. I thought the library commission meeting was more disturbing. The commission members had no control over a large public audience. A police presence was not visible. The plaque issue was controversial. There should have been police there. The audience was booing and out of line. And ultimately one speaker turned around to the audience and gestured "fu" with both hands. With respect to the council meeting of last night, 3 of the council members goaded the audience. There was a police presence so the council members were protected.

13w    Share

**Paola Zoccano**
I saw a video last night of the library commission meeting. There was police presence. An officer was there smiling at the crowd as the finger gesturing public speaker spoke.

13w    Share

**Denise Kavanaugh**
**Paola Zoccano** ah... I didn't see the police

13w    Share

**Burton Tarvin**
The Angst Squad is ProtectHB, an echo chamber of delusional individuals who continuously validate each other's self-destructive behaviors and deslusional thinking. It's an Angst House (think crack house) for those hopelessly addicted to their own delusions and community-damaging actions. They are addicts in every sense of the word.

Rational conversation with them is impossible, and the best way to expose their absurdity is to bring them to the center of the debate and let them put on their performance. Trust me, it's off-putting to everyone, except the fellow addicts of the Angst House. They are so lost in their delusions that they fail to realize the harder they push their theatrics, the more support they lose. But they can't see it, because, like true addicts, they are trapped in their own destructive cycle.

Ex. 4, Pg. 88

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is...
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT

## Denise Kavanaugh's Post



hopelessly addicted to their own delusions and community-damaging actions. They are addicts in every sense of the word.

Rational conversation with them is impossible, and the best way to expose their absurdity is to bring them to the center of the debate and let them put on their performance. Trust me, it's off-putting to everyone, except the fellow addicts of the Angst House. They are so lost in their delusions that they fail to realize the harder they push their theatrics, the more support they lose. But they can't see that, because, like true addicts, they are trapped in their own destructive cycle.

13w    Share    Edited    15 👍😆

**Tara DiGiovanni**
Best speaker of the CC meeting!! ❤️

13w    Share    21 👍🥰😢

**Luke Dennis**
**Tara DiGiovanni** you align yourself with crazy people

13w    Share    7 👍

**Luke Dennis**

13w    Share    3 👍

**Moe Howard**
**Tara DiGiovanni** wow, how many did it take to come up with this, 36?

13w    Share    3 👍

**Brian Bruning**
**Tara DiGiovanni** a bit counterintuitive if you ask me.

13w    Share    👍

**Kathy Neal**
**Tara DiGiovanni** Observed this obscene and derogatory performative art piece last night. So not classy. From the abundance of the heart the mouth speaks.

Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org



Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is…
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT



## Denise Kavanaugh's Post

**Tommy Ursano**
LOL guy announces his intentions and walks over calmly and you describe it as "rush the city council at the dais." Congratulations, you have officially have no brain cells left.

13w · Share    16 👍❤️😂

**Luke Dennis**
**Tommy Ursano** Congratulations you can not call yourself a man‼️

13w · Share    2 👍

**Tommy Ursano**
**Luke Dennis** why are you so obsessed about what's in my pants

13w · Share    2 👍

**Moe Howard**
**Tommy Ursano** Well, you know, the last administration was confused

13w · Share    2 👍😂

**Tommy Ursano**
**Moe Howard** DM me your kinks. It's okay, this is a safe space.

13w · Share

**Moe Howard**
Here is your favorite leftist Senator Wiener, he is literally on the left....seems you are the party of debauchery

13w · Share    👍

**Kevin Anderson**
**Tommy Ursano** - congratulations, Trump lives rent free in the space between your ears 🤷

13w · Share    2 👍

**Tommy Ursano**
**Kevin Anderson** you are clearly obsessed with him because nothing in this conversation even mentions Trump

