# EXHIBIT 5

Ex. 5. Screen shot of a social media post (February 19, 9:47 am) by Christian Epting in the comments section of an original post by Denise Kavanaugh on the HBCF Facebook page on February 19, 2025 criticizing Kluwe. (Embedded in the Complaint and below).



**Christian Epting**  🏆 All-star contributor
Had he made a move toward his pocket as he (threateningly IMO) approached the dais after raging about Nazis - if likely may have cost him his life. Knowing the age we are living in - it was an irrational move and 100 percent unacceptable. Mind boggling to me that he is being lauded as heroic by some

12w   Like   Reply   Share                                                39 👍❤