# EXHIBIT 6

Ex. 6. Screen shot of a social media post (February 19, 2:55 pm) by Christian Epting in the comments section of an original post by Denise Kavanaugh on the HBCF Facebook page on February 19, 2025 criticizing Kluwe. (Embedded in the Complaint and below).

