# EXHIBIT 7

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 7. Excerpt of a social media discussion thread for a post on Bluesky by Chris Kluwe on February 19, 2025, saying "I appreciate everyone's messages of support" and "Remember - peaceful civil disobedience[.]" (Full thread includes 2.8K+ comments.) Accessible online here:

https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k

Post

**Chris Kluwe**
@chriswarcraft.bsky.social

+ Follow

I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a busy day :)

Remember - peaceful civil disobedience, and no kings, no tyrants. Not ever.

February 20, 2025 at 6:06 AM · 🫂 Everybody can reply

**7.5K** reposts   **500** quotes   **55.4K** likes

💬 2.8K          🔁 8K          ♡ 55.4K          ⬆          ···

**mollypeonies** @mollypeonies.bsky.social · 3mo
Ok but don't forget to give it up for this sport's writer



Kluwe kicked off his speech by telling council members that he is a 15-year resident of the city and wanted to speak out against the current council and it plans for a MAGA plaque at a local library.

💬 2          🔁 8          ♡ 175          ···

**mollypeonies** @mollypeonies.bsky.social · 3mo
*sportswriter* or reporter. Gotta fix my 3am typos!

💬 1          🔁          ♡ 2          ···

**Good Trouble** @mikemuld.bsky.social · 3mo
You're far from alone there friend! I can't decide if spellcheck helps me or is sabatoging me!

💬 1          🔁          ♡ 4          ···

**mollypeonies** @mollypeonies.bsky.social · 3mo
Ha! And the ways I go back and notice mistakes or typos then feel so much regret! 😬 Like judging myself for breathing too loud when I have a cold.

💬 1          🔁          ♡ 1          ···

**Good Trouble** @mikemuld.bsky.social · 3mo
I know what you mean! I spot my own errors.... about 2 seconds AFTER hitting reply!
🤣😅

💬          🔁          ♡          ···

**Rob: R-Tech Gaming** @rtechgaming.bsky.social · 3mo
You're the definition of a good American. Respect. ▌

💬          🔁 3          ♡ 133          ···

**Sarah** 🙍‍♀️🙍‍♀️ @crazycatladyal.bsky.social · 3mo
Thank you for standing up for democracy and using your platform so respectfully!!!!

🔍 Search

⚡ **Trending**                                                    ✕

USWNT        Palantir Database

Game Dev        Caturday

Smackdown        Knicks v Pacers

Privacy · Terms · Help

English ⌄

🦋 **Bluesky**

Create account        Sign in

Ex. 7, Pg. 104

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

Page 1 of 22



Search

🔍 Trending                                          ✕

USWNT      Palantir Database

Game Dev      Caturday

Smackdown      Knicks v Pacers

Privacy • Terms • Help

English ⌄

Thank you for standing up for democracy and using your platform so respectfully!!!!

💬          🔁          ♡ 109

206bandr.bsky.social @206bandr.bsky.social · 3mo
Courage!! Let's make it contagious.

💬          🔁 8          ♡ 103

Jen Xer @bluejenxer.bsky.social · 3mo
Chris, Minnesota has loved you since you fought for marriage equality here. Keep up the good fight... We're with you.

💬          🔁 3          ♡ 100

Blue Girl 💙❗🧡 @gjahn.bsky.social · 3mo
💙🧡HERO🧡💙
You make us very proud, Chris. Thank you for having the courage to stand up and speak out ✊

💬          🔁 7          ♡ 88

deadgarcia.bsky.social @deadgarcia.bsky.social · 3mo
Every day the news from Trump brings me down, but watching you so eloquently describe MAGA made me proud that there are Americans that still believe in our Republic.

I sent your video to everyone I know.

💬 1          🔁 4          ♡ 85

beruskaalca.bsky.social @beruskaalca.bsky.social · 3mo
I am so proud of him .
We need more people like that . I hope that international news will show that video too , just to see that no all Americans are f$uckups

💬          🔁 1          ♡ 22

jnineful.bsky.social @jnineful.bsky.social · 3mo
Hi, first time caller, new fan too. Um, you'll be running for office, right?

💬 2          🔁 2          ♡ 65

Cynthia Cooper @cecerydr.bsky.social · 3mo
Power To The People 🇺🇸🇺🇸!!💙

💬 3          🔁 1          ♡ 66

Ruth M @rmano.bsky.social · 3mo

💙

💬          🔁          ♡ 3

beaute @justplainbeaute.bsky.social · 3mo
Thank you, Chris, for being a light in the darkness 🌟🇺🇸

💬 1          🔁          ♡ 61

Jayho ➡ SCGCon: Indy @thejayho.bsky.social · 3mo
I second this. We just need everyone who opposes this administration to lift up there voices and fight back.

💬          🔁 2          ♡ 47

donisapedo.bsky.social @donisapedo.bsky.social · 3mo
You, sir, are a patriot! Thank you. #GoodTrouble

💬          🔁          ♡ 62

Michael M 🏴 @palmvegas.bsky.social · 3mo
Chris, can we put you in charge of the Dem Party since it is leaderless

🦋 Bluesky                                                    Create account      Sign in

Ex. 7, Pg. 105

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

Page 2 of 22

**Post**

◁ Search

⚡ **Trending** ✕

USWNT    Palantir Database

Game Dev    Caturday

Smackdown    Knicks v Pacers

Privacy • Terms • Help

English ⌄

**Michael M** 🏳️‍🌈 @palmvegas.bsky.social · 3mo
Chris, can we put you in charge of the Dem Party since it is leaderless right now?

