# EXHIBIT 8

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 8. Printout of full social media discussion thread for a post on Bluesky by Pride at the Pier on February 23, 2025 that posted a video asking people to stop "review bombing" the library to complain about the MAGA plaque. Accessible online here: https://bsky.app/profile/prideatthepier.bsky.social/post/3livjg5dezk2q

← Post

**Pride at the Pier** 🏳️‍🌈💛⚧ he/she/they/xe
@prideatthepier.bsky.social

+ Follow

We've heard that the HB librarians are getting attacked over the MAGA plaque.

Please don't do this!

They are not in control of what the HB City Council does. If you care about this issue, please direct your concerns to the council members.

@socalextremismwatch.com
@chriswarcraft.bsky.social



February 24, 2025 at 4:33 AM    Everybody can reply

🔍 Search

〽️ Trending    ✕

Wolves vs Thunder

Wrestling Event    Caitlin Clark

Caturday    NBA Playoffs

Privacy • Terms • Help

English ⌄

 Bluesky

Create account    Sign in

Ex. 8, Pg. 127

← Post

February 24, 2025 at 4:33 AM · Everybody can reply

**42** reposts    **5** quotes    **193** likes

💬 7                    🔁 47              ♡ 193                ↑        ⋯

**Pride at the Pier 🏳️‍🌈🏳️‍⚧️⚧ he/she/they/xe** @prideatthepier.bsky.so... · 2mo
Mayor Burns: Pat.Burns@surfcity-hb.org
Pro Tem McKeon: Casey.McKeon@surfcity-hb.org
Council -Kennedy: Don.Kennedy@surfcity-hb.org
Strickland: Tony.Strickland@surfcity-hb.org
Twining: Butch.Twining@surfcity-hb.org
Van Der Mark: Gracey.VanDerMark@surfcity-hb.org
Williams: Chad.Williams@surfcity-hb.org

💬 1            🔁 4            ♡ 20            ⋯

**Pride at the Pier 🏳️‍🌈🏳️‍⚧️⚧ he/she/they/xe** @prideatthepier.bsky.so... · 2mo
Those wishing to provide a comment may do so in person in HB Council Chambers by completing a Request to Speak form delivered to the City Clerk.
Sign-ups will be accepted until the commencement of the public comment period.
Or email SupplementalComm@Surfcity-hb.org by 9AM on the day of the meeting.

💬              🔁 2            ♡ 10            ⋯

**Fight for Dylan** @kidsgetcancertoo.bsky.social · 3mo
I just looked up the library, and it looks amazing! It's a bit of a schlep, but I think we're gonna have to visit. #LoveWins

💬              🔁 1            ♡ 7            ⋯

**Clare - I like cats 🐈‍⬛⬛🐈‍⬛⬛** @slappawappa.bsky.social · 2mo
Librarians know how to protest and educate.... I would love to see their work! Stay safe and people need to stay respectful. They are the introvert fighters

💬              🔁              ♡ 2            ⋯

**John Kawakami** @johnkawakami.bsky.social · 2mo
Can we vandalize the plaque?

💬 3            🔁              ♡ 7            ⋯

**Pride at the Pier 🏳️‍🌈🏳️‍⚧️⚧ he/she/they/xe** @prideatthepier.bsky.so... · 2mo
We're a non-profit and definitely cannot advise anyone to commit crimes.

It's also not installed yet.

💬              🔁              ♡ 18            ⋯

**Baal** @baal.bsky.social · 2mo
Is there a reason y'all aren't directing folks to the huntingtonbeachca.gov pages where they can find the email for each of the council members, the general council e-mail and phone number, as well as how to sign up to speak at the public forum before the next council meeting?

💬 2            🔁              ♡ 3            ⋯

**Pride at the Pier 🏳️‍🌈🏳️‍⚧️⚧ he/she/they/xe** @prideatthepier.bsky.so... · 2mo
If you'd like to engage in HB politics, btw, there's a budget town hall worth attending tonight. The last budget, in 2023, they tried really hard to defund the libraries and cut their hours. This town hall precedes the March 4th meeting next Tuesday evening.

protect_hb

🔍 Search

✨ Trending                                        ✕
Wolves vs Thunder
Wrestling Event    Caitlin Clark
Caturday    NBA Playoffs

Privacy · Terms · Help

English ⌄

🦋 Bluesky                                        Create account    Sign in

← Post

🔍 Search

📈 Trending　　　　✕

Wolves vs Thunder

Wrestling Event　Caitlin Clark

Caturday　NBA Playoffs

Privacy • Terms • Help

English ⌄

**protect_hb**

[Image: Meeting Reminder flyer — Monday, Feb. 24, Town Hall Budget Discussion, 5:30 – 7:00 p.m., City Hall Lower Level, B8. Hashtags: #SpeakUp #HBfacts #AskQuestions #vision4HB #stopthelawsuits #dontbreakthebank #FixAgingInfrastructure]

♡ 4

**Summer 🎨** @artgirlsummer.bsky.social · 2mo
Can they just put a sandwich board in front of it every day?

💬 1　　　　♡ 3

**Pride at the Pier 🏳️‍🌈🤎🏳️‍⚧️ he/she/they/xe** @prideatthepier.bsky.so... · 2mo
The librarians are in a really tricky spot trying to manage all of this - remember, they've been getting harassed for a long time now due to the false, dangerous rhetoric from the council that they're providing 🌽 to kids.

Many community members are discussing responses to the plaque, however.

♡ 10

 Bluesky

Create account　Sign in

Ex. 8, Pg. 129

Document title: Pride at the Pier 🏳️‍🌈 🤎 🏳️‍⚧️ he/she/they/xe: &quot;We&#39;ve heard that the HB librarians are getting attacked over the MAGA plaque. Please don&
Capture URL: https://bsky.app/profile/prideatthepier.bsky.social/post/3livjg5dezk2q
Capture timestamp (UTC): Sun, 25 May 2025 06:35:09 GMT　　　　　　　　　　　　　　　　　　　　Page 3 of 4

← Post

remember, they've been getting harassed for a long time now due to the false, dangerous rhetoric from the council that they're providing 🫣 to kids.

Many community members are discussing responses to the plaque, however.

♡ 10

 Search

📈 Trending ✕

Wolves vs Thunder

Wrestling Event   Caitlin Clark

Caturday   NBA Playoffs

Privacy • Terms • Help

English

Bluesky

Create account   Sign in

Ex. 8, Pg. 130

Document title: Pride at the Pier 🏳️‍🌈 🏳️‍⚧️ 🌈 ⚧ he/she/they/xe: &quot;We&#39;ve heard that the HB librarians are getting attacked over the MAGA plaque. Please don&
Capture URL: https://bsky.app/profile/prideatthepier.bsky.social/post/3livjg5dezk2q
Capture timestamp (UTC): Sun, 25 May 2025 06:35:09 GMT

Page 4 of 4