13w · Share

**Moe Howard**
**Tommy Ursano** try to get some sleep

Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

### Denise Kavanaugh's Post



**Moe Howard**
**Tommy Ursano** try to get some sleep

13w  Share

**Tommy Ursano**
**Moe Howard** hard to sleep when I'm up all night with your mom

13w  Share

**Moe Howard**
**Tommy Ursano** ahh, what a low IQ answer. Your mom must be proud of you. Let me help you.

13w  Share

**Eric Sloan**

13w  Share  13

**Luke Dennis**
**Eric Sloan** that's a good one, I'm going to have to use that ‼️

13w  Share

**Christian Epting**
Had he made a move toward his pocket as he (threateningly IMO) approached the dais after raging about Nazis - if likely may have cost him his life. Knowing the age we are living in - it was an irrational move and 100 percent unacceptable. Mind boggling to me that he is being lauded as heroic by some

13w  Share  39

**Brian Bruning**
**Christian Epting** or even defended by deflecting to Jan 6.

13w  Share  2

**Paola Zoccano**
**Brian Bruning** He got his point across with his speech. Moving towards the council was stupid and short lived. January 6th still lives with us. "Hang Pence"and the construction of a gallows is a permanent imprint. Last night's incident and the gallows have no comparison.

13w  Share

Ex. 4, Pg. 92

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is...
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT



### Denise Kavanaugh's Post

**Paola Zoccano**
**Brian Bruning** He got his point across with his speech. Moving towards the council was stupid and short lived. January 6th still lives with us. "Hang Pence"and the construction of a gallows is a permanent imprint. Last night's incident and the gallows have no comparison.
13w    Share    2

**Denise Kavanaugh**
**Paola Zoccano** Now you like Mike Pence? go get therapy
13w    Share    Edited

**Paola Zoccano**
**Denise Kavanaugh** God has enabled me to determine what is right and what is wrong. He also gave me common sense. Appearing to threaten someone is a poor risk. Threatening people is wrong. Mocking is juvenile and wrong.
13w    Share

**Denise Kavanaugh**
**Paola Zoccano** sorry, but your liberal bias is showing. You really can't tell right from wrong if you can't see what the loser did at city council
13w    Share

**Linda Andrea**
**Christian Epting** truly
13w    Share

**Christian Epting**
And now many of them are saying they want him to run for city Council, without any apparent irony
13w    Share    6

**Eileen Hill**
**Christian Epting** Ohhh...great idea!! I'd vote for him!!!
13w    Share

**Mike Daly**

**Mike Daly**

Ex. 4, Pg. 93

**Denise Kavanaugh's Post**



13w    Share    😡

**Don Coursey**
"...they applaud a speaker screaming Nazi at the podium". Might I suggest that one familiarize oneself with "Godwin's Law".

13w    Share                                    3 😆❤️

**Moe Howard**
**Don Coursey** yes, nailed it

13w    Share

**Joe Marino**
Like I said yesterday. He was not deprived of his free speech whatsoever. He said what he wanted to say and no one stopped him until he said he was going act out in civil peaceful disobedience, and then he made a move. It was after he said disobedience and then he made a move. That's when he was rightfully tackled. These people are mental.

13w    Share    Edited                          13 👍

**Joe Marino**
Sorry, I am using voice to text

13w    Share                                    👍

**Nora Brock**
**Joe Marino** ugh! darn talk textl... its always making me say things I didn't Nintendo! 😆

13w    Share

**Patty Weber**
Under attack 😔

13w    Share                                    4 👍😆

**Moe Howard**
**Patty Weber** summer of love, DC on fire. Between DC, Minneapolis and other cities, looting, arson violence, well over a billion in damages. Twenty people dead and over 2,000 police injured. Compare

13w    Share                                    3 👍

**Katherine Keith Hernandez**
I probably be worried after all the lefties and Los Angeles that lost their homes be ready for Huntington Beach in Newport to be bombarded with this type of attitude

Ex. 4, Pg. 94

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is...
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT

Page 25 of 31



## Denise Kavanaugh's Post

13w    Share    3

**Katherine Keith Hernandez**
I probably be worried after all the lefties and Los Angeles that lost their homes be ready for Huntington Beach in Newport to be bombarded with this type of attitude

13w    Share    2

**Linda Andrea**
That was embarrassing for all theater kids, the political drama was on. Controlling ones emotions
And not being offended by harmless words is a start. The dude is a self proclaimed activist for these things. #Rulesfortheebutnotforme #protectthekidsfromporn

Wonder if he's out of jail.
Yall need to get a grip.