💬 1        ⇄ 1        ♡ 59        •••

**Prime157** @prime157.bsky.social · 3mo
You should focus on the Dems like AOC, Raskin, Swalwell, Crockett, and a few others.

With the rift in the Democratic party, we have a unique opportunity to show what leadership looks like, and those fiery Dems above are the future.

Unless we all keep giving attention to the business as usual ones

💬 5        ⇄ 3        ♡ 40        •••

**ianneilschmidt1.bsky.social** @ianneilschmidt1.bsky.social · 3mo
Melanie Stansbury the Representative for The State of New Mexico also gives phenomenal, rousing speeches.

💬 1        ⇄        ♡ 19        •••

**Prime157** @prime157.bsky.social · 3mo
Absolutely. There's a good chunk more than my list

Most of my leftist peers don't seem to understand that even complaining about the status quo Dems just helps the status quo Dems.

Choose where to give your attention. And I'll choose Dems saying and doing stuff like this:



**Acyn** @acyn.bsky.social        25m
Pritzker: If we don't want to repeat history, then for god's sake, in this moment, we better be strong enough to learn from it.

THE FIRST 100 DAYS
🔴 0:52 PRITZKER INVOKES NAZI GERMANY IN STATE ADDRESS    📺MSNBC
LIVE • 7:06

💬 45        ⇄ 586        ♡ 2.2K        •••

💬 3        ⇄ 1        ♡ 28        •••

**Prime157** @prime157.bsky.social · 3mo
Last thought... This is how movements grow.

As OP replied to me, "have they thrown themselves on the dias?"

Not *YET,* but if we, the people, give them permission to by focusing on the good and letting them know it's good, then it will lead there.

Our negative attention only hamstrings us.

💬        ⇄        ♡ 13        •••

**Jonathan Coulter** @jbaynecoulter.bsky.social · 3mo
We serve no king!

Fresh Scent

🦋 **Bluesky**

Create account    Sign in

Ex. 7, Pg. 106

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

Page 3 of 22

We serve no king!



💬 2          ⇄ 6          ♡ 58          ⋯

**Chef Angela** @chefangela.bsky.social · 3mo
From what I hear... his scent  is hardly " fresh"
💬 1          ⇄          ♡ 4          ⋯

**baz** @baz1965.bsky.social · 3mo
And you don't want him anywhere near your pu$$y 😬
💬          ♡ 2          ⋯

**Pbb** @pbb57.bsky.social · 3mo
I wish the politicians we elect had your courage. Thank you for taking a stand against republican authoritarian government.
💬          ⇄ 1          ♡ 56          ⋯

**Nothing to See Here** 🏳️‍🌈🏴‍☠️ @molly90274.bsky.social · 3mo
Grew up in the Huntington Beach area. It's a shame to see what a hateful, ignorant community it's become. Thank you for giving them hell!!
💬 1          ⇄          ♡ 51          ⋯

**ElGuapo** @elguapo333.bsky.social · 3mo
ever since I can remember, Huntington Beach (and Orange County generally) was always pretty right wing going back to the Reagan years.

But it's always so good to hear from folks who aren't that way!
💬          ⇄ 1          ♡ 14          ⋯

**Cindralaluna** @cindralaluna.bsky.social · 3mo
Thank you for standing for justice & peace ☮
💬          ⇄ 1          ♡ 51          ⋯

**mrbright1949.bsky.social** @mrbright1949.bsky.social · 3mo
We need more people like yourself to exercise the freedoms that we all have been given since birth.
As an activist who protested racial inequity & an immoral war in the 1960s, I am inspired by your actions and hope to see more young

🔍 Search

✨ Trending                                    ✕

USWNT          Palantir Database

Game Dev          Caturday

Smackdown          Knicks v Pacers

Privacy • Terms • Help

English ⌄

 **Bluesky**

Create account          Sign in

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

Post

have been given since birth.
As an activist who protested racial inequity & an immoral war in the 1960s, I am inspired by your actions and hope to see more young people like yourself pick up that mantal. Well Done Young Man.

💬 3          ⇄ 3          ♡ 48          •••

**Angele** @angeledehart.bsky.social · 3mo
I am brought to tears with your resolute words & work to save American Democracy. Please, you & your family stay safe. We are dealing with the Russian Mafia & we've seen what they can do.

💬          ⇄ 4          ♡ 46          •••

**Bridget** @bridie1115.bsky.social · 3mo
You are a light in the darkness.  Thank you!

💬          ⇄          ♡ 45          •••

**televisionary.bsky.social** @televisionary.bsky.social · 3mo
"I will not back down. I will not bow or scrape. I will never obey." – Marc Elias

RESIST!!!

💬          ⇄ 7          ♡ 38          •••

**Ray Woodson** @raywoodson5.bsky.social · 3mo
THANK YOU Chris. We need more of this!

💬          ⇄          ♡ 39          •••

**J.A.Williams** @ilbassfisherman.bsky.social · 3mo
Humanity always needs people willing to speak truth to power.  Thanks Chris!

💬          ⇄ 2          ♡ 37          •••

**jasonrdivo.bsky.social** @jasonrdivo.bsky.social · 3mo
Chris, thank YOU for speaking up and please run for office!!

💬          ⇄ 2          ♡ 36          •••

**Krapp** @krappslasttape.bsky.social · 3mo
You're a hero. Nothing more needs be said.

💬          ⇄          ♡ 29          •••

**StayingCovidSafe** @starlightshelling.bsky.social · 3mo
You ROCK

💬          ⇄          ♡ 29          •••

🎖️║╫🎗️▢╟▬Reg🟦╟▢🎗️ @regthrwombat.bsky.social · 3mo
You done good.