13w    Share    2

**Moe Howard**
**Linda Andrea** he deserved jail time

13w    Share    6

**Shane Hanington**
Violence? Lmao give me a break 🫤

13w    Share    6

**Linda Andrea**
**Shane Hanington** I'm so so glad he didn't reach in his pockets. That would have been a different scenario. He knew growing closer is threatening and would alarm the police. We were there. Not sure of the message he meant from this maneuver but glad he's safe.

13w    Share    Edited    3

**Shane Hanington**
**Linda Andrea** oh, nvm, you added more to your post.

13w    Share

**Linda Andrea**
✌️ 🙂

GIF
Tenor

13w    Share

**Diane Buckingham Drogo**

Ex. 4, Pg. 95
Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is…
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT
Page 26 of 31

**Denise Kavanaugh's Post** ✕



**Diane Buckingham Drogo**
I am proud of collecting signatures and informing citizens of the takeover that is being attempted. Want to call me a "radical left", I'll wear that badge all day long. Better to that than being mistaken for someone like you.

13w · Share · Edited                                                    12 👍❤️😍

> **Linda Andrea**
> takeover😂😂
>
> 13w · Share                                                    2 👍

**Max Bugrov**
takeover is too light. it's a violent, hostile takeover. the Maga crowd is actively being fucked by their own people they voted for and they're too stupid to figure it out. That's whats hilarious. The sad part is the fall of democracy, but /shrug

13w · Share                                                    3 😂👍

> **Moe Howard**
> **Max Bugrov**
>
> 13w · Share                                                    👍

**Dan Valentine**
**Diane Buckingham Drogo** radical left? How bout looney tunes

13w · Share                                                    👍

**Kevin Anderson**
**Diane Buckingham Drogo** - leftists like you are much happier in San Francisco/Oakland.
Like you, they hate America 🇺🇸, and shit 💩 in the streets.

13w · Share

> **Diane Buckingham Drogo**
> **Kevin Anderson** no, I am simply losing my patience with people whose world view is so myopic that they will destroy all around and not even notice.
>
> 13w · Share

**Max Bugrov**
lmaooooooo

13w · Share

**Nora Brock**
Someone posted this link on another site
Regarding this clown 🤡

"Think about this for a second. Kluwe was pushing for locker-room-culture change while at some point he cut a hole in his pants to mock children being raped."

https://bleacherreport.com/.../2134749-gay-rights...

Ex. 4, Pg. 96

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is…
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT



### Denise Kavanaugh's Post

13w · Share

**Nora Brock**
Someone posted this link on another site
Regarding this clown 🤡

"Think about this for a second. Kluwe was pushing for locker-room-culture change while at some point he cut a hole in his pants to mock children being raped."

https://bleacherreport.com/.../2134749-gay-rights...

So noble, stunning and brave....

BLEACHERREPORT.COM
Gay Rights Activist Chris Kluwe Is Both a Hero and Hypocrite

6 😆😡😡    13w · Share

**Moe Howard**
**Nora Brock** very hypocritical and vulgar.
13w · Share

**James Baker**
**Nora Brock** it's always like this. As soon as you start peeling the onion on todays liberals you very quickly find perverted, twisted behavior and mental illness.
13w · Share    3 👍

**Julie Allen Andersen**
**Nora Brock** Disgusting. They let this guy coach children? Wow! 😮
13w · Share    😮

**Linda Andrea**
Interesting 😕. Making fun of sexually assaulted Children is in a league of their own. God bless his soul. We all can do better. 😔🙏
13w · Share

**Eileen Hill**
Well, as a long time resident of Huntington Beach and the area I just want to ask if you want to spend your time and hard earned dollars on a summer break worrying if the gestapo are lurking nearby. Boycott the "Trumpiest city council in America" Maybe go skiing in Canada, eh?
13w · Share    6 👍😡😡