🔍 Search

🚩 Trending                                    ✕

USWNT     Palantir Database

Game Dev     Caturday

Smackdown     Knicks v Pacers

Privacy • Terms • Help

English ⌄

🦋 **Bluesky**          Create account     Sign in

Ex. 7, Pg. 108

Post

Search

⚡ Trending                                    ✕

USWNT    Palantir Database

Game Dev    Caturday

Smackdown    Knicks v Pacers

Privacy • Terms • Help

English ⌄

💬                    ⇄ 1                    ♡ 27                    ...

**pollykrause.bsky.social** @pollykrause.bsky.social · 3mo
Thank you from Minneapolis!!

💬                    ⇄                    ♡ 25                    ...

**PremiumDruKoService** @mischwob.bsky.social · 3mo
👊



💬                    ⇄ 1                    ♡ 24                    ...

**Nick Covington** @covingtonedu.bsky.social · 3mo
Thank you so much for putting yourself on the line for others. Huge respect. 👊

💬                    ⇄                    ♡ 21                    ...

**kelellisa.bsky.social** @kelellisa.bsky.social · 3mo
Appreciate you so much - I needed to see that ❤️

💬                    ⇄                    ♡ 20                    ...

**Bearcats Grad** @gobearcats.bsky.social · 3mo
You are true leader and we need more people like you in this country. Such an inspiration!!

💬                    ⇄ 1                    ♡ 20                    ...

**Jamanders** 💙 @jamanders.bsky.social · 3mo
Thank you Chris for what you did. I live in OC and I am appalled at the decisions made by the city government of HB.

💬 1                    ⇄                    ♡ 20                    ...

**shimmyshake72.bsky.social** @shimmyshake72.bsky.social · 3mo
Same here

💬                    ⇄                    ♡

🦋 **Bluesky**

Create account    Sign in

Document title: Chris Kluwe · &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

**Post**

**shimmyshake72.bsky.social** @shimmyshake72.bsky.social · 3mo
Same here

♡ 2

**Beth Marlowe, PhD, D(ABMM)** @marlowe-beth.bsky.social · 3mo
Just saw your video. Thank you for speaking the truth.

♡ 19

**Rude Law Dog** @esghound.com · 3mo
i love punters

♡ 18

**FuriousMom** @furiousmom.bsky.social · 3mo
Thank you for your courage.

♡ 17

**RadarNick** @radarnick.bsky.social · 3mo
In Huntington Beach yesterday there was a celebration for the library
and a plaque was to be unveiled. Once it was unveiled, it had MAGA on
the plaque. Chris, within his rights mounted a protest, which resulted in
his arrest. This is the first step, but likely more will be needed.

💬 2      ⇄ 1      ♡ 17

**RadarNick** @radarnick.bsky.social · 3mo
www.ocregister.com/2025/02/19/f...



**Former NFL punter arrested after protesting 'MAGA' on proposed
Huntington Beach library plaque**
Chris Kluwe, during public comment, said everyone was in favor of a plaque to
celebrate the library but not one with "MAGA" on it.
Ⓒ www.ocregister.com

⇄ 2      ♡ 15

**roxlobster** @indestructiblob.bsky.social · 3mo
thank you for standing up for what's right

⇄ 1      ♡ 17

**Brenintn** @bleedingheart61.bsky.social · 3mo
We must be brave and do what you did! Thank you!

♡ 17

**Here We Armbar Nazis** 🌊 @chrislifts.bsky.social · 3mo
Thank you on behalf of a grateful nation.

♡ 16

**batgurl62.bsky.social** @batgurl62.bsky.social · 3mo
You were fantastic! Thank you very much. I appreciate you

⇄ 1      ♡ 16

🦋 Bluesky      Create account    Sign in

Ex. 7, Pg. 110

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

Page 7 of 22

🔍 Search

⚡ Trending                                    ✕

USWNT      Palantir Database

Game Dev      Caturday

Smackdown      Knicks v Pacers

Privacy · Terms · Help

English ⌄

**Post**

batgurioz.bsky.social @batgurioz.bsky.social · 3mo
You were fantastic! Thank you very much. I appreciate you

💬    🔁 1    ♡ 16    ⋯

**Jezi** @jezibelle.bsky.social · 3mo
Proud to share a nation with you, sir. (And Azeroth too.)

💬    🔁    ♡ 16    ⋯

**Buck McWilliams** @buckmcw.bsky.social · 3mo
You're a hero dude. Keep up the good fight

💬    🔁    ♡ 16    ⋯

**oppsopps.bsky.social** @oppsopps.bsky.social · 3mo
Arrested for exercising your 1st Amendment protections. Nice job USA.

💬    🔁 1    ♡ 16    ⋯

**Carol Tjaden** @gramms55.bsky.social · 3mo
Thank you for using your privilege to stand up for democracy!

💬    🔁 1    ♡ 15    ⋯

**Countess Osmia** 🏳️ @countessosmia.bsky.social · 3mo
MAGA *is* a Nazi movement!

💬    🔁 1    ♡ 15    ⋯

**PamHall7** @pamhall7.bsky.social · 3mo
Thank you for protecting my childhood library.

💬    🔁 2    ♡ 15    ⋯

**EyeKimYouLeeSuh** @eyekimyouleesuh.bsky.social · 3mo
Not all heroes wear capes. Thanks for speaking up and then sitting down.