**Denise Kavanaugh**
**Eileen Hill** now more people are going to visit . The ones that know how terrible the rest of California is with all their democrat policies and HB is one of the only conservative run cities. I don't foresee empty hotels here in the future You should also ask yourself knowing what you know about HB , why do you still live here?
13w · Share · Edited    8 👍

**Eileen Hill**
**Denise Kavanaugh** FAFO
13w · Share    5 😆

**Shipley Marms**
**Eileen Hill** I don't think you know what that means.
13w · Share    2 👍

**Denise Kavanaugh**
**Eileen Hill** there are only a few reasons that you and people like you still live here, you are a hypocrite or you are just too dumb to know how to pack up and relocate.
13w · Share    5 👍

**Eileen Hill**
**Denise Kavanaugh** Lol!!

Ex. 4, Pg. 97

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is…
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT

### Denise Kavanaugh's Post



**Denise Kavanaugh**
**Eileen Hill** there are only a few reasons that you and people like you still live here, you are a hypocrite or you are just too dumb to know how to pack up and relocate.

13w   Share   5

> **Eileen Hill**
> **Denise Kavanaugh** Lol!!
>
> 13w   Share

> **Denise Kavanaugh**
> **Eileen Hill** for you I think it's #2
>
> 13w   Share

> **Eileen Hill**
> **Denise Kavanaugh** Wow!! Such a zinger!! That really hurt my feelings!! Think I'll just go cry myself to sleep. I'm rubber and you're glue... LOLOLOLO!!
>
> 13w   Share

**Linda Andrea**
**Eileen Hill** we aren't afraid of Trump 😄

13w   Share   2

**Christian Epting**
**Eileen Hill** you literally think there are "gestapo" (secret police) lurking in HB? Anyone else getting really tired of the ridiculously gratuitous use of Nazist phraseology? You can disagree with council. (Peacefully) oppose their decisions. 100% But at some point some lunatic that "wants to eliminate Nazis" is bound to make a move. The other night, that's what cops (and many others) were clearly anticipating. He stated in clear terms his opponents are all "Nazis". Beyond being totally offensive to what Jews and others went through in WWII, this trend of "hitlerizing" whatever you don't like is no doubt going to end very badly. Educate, people. Speak out, push back and use your voices. All good. But try being educated, mature and responsible as you do it. This is getting beyond absurd. (Oh and don't make ANY unexpected move toward the dais - no matter how "peaceful")

13w   Share   14

> **Craig Frampton**
> **Christian Epting** These people are wackos who are mad they lost the election
>
> 13w   Share   3

> **Diane E Dennin**
> **Christian Epting** exactly! Well said. Those who throw around the words Nazi, racist, homophobe etc. are ugly.
>
> 13w   Share   3

**Eileen Hill**
No, I don't really believe there are secret police in HB at this time. I used that term intentionally because it is succint. But, you do remember that Trump kept a copy of Mein Kampf on his nightstand. Do you really think that if this self proclaimed king, a wanna be dictator is able to he will not take America to those extremes? Germany didn't think so. We are suffering through a poorly written B movie. Until the last few weeks noone would have believed the things that are being forced upon us could ever happen. Not here. Not in The United States of America. Never happen. Are you not in the least bit concerned? Have you no knowledge of Project 2025? I do intend to speak out. I do intend to educate; although, many, many people on this site seem to be sorely lacking in the critical thinking skills needed to comprehend.. Dunning-Kruger. As far as playing the Jewish card, I know many Jewish people, some very close relatives I worry for their future. None of which have been offended to this point in time. Just a quick question though, did you chastise and lecture anyone on here who exaggerated Kluwes behavior

Sponsored

Order Today. Get it By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org



### Denise Kavanaugh's Post

could ever happen. Not here. Not in The United States of America. Never happen. Are you not in the least bit concerned? Have you no knowledge of Project 2025? I do intend to speak out. I do intend to educate; although many, many people on this site seem to be sorely lacking in the critical thinking skills needed to comprehend.. Dunning-Kruger. As far as playing the Jewish card, I know many Jewish people, some very close relatives I worry for their future. None of which have been offended to this point in time. Just a quick question though, did you chastise and lecture anyone on here who exaggerated Kluwes behavior. Those who called his behavior violent; or did you just feel the need to school me?