💬    🔁    ♡ 14    ⋯

**narceducator.bsky.social** @narceducator.bsky.social · 3mo
Thank you, Chris Kluwe! Well done.

💬    🔁 2    ♡ 14    ⋯

**profmolly.bsky.social** @profmolly.bsky.social · 3mo
You are my hero today! Thank you.

💬    🔁    ♡ 13    ⋯

**CatLC** @catlc.bsky.social · 3mo
You rock!  Inspirational.

💬    🔁    ♡ 13    ⋯

**PinkTweets** @pinktweets.bsky.social · 3mo
Here you go, everyone. Put them on blast (click on their names for their email addresses)

www.huntingtonbeachca.gov/government/c...

🦋 **Bluesky**

Create account    Sign in

Ex. 7, Pg. 111

Post

🔍 Search

✨ Trending                                    ✕

USWNT    Palantir Database

Game Dev    Caturday

Smackdown    Knicks v Pacers

Privacy • Terms • Help

English ⌄

**Welcome to Huntington Beach, CA**
ⓒ www.huntingtonbeachca.gov

💬    🔁 4    ♡ 13    ...

**PinkTweets** @pinktweets.bsky.social · 3mo
I wrote to your fascist city council and let them have it.

Thank you for what you did and said.

💬    🔁    ♡ 13    ...

**dangurski.bsky.social** @dangurski.bsky.social · 3mo
Run for office, please.

💬    🔁    ♡ 13    ...

**luuucy724.bsky.social** @luuucy724.bsky.social · 3mo
Thank you so much for speaking out on behalf of our community; I
wander   what happened to "free speech"??

💬 1    🔁 1    ♡ 12    ...

**Randy Goldberg MD MPH** @drgaellon.bsky.social · 3mo
He didn't get in trouble for his speech. He got in trouble for
approaching the dais without permission. He knew it wasn't allowed,
that's why he said he was engaging in the time-honored tradition of
civil disobedience.

💬 1    🔁    ♡ 13    ...

**Now Is The Time 8647 - Don't Back Down...** @letsbepurple.bs... · 3mo
@mcuban.bsky.social I hope you're following this.

@muellershewrote.bsky.social
@vermontgmg.bsky.social @georgetakei.bsky.social
@gtconway.bsky.social @lincolnproject.us @aoc.bsky.social
@katiephang.bsky.social @dgcomedy.bsky.social
@libradunn1.bsky.social @petebuttigieg.bsky.social

💬    🔁 2    ♡ 12    ...

**AgainstFascists** @againstfascists.bsky.social · 3mo
Brilliant sir. Well done.

💬    🔁    ♡ 12    ...

**Kiko (she/they)** @kikodiva.bsky.social · 3mo
Thank you!

💬    🔁    ♡ 11    ...

**Pamela Natch** @pamelanatch.bsky.social · 3mo
We love you!

Thank you for standing up for democracy! <3

💬    🔁    ♡ 11    ...

**Pink Zombie Chipmunks** @pzchipmunks.bsky.social · 3mo
chng.it/Wcp2YYxnnR

🦋 **Bluesky**                                    Create account    Sign in

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu...
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT                                    Page 9 of 22

Post

Search

🌿 Trending                                                        ✕

USWNT    Palantir Database

Game Dev    Caturday

Smackdown    Knicks v Pacers

Privacy • Terms • Help

English ⌄

### Sign the Petition
Take back our Society and Government from the MAGA Cult American Taliban of Felon 47

🌐 chng.it

💬 1          ⇄ 1          ♡ 10          ···

**JuneSongbird** @junesongbird.bsky.social · 3mo
I'm all for signing petitions.  But the constant ask for money is irritating.

💬 1          ⇄ 2          ♡ 13          ···

**Pink Zombie Chipmunks** @pzchipmunks.bsky.social · 3mo
I don't want any money.. nor is it setup to take money.. I got enough problems keeping track of my own money, I don't want to keep track of yours lol... that's just part of change.org self promoting itself kinda like Wikipedia always pops up saying donate to Wikipedia

💬 1          ⇄          ♡ 5          ···

**JuneSongbird** @junesongbird.bsky.social · 3mo
It's the website.

▲ 🔒 change.org/p/take-back-c  +  🗔  ⋮

Complete your support
✓ — ② — ③

**Julie, your support is not complete yet!**

Real change often takes a community. Help this petition reach fellow advocates working to build a better world.

**Can you chip in $8 to get this petition on the agenda?**

Chipping in allows us to promote the petition on Change.org and through email. Within an hour, this petition could have thousands more supporters if everyone gives a few dollars.

**Yes, I'll chip in $8 to help reach the petition goal**

No, I'll share instead

💬 1          ⇄ 1          ♡ 3          ···

**Pink Zombie Chipmunks** @pzchipmunks.bsky.social · 3mo
Huh those bastards don't allow me remove that.. Okay I'll look on moving petition to another petition platform.. I'm all for self promoting but I agree that damn annoying asking for donation in order to sign. I created it at 3am the other day so didn't think things through lol

💬 1          ⇄          ♡ 11          ···


🦋 **Bluesky**

Create account    Sign in

Ex. 7, Pg. 113

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

but I agree that damn annoying asking for donation in order to sign. I
created it at 3am the other day so didn't think things through lol

💬 1                          ♡ 11          •••

**JuneSongbird** @junesongbird.bsky.social · 3mo
I appreciate the effort. Especially at 3am!

💬 1          ⇄ 1          ♡ 3          •••

**Lea Mitchell** @leadm.bsky.social · 3mo
From down under I hope you are harnessed or you harness the
Democrats and you end up in the house & in Government. The world
needs you. 🖤