13w   Share

**Dan Valentine**
**Eileen Hill** hey genius, tell us what Dictator (king) has wanted to root out corruption and shrink the size of Government? What Dictator has wanted to shrink the Police State influence? What Dictator at the same time has proclaimed that citizens rights to carry guns will be expanded? ...you're a bit stupid

13w   Share

**Denise Kavanaugh**
**Dan Valentine** she from Provo what do you expect?

13w   Share

**Christian Epting**
**Eileen Hill** "because it is succinct" lol not "accurate" not "honest" ... " succinct"

13w   Share   Edited

**Eileen Hill**
**Christian Epting** Yep. Succinct...gets the point across in one word...I'm pretty sure you understand that.

13w   Share

**Christian Epting**
**Eileen Hill** but you said you don't think there are secret police in HB. So how does "gestapo"" get the point across ?

13w   Share

**Mike Mendez**
**Eileen Hill** yeah ok. Let the person who can't get control of their own mentality teach everyone else? True democrat form right there. Go get therapy.

12w   Share

**Jean Girasin Habdank**
They must have moved here from LA!

13w   Share

**Ana Sears**
Agree!!!

13w   Share

**Randy Barnaby**
Going to jail for an acronym. Easily triggered with a need for some trials in life. Everyone arguing about this stupid stuff needs to go fight in a war or get a cancer diagnosis. You have it too good.

"Hard times create strong men. Strong men create good times. Good times create weak men. And, weak men create hard times."

— G. Michael Hopf, Those Who Remain

13w   Share

**Marilyn Bernhardt**
Wanting democracy must be hard for you to digest.

Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

**Denise Kavanaugh's Post**

Christian Epting yep. Just...get the point across in one word...I'm pretty sure you understand that.

13w    Share

Christian Epting
**Eileen Hill** but you said you don't think there are secret police in HB. So how does "gestapo"" get the point across ?

Mike Mendez
**Eileen Hill** yeah ok. Let the person who can't get control of their own mentality teach everyone else? True democrat form right there. Go get therapy.

12w    Share

**Jean Girasin Habdank**
They must have moved here from LA!

13w    Share

**Ana Sears**
Agree!!!

13w    Share

Randy Barnaby
Going to jail for an acronym. Easily triggered with a need for some trials in life. Everyone arguing about this stupid stuff needs to go fight in a war or get a cancer diagnosis. You have it too good.

"Hard times create strong men. Strong men create good times. Good times create weak men. And, weak men create hard times."

— G. Michael Hopf, Those Who Remain

13w    Share

**Marilyn Bernhardt**
Wanting democracy must be hard for you to digest.

12w    Share

Linda Andrea
If the word ban was used to get 1 signature it has false pretense - A lie. So many were fooled to believe this and signed a petition. Cc was/is responding to community concerns. To attack them personally is silly. It's really your neighbors who are or were weary about the direction of the library.
We all love the public library! We all love what it can offer. We all support its sustainability. We all are grateful for its volunteers and employees. However, 🛒 it was lacking oversight from over-sexualizing the youth. Nasty books were being ordered by a staff member/s. We can't deny that. **#genderqueer** ( can't even post lest we get banned). This book was relocated to the adult section. Nothing was banned. Hoping other books like that were not purchased. Using discernment when ordering isn't a crime. We can get this fixed together. No one wants the innocent to suffer for being exposed to early to perverted stuff. Thats not a ban/ it's a protection. At home, do what you will. Inclusivity is involving all concerned citizens. Keep kids, kids. Adulthood is inevitable.
We ALL support our public library 🛒.



12w    Share    2

Ex. 4, Pg. 100

Document title: Huntington Beach Community Forum | These are the members of our community who worked so hard to gather signatures and profess that the library is...
Capture URL: https://www.facebook.com/groups/HBcommunityforum/posts/3922391174641039/
Capture timestamp (UTC): Wed, 28 May 2025 00:58:27 GMT