💬          ⇄          ♡ 10          •••

**Alex Hall Hall** @alexhh.bsky.social · 3mo
Bravo, and thank you.

💬          ⇄ 1          ♡ 10          •••

**Eve** @evecal.bsky.social · 3mo
thank you Chris

💬          ⇄          ♡ 10          •••

**Jill Chesler** @jillc1024.bsky.social · 3mo
Bravo👏⭐hero

💬          ⇄          ♡ 10          •••

**AntiMachineGunDeathInMassMurderistan ...** @deepvard.bsky.... · 3mo
💯🚫🔫▐▐▐ 🖤💙🖤💙🖤💙🖤💙🖤💙🖤💙🖤
🇺🇸🇺🇸💙🖤💙🖤💙🖤💙🖤💙🖤💙🖤💙🖤
🇺🇸💙🖤💙🖤💙🖤💙🖤💙🖤💙🖤💙🖤💙
🇺🇸💙🖤💙🖤💙🖤💙🖤💙🖤💙🖤💙🖤💙
🇺🇸🇺🇸💙🖤💙🖤💙🖤💙🖤💙🖤💙🖤🇺🇸
🖤💙🖤💙🖤💙🖤💙🖤💙🖤💙🖤💙🖤💙🇺🇸
💙🖤💙

💬          ⇄ 1          ♡ 9          •••

**MariaC🇺🇦🇩🇪🇮🇹** @babyblueargentina.bsky.social · 3mo
Earned a follower for your display of courage

Show the cowards how it's done

Thank you for speaking out

We're with you

💬          ⇄ 1          ♡ 9          •••

**TSchilde** @tuxcad.bsky.social · 3mo
Citizens of the United States of America stand up against the fascist
MAGA regime! Fight against Trump and the billionaires! 🖤🙏

💬          ⇄ 1          ♡ 9          •••

**OgreDragon** @ogredragon.bsky.social · 3mo
Thank you for standing up for our country: I hope you don't mind: I
stole you speech, added background and Published it:
substack.com/inbox/post/1...

> **Chris Kluwe**
> American Hero

🦋 **Bluesky**

Create account     Sign in

**Post**

**Chris Kluwe**
American Hero
⊕ substack.com

💬     ⇄ 1     ♡ 9     ⋯

**📍 Trending**                                    ✕

USWNT    Palantir Database

Game Dev    Caturday

Smackdown    Knicks v Pacers

Privacy • Terms • Help

English ⌄

**suzanaleonardi.bsky.social** @suzanaleonardi.bsky.social · 3mo
So proud of you!!!!

💬     ⇄     ♡ 8     ⋯

**charlie859.bsky.social** @charlie859.bsky.social · 3mo
💯💯💯💯💯💯💯💯💯
#Resist

💬     ⇄ 1     ♡ 8     ⋯

**Fed Up!** @bibbel3.bsky.social · 3mo
Thank you, Chris!

💬     ⇄     ♡ 8     ⋯

**The Barbegazi** @thebarbegazi.bsky.social · 3mo
I wish more people were like you. Keep up the good work.

💬     ⇄     ♡ 7     ⋯

**ironrangekats.bsky.social** @ironrangekats.bsky.social · 3mo
Thank you from Bovey, Minnesota!!

💬     ⇄     ♡ 7     ⋯

**Bob Wheeler** @rmwkenpo.bsky.social · 3mo
Freakin awesome Chris

💬     ⇄     ♡ 7     ⋯

**allieirene.bsky.social** @allieirene.bsky.social · 3mo
Thank you for speaking truth to power!

💬     ⇄     ♡ 7     ⋯

**MetaVulture** @metavulture.com · 3mo



💬     ⇄     ♡ 7     ⋯

**EXREF** @exref.goflyers.online · 3mo
Good trouble!

💬     ⇄     ♡ 7     ⋯

**Shannon Zak** @shannonzak.bsky.social · 3mo
and on a side note can I just give a thumbs up for the tecmo bowl jacket? 😄👍 Love it.

💬     ⇄     ♡ 7

🦋 **Bluesky**

Create account    Sign in

Ex. 7, Pg. 115

Post

and on a side note can I just give a thumbs up for the tecmo bowl jacket? 😄👍 Love it.

💬            ↻            ♡ 7            ⋯

**iLeroy** @ileroy.bsky.social · 3mo
BRAVO

💬 1          ↻            ♡ 7            ⋯

**Rhonda.in.Pittsburgh** @acardshort.bsky.social · 3mo
What he said 👆

💬            ↻            ♡            ⋯

**DEMOcrats** @democrats4good.bsky.social · 3mo
Thank you for your service to our Country.

💬            ↻            ♡ 6            ⋯

**PBR Streetgang** 🌐🇺🇸🇺🇦🎗️🧑 @rhizomaticon.bsky.social · 3mo
Thank you for your courage and good sense.

💬            ↻            ♡ 6            ⋯

**Mirek L** @mirek.bsky.social · 3mo
Even though I'm a packers owner and fan, I appreciate your non-football involvement in our fight for democracy. Glad to have you on the team.

💬            ↻ 1          ♡ 6            ⋯

**tinacolonna.bsky.social** @tinacolonna.bsky.social · 3mo
Thank you for your courage!!

💬            ↻            ♡ 6            ⋯

**Jack Straw** 🇺🇸➕✏️ @jxkstraw.bsky.social · 3mo
Thank you, sir!

💬            ↻            ♡ 6            ⋯

**larchris.bsky.social** @larchris.bsky.social · 3mo
You are so worth a follow! Even from this Lions fan👍

💬            ↻            ♡ 6            ⋯

**RPM** @ronperronmedia.bsky.social · 3mo
You are a spectacular example for your fellow Americans. This Canadian applauds you 👏

💬            ↻            ♡ 6            ⋯

**Wonder Kitten** @wonderkitten.bsky.social · 3mo
Hero 💜

💬            ↻            ♡ 6            ⋯

**Shannon Zak** @shannonzak.bsky.social · 3mo



🔍 Search

🌊 **Trending**                                    ✕

USWNT      Palantir Database

Game Dev      Caturday

Smackdown      Knicks v Pacers

Privacy · Terms · Help

English ⌄

🦋 **Bluesky**

Create account      Sign in

Ex. 7, Pg. 116

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu...
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

Page 13 of 22

Post

✓ Trending                                    ✕

USWNT    Palantir Database

Game Dev    Caturday

Smackdown    Knicks v Pacers

Privacy • Terms • Help

English ⌄

💬          ⇄          ♡ 6          •••

**Rainy with a chance of Sunshine** @brightandsunny.bsky.social · 3mo
Thank you for standing up for democracy!  Peaceful civil disobedience brings hope and hopefully change!

💬          ⇄          ♡ 6          •••

**HBJOHN52** @hbjohn52.bsky.social · 3mo
27 year HB resident here. Thank you, Chris K. for standing up and showing up.   This MAGA madness on the city council is an embarrassment. Performative Politics without a smither of substance all in the name of "owning the libs".

💬 1          ⇄          ♡ 5          •••

**sphinxlion189.bsky.social** @sphinxlion189.bsky.social · 3mo
We need more people like you fighting #goodtrouble

💬          ⇄          ♡ 5          •••

**Giles 🇺🇸🇩🇪** @davidsongc.bsky.social · 3mo
🙏

💬          ⇄          ♡ 5          •••

**Melissa** @melissa1968.bsky.social · 3mo
My admiration for you is endless! I hope your courage is contagious!

💬          ⇄          ♡ 4          •••

**Dianne W** @cdcw58.bsky.social · 3mo
Thank you for setting such a good example for others to follow.

💬          ⇄          ♡ 4          •••

**Simon Vasey** @svasey.bsky.social · 3mo
Thank you for taking a stand

💬          ⇄          ♡ 4          •••

**watkinfam.bsky.social** @watkinfam.bsky.social · 3mo
Agree, no kings! No tyrants in USA! Thank you speaking truth to power.

💬          ⇄          ♡ 4          •••

**Adam Weber** @adamfweber.bsky.social · 3mo
I see you dude!! #respect

💬          ⇄          ♡ 4          •••

**Stretch Cunningham** @stretchcunningham.bsky.social · 3mo
Ton of respect from Detroit. Thank you.

💬          ⇄          ♡ 4          •••

**Ariuszme** @ariuszme.bsky.social · 3mo
24 hours ago I'd never heard of you (sorry!) now I add you to my hero list :)

🦋 **Bluesky**                                    Create account    Sign in

Ex. 7, Pg. 117

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu...
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

Page 14 of 22

Post

24 hours ago I'd never heard of you (sorry:) now I add you to my hero list :)

(2 of my posts mentioning you)

www.lawyersgunsmoneyblog.com/2025/02/in-t...

nationalzero.com/2025/02/20/s...

**Scorecard February 2025 - National Zero**
The following is a non-exhaustive scorecard for where the United States is at on February 20, 2025, starting with the stats for which we have data on with a definite change: Stat January 20, 2025 Febr...
© nationalzero.com

💬 1          ⇄ 1          ♡ 4          ···

🦋 **Tempestori** 💧🌊  @tempestori.bsky.social · 3mo



💬          ⇄          ♡ 2          ···

**Andy Hockley** @adhoc.bsky.social · 3mo
Thank you

💬          ⇄          ♡ 4          ···

**Chicagoan in Colorado (He/Him)** @flatirons.bsky.social · 3mo
Thank you, Chris!!

💬          ⇄          ♡ 4          ···

**@Viking tears61.bsky.social** @vikingtears61.bsky.social · 3mo
Keep on keeping on. Skole!

🔍 Search

⚡ **Trending**                          ✕

USWNT    Palantir Database

Game Dev    Caturday

Smackdown    Knicks v Pacers

Privacy · Terms · Help

English ⌄

🦋 **Bluesky**                    Create account    Sign in

Ex. 7, Pg. 118

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

Page 15 of 22

Post

Search

⚡ Trending                                          ×

USWNT    Palantir Database

Game Dev    Caturday

Smackdown    Knicks v Pacers

Privacy • Terms • Help

English ⌄

♡ 4
↩    ⇄

**Dianne Artful** @dianneartful.bsky.social · 3mo
oll.libertyfund.org/quotes/john-...

**John Locke on the idea that**
Where-ever law ends, tyranny begins, if the law is transgressed to another's harm; and whosoever in authority exceeds the power given him by the law, ...

© oll.libertyfund.org

💬    ⇄ 3    ♡ 4    ...

**Last Name, First Name** @dyaple.bsky.social · 3mo
Hero

💬    ⇄ 2    ♡ 4    ...

**ronniebees.bsky.social** @ronniebees.bsky.social · 3mo
Thank you speaking out. It's getting ridiculous out here!

💬    ⇄    ♡ 4    ...

**Andrew J. Scott** @andrewjscott.bsky.social · 3mo
For the Horde...

💬    ⇄    ♡ 3    ...

**George Henderson** @geophenderson.bsky.social · 3mo
Thank you so much! Long time fan here!

💬    ⇄    ♡ 3    ...

**blessedbygracek.bsky.social** @blessedbygracek.bsky.social · 3mo
Name a date and time for everyone who cares about America and our democracy to meet on the White House steps to effectuate a peaceful transfer of power back to we the people!

Actions speak louder than words! We need a solution not continue talking about the problem!

💬    ⇄    ♡ 3    ...

**rowdee.bsky.social** @rowdee.bsky.social · 3mo
Thank you for your leadership!!! I totally support you and am inspired by you!!

💬    ⇄    ♡ 3    ...

**Susie (Bowen) Peace** @susiebowenpeace.bsky.social · 3mo
Well done!

🦋 **Bluesky**

Create account    Sign in

Ex. 7, Pg. 119

Post

**Susie (Bowen) Peace** @susiebowenpeace.bsky.social · 3mo
Well done!

💬          🔁          ♡ 3          ···

**Sue Mullaney** @suemull.bsky.social · 3mo
Thank you for speaking out!

💬          🔁          ♡ 3          ···

**chigere.bsky.social** @chigere.bsky.social · 3mo
Thank you, Chris.

💬          🔁          ♡ 3          ···

**Lisa Wilson, Esq.** @lisamwilson.bsky.social · 3mo
Thank you for speaking out. We will not back down, and we know you
won't either!

💬          🔁          ♡ 3          ···

**J Montgomery** @jaymontgomery.bsky.social · 3mo
Love you Brother!

💬          🔁          ♡ 3          ···

**Craig Fraser** @cpfraser.bsky.social · 3mo
No kings. No tyrants.

💬          🔁 2          ♡ 3          ···

**jojoauburn.bsky.social** @jojoauburn.bsky.social · 3mo
Thank you!!!!

💬          🔁          ♡ 3          ···

**Equus Sine Caesaribus** @spinny.bsky.social · 3mo
I hope you're having a great day.

💬          🔁          ♡ 3          ···

**Chris Westby** @crwestby.bsky.social · 3mo
You make Minnesota proud!!

💬          🔁          ♡ 3          ···

**ejmwilkins.bsky.social** @ejmwilkins.bsky.social · 3mo
Good trouble!

💬          🔁          ♡ 3          ···

**The Danish Musician 🇩🇰** @thedanishmusician.bsky.social · 3mo
That! Was! Beautiful!!! 😳

💬          🔁          ♡ 3          ···

**Wookie Goldberg 🇺🇦** @wookiegoldberg.bsky.social · 3mo
"It's time now for you and me to become more politically mature and
realize what the ballot is for; what we're supposed to get when we cast
a ballot; and that if we don't cast a ballot, it's going to end up in a
situation where we're going to have to cast a bullet. It's either a ballot
or a bullet."

💬          🔁 2          ♡ 3          ···

**cathy** @groovesgg.bsky.social · 3mo
bravo Chris

💬          🔁          ♡ 3          ···

**dnebvt.bsky.social** @dnebvt.bsky.social · 3mo

---

🔍 Search

🔀 Trending                                                    ✕

USWNT        Palantir Database

Game Dev        Caturday

Smackdown        Knicks v Pacers

Privacy · Terms · Help

English ⌄

---

🦋 Bluesky                                    Create account      Sign in

Ex. 7, Pg. 120

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

Post

🔍 Search

✨ Trending                                          ✕

USWNT    Palantir Database

Game Dev    Caturday

Smackdown    Knicks v Pacers

Privacy • Terms • Help

English ⌄

**dnebvt.bsky.social** @dnebvt.bsky.social · 3mo
Why were you arrested???
💬                    🔁                    ♡ 2                    ···

**punkinmamapgh.bsky.social** @punkinmamapgh.bsky.social · 3mo
Thank you. Thank you for standing up for us all. Thank you for your
courage.
💬                    🔁                    ♡ 2                    ···

**ksullyb.bsky.social** @ksullyb.bsky.social · 3mo
Hero bells! We appreciate you!
💬                    🔁                    ♡ 2                    ···

**Kristine** @kz1111.bsky.social · 3mo
Thank you!
💬                    🔁                    ♡ 2                    ···

**Kendracula** @kendracula.bsky.social · 3mo
Good trouble!
💬                    🔁                    ♡ 2                    ···

**the-happy-hermit.bsky.social** @the-happy-hermit.bsky.social · 3mo
Keep up the Good Trouble!
💬                    🔁                    ♡ 2                    ···

**Northern Monkey** @monkey666.bsky.social · 3mo
🖐️
💬                    🔁                    ♡ 2                    ···

**Bruce Leonard** @bruceleonard.bsky.social · 3mo
Never. Thank you, sir
💬                    🔁                    ♡ 2                    ···

**Hann23** @hann23.bsky.social · 3mo
Thank you!!
💬                    🔁                    ♡ 2                    ···

**lbg910.bsky.social** @lbg910.bsky.social · 3mo
You are a great American. Thank you for using your voice to help the
most vulnerable among us.
💬                    🔁                    ♡ 2                    ···

**Naomi Lamb** 🇺🇸 🏴󠁧󠁢󠁥󠁮󠁧󠁿 @namastelamb.bsky.social · 3mo
Thank you 🖤🌹
💬                    🔁                    ♡ 2                    ···

**Sharon** @sharonarocker.bsky.social · 3mo
Thank you  for speaking up. More good people need to heed the call to
save democracy 🖤
💬                    🔁                    ♡ 1                    ···

**Susan Hoschak** @millomommy.bsky.social · 3mo
It's the spark we needed to see!
💬                    🔁                    ♡ 1                    ···

**andieducks.bsky.social** @andieducks.bsky.social · 3mo

🦋 Bluesky

Create account    Sign in

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT

**Post**

Q Search

**andieducks.bsky.social** @andieducks.bsky.social · 3mo
👏👏👏👏 Way to show us how it's done! Thank you for speaking truth.
💜

💬                    ⇄                    ♡ 1                    ···

**Deirdre** @boomshine.bsky.social · 3mo
Heroes don't wear capes! Bless you.

💬                    ⇄                    ♡ 1                    ···

**I'm Beth** @nursejungabel.bsky.social · 3mo
Bravo!!!! 👏👏👏👏👏👏👏

💬                    ⇄                    ♡ 1                    ···

**Saima Akhtar** @saimaakhtar.bsky.social · 3mo
Thank you!!

💬                    ⇄                    ♡ 1                    ···

**Dave** @oxcub311.bsky.social · 3mo
Way to go!  Spot on!!!! You are an inspiration!!!

💬                    ⇄                    ♡ 1                    ···

**parishqueen.bsky.social** @parishqueen.bsky.social · 3mo
Truth to power💯💯🇺🇸🇺🇸🦋

💬                    ⇄                    ♡ 1                    ···

**roterote** @roterote.bsky.social · 3mo
You have an incredible username

💬                    ⇄                    ♡ 1                    ···

**Rosarian extraordinary. Fond of daisies and...** @gardenbonbon... · 3mo
Good on ya, Chris! Lead by example.

💬                    ⇄                    ♡ 1                    ···

**IndivisibleMSP** ✖️👒 @indivisiblemsp.bsky.social · 3mo
Excellent work, Chris Kluwe! 🙌

💬                    ⇄                    ♡ 1                    ···

**beatepdx.bsky.social** @beatepdx.bsky.social · 3mo
💯

💬                    ⇄                    ♡ 1                    ···

**Amy Phelps** @btchmaster.bsky.social · 3mo
Much respect.

💬                    ⇄                    ♡ 1                    ···

**MW** @maxwander.bsky.social · 3mo
You rock

💬                    ⇄                    ♡ 1                    ···

**Stacey B** @benes75.bsky.social · 3mo
Thank you!!!

💬                    ⇄                    ♡ 1                    ···

**BionicRich** @bionic-skye.bsky.social · 3mo
Rock on, dude!! Thanks for being awesome! 👍

💬                    ⇄                    ♡ 1                    ···

🦋 Trending                    ✕

USWNT    Palantir Database

Game Dev    Caturday

Smackdown    Knicks v Pacers

Privacy • Terms • Help

English ⌄

🦋 **Bluesky**                    Create account    Sign in

Document title: Chris Kluwe: &quot;I appreciate everyone's messages of support, I'm trying to get through all my mentions but as you can imagine, it's been a bit of a bu...
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lilmptzpjk2k
Capture timestamp (UTC): Sat, 31 May 2025 23:38:13 GMT                    Page 19 of 22

Post

**BionicRich** @bionic-skye.bsky.social · 3mo
Rock on, dude!! Thanks for being awesome! 👍🏻

💬          ⇄          ♡ 1          ···

**Matt Macauley** @visualalgebra.bsky.social · 3mo
I have to ask, did jail magically turn you into a lustful c-monster or not?

💬          ⇄          ♡ 1          ···

**Turtal** @turtal.bsky.social · 3mo
Thank you, Chris. We needed this; it's inspiring.

💬          ⇄          ♡          ···

**Bazola** @wizardssleeve.bsky.social · 3mo
Well done Chris .

💬          ⇄          ♡          ···

**@** mhloganxccoty23.bsky.social @mhloganxccoty23.bsky.social · 3mo
Keep the positive thoughts coming.

💬          ⇄          ♡          ···

**Indira H.** @indira54.bsky.social · 3mo
Thank you Chris 🙏🙏

💬          ⇄          ♡          ···

**Sharonls** @sharonls.bsky.social · 3mo
You shuck up 🫵 county. Very brave 🫵

💬          ⇄          ♡          ···

**Elons Cheese hat was made in China** @middleager60.bsky.social · 3mo
Thank You, oh my Gosh Thank You! 💕💕💕💕💕

💬          ⇄          ♡          ···

**deuce6078.bsky.social** @deuce6078.bsky.social · 3mo
Out of jail already, thought they'd be taking you to the gallows! The felon needs to go

💬          ⇄          ♡          ···

**franko25.bsky.social** @franko25.bsky.social · 3mo
You are such an inspiration! 💙

💬          ⇄          ♡          ···

**Shane Deitert** @shaneshoebox.bsky.social · 3mo
Fight! Thank you

💬          ⇄          ♡          ···

**▌Alfredo 🏴🀄** @cheehoo.bsky.social · 3mo
Peaceful didn't win WWII and our situation now is getting worse

💬          ⇄          ♡          ···

**✿ Tim Lieder** @timlieder.bsky.social · 3mo
On october 7, the college students celebrates mass murder and rape. They can fyck off.

open.substack.com/pub/marlowe1...

Search

📈 Trending                                    ×

USWNT        Palantir Database

Game Dev        Caturday

Smackdown        Knicks v Pacers

Privacy • Terms • Help

English ⌄

🦋 **Bluesky**          Create account    Sign in

Ex. 7, Pg. 123



The Witching Snakes pt 11

Paul decides to give it another shot. The Hlavac Twins are Found. Paul and Agatha move back to Minneapolis. Time passes.

open.substack.com

Laura @tazmanianelf.bsky.social · 3mo

🫶 🖤

🦋 Bluesky

Create account    Sign in

Ex. 7, Pg. 124



🦋 Bluesky