# EXHIBIT 9

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 9. Printout of full social media discussion thread for a post in the HB Insider Facebook group by Christian Epting on February 23, 2025 at 5:49 pm., criticizing Kluwe. Accessible online here:

https://www.facebook.com/groups/HB4UbyHBCF/posts/9052436791520874/





Christian Epting's Post

Chris Young
Sounds like a lot of hot air... You know he coaches at Edison, the freshman football team..... He's just looking for his 15 minutes of fame since he's a washed up punter and he caused that wash out
13w   Share   Edited                                                                   28

Jill Elroy
Chris Young ... I'm surprised he's coaching there if he was arrested.
13w   Share                                                                             9

Kris Carroll
Chris Young Take note parents. Crazy.
13w   Share                                                                             12

Jacqueline Marie
Chris Young he is a coach, at Edison, and calls a good portion of HB citizens Nz's? Interesting.
13w   Share                                                                             10

Chris Young
Jacqueline Marie yes I know.... And on an Edison FB page he's being praised
13w   Share   Edited                                                                   6

Joyce Zeller
Sounds like another HB Brah teacher😅😅...
13w   Share   Edited                                                                   6

Jacqueline Marie
Chris Young 🙄
13w   Share

Omen Kaos Tannyr Davis
Chris Young which edison page is he being praised on?
13w   Share

Chris Young
Omen Kaos Tannyr Davis couple of private ones... Edison High School Alumni
13w   Share   Edited

Tricia Morrisette
Chris Young , I wouldn't let my child within a mile of this crackpot. Edison should be made aware of his mental instability.
13w   Share                                                                             12

Chris Young
Tricia Morrisette they said he was vetted when hired
13w   Share                                                                             3

Tricia Morrisette
Chris Young , then they did a poor job vetting!
13w   Share                                                                             4

Jill Elroy
Chris Young ... they probably ran him thru live scan when they hired him. A background check with the DOJ. The district I believe is suppose to check their DOJ page at least once a month if any activity comes up. I have do to that for our Pop Warner Chapter.
13w   Share                                                                             4

Chris Young
Yvette Moreno Wise how do you know the majority wants what he said 🙄
13w   Share                                                                             5

Yvette Moreno Wise
Chris Young it's obvious

Sponsored

Order Today. Get it By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

Christian Epting's Post



Chris Young
**Yvette Moreno Wise** how do you know the majority wants what he said 😕
13w    Share    4 👍

Yvette Moreno Wise
**Chris Young** it's obvious
13w    Share    4 😂😮

Whitey Oakley
**Yvette Moreno Wise** "it's obvious" the majority of the residents of HB think they are nazis? You are off your rocker!
13w    Share    Edited    6 👍

Chris Young
**Yvette Moreno Wise** I would like to see the method that you collected this info... Please provide that data
13w    Share

Rae Anne
**Chris Young** hopefully they fire him. We don't need that coaching our kids.
13w    Share    5 👍

Chris Young
**Rae Anne** they really have no grounds but if parents start complaining you never know
13w    Share    2 👍

Deb Janus
**Rae Anne** they did fire him
11w    Share    👍

Rae Anne
**Deb Janus** 👏🏼👏🏼 good!!
11w    Share

Will Hawes
**Chris Young** I hope you mean he WAS a coach.
13w    Share

Chris Young
**Will Hawes** as far as I know he still is a coach....
13w    Share    Edited

Christian Epting
Here he is this week explaining why he turned down an interview from the New York Times. Not because they would have asked him hard questions...

> "The New York Times was complicit in Hitler's rise to power," Kluwe said, adding, "Because they wrote the exact same articles they're writing now. They wrote, 'Oh, Hitler doesn't mean it. Oh, he's just trolling about the Jews. Oh, he would never do something like that.' And then the camp started."

13w    Share    😮

Chris Young
**Christian Epting** and he coaches kids 😕
13w    Share

Ex. 9, Pg. 134

Document title: Huntington Beach Insider | 🖼in defense of HB… | Facebook
Capture URL: https://www.facebook.com/groups/HB4UbyHBCF/posts/9052436791520874/
Capture timestamp (UTC): Wed, 28 May 2025 01:06:16 GMT



Ex. 9, Pg. 135

Document title: Huntington Beach Insider | 𝕴𝕹 in defense of HB… | Facebook
Capture URL: https://www.facebook.com/groups/HB4UbyHBCF/posts/9052436791520874/
Capture timestamp (UTC): Wed, 28 May 2025 01:06:16 GMT

Page 4 of 24



**Christian Epting's Post**

Ann Hamilton Tarkington
**Kari Crowder** no, to many if not most, he sounds quite crazy!!

13w    Share    4 👍

Kari Crowder
**Ann Hamilton Tarkington** I forgot,,, no one on Facebook has ever heard of sarcasm 😌

13w    Share    4 👍

Ann Hamilton Tarkington
**Kari Crowder** , we obvious have, but it's hard to tell!

13w    Share

Rina Jacobson
It's Chris, capitalized since it is a name. If you're going to smear him, at least have the decency to spell his name correctly. And just because you haven't heard it doesn't make it untrue. And so far, I haven't heard him say anything untrue. Facts do matter, ideas do matter and I have decided for myself.

13w    Share    38 😆👍

Christian Epting
**Rina Jacobson** "Smear him" ? I quoted him- as for the capitalization, this was a voice text post and that's just how it came out. Sorry that that offended you, I have fixed it

13w    Share    Edited    18 👍

Rina Jacobson
**Christian Epting** it didn't offend me. I just figured with all the books you've written, proofreading would be second nature. Sloppy writing and blaming voice to text undermines your credibility.

13w    Share    9 😆👍

Christian Epting
**Rina Jacobson** The biggest issue you had with my post is that a couple of times his name had a small C? Not the fact that he appears to be completely fabricating history?

13w    Share    Edited    32 👍

Steve Saurman
**Rina Jacobson** I have a sneaking suspicion he knows how to spell Chris. Not sure why. 😌

13w    Share    18 😆👍

Scott Mulleary
**Steve Saurman** 😂😂😂😂😂

13w    Share    4 👍😆

Susan Allen
**Christian Epting** that's what they do

13w    Share    👍

Susan Allen
Since he was physically removed out of the chamber, can he be physically locked out from attending future meetings? That way none of us would have to watch him perform anymore of his scripted stunts.

13w    Share    2 👍

Christian Epting
**Rina Jacobson** you have decided that Disney forced out "Nazis" from Anaheim into Huntington Beach?

13w    Share    10 😆👍

Gail Helen
**Rina Jacobson** Maybe you can give us some facts about the Nazi agenda here in HB. You sound like you know THE FACTS!

Sponsored

Order Today. Get it By Tomorrow
discountmugs.com

Double Your Impact
give-
sc.salvationarmy.org

**Christian Epting's Post**



**Christian Epting**
**Rina Jacobson** you have decided that Disney forced out "Nazis" from Anaheim into Huntington Beach?

13w   Share

**Gail Helen**
**Rina Jacobson** Maybe you can give us some facts about the Nazi agenda here in HB. You sound like you know THE FACTS!

13w   Share

**Chris Young**
**Rina Jacobson** Iff Chris hasn't heard it chances are it didnt happen......but it seems that you know more than he does, so lets hear some facts from the new HB historian.......

13w   Share

**Clay Allison**
**Christian Epting** has spent AGES studying the history of Huntington Beach, and has forgotten more about it that you or "Chris" knows. If he says he's not heard of it, it's pretty much a certainty that it doesn't and never has existed.

13w   Share

**Kathy Ruffino**
**Rina Jacobson** I don't think it was **Christian Epting** that made those remarks. The potentially defamatory remarks were made by others. Sometimes these threads are challenging to follow😉

13w   Share

**Whitey Oakley**
**Rina Jacobson** every time you type you undermine your own credibility!

13w   Share

**Janet Cole**
**Rina Jacobson** you sound as stupid as he does.

13w   Share

**Cathy Barnard Haro**
**Rina Jacobson** I've been hear since 1970 ( with 20 years away). The only time I've heard of HB being a Nazi town is thru the Lefties posting on forums. Yes, there were a handful of problems in the 80s but that was almost 40 years ago.

13w   Share   Edited

**Jasen Harv**
**Rina Jacobson**, this statement is as stupid as the propaganda flag you have in your picture. Do you know what a Nazi, an actual Nazi? is

12w   Share

**Barbara Scrafield**
Pretty much sounded like a lunatic to me. He's down right scary.

13w   Share

**Ivetta Levenets**
I swear, "Natzi" it's the only word some people learned in high school 🙆

13w   Share   Edited

**Diana BLotzer Zimmer**
I always knew of the Nazis that were posted up in Fallbrook and lead by Metzger. They wandered into other communities but never became as established as they were in Fallbrook.

13w   Share

**Christian Epting**
**Diana BLotzer Zimmer** his infamy is well sourced and easy to trace.

Document title: Huntington Beach Insider | 𝕀n defense of HB… | Facebook
Capture URL: https://www.facebook.com/groups/HB4UbyHBCF/posts/9052436791520874/
Capture timestamp (UTC): Wed, 28 May 2025 01:06:16 GMT

**Christian Epting's Post**



Diana BLotzer Zimmer
I always knew of the Nazis that were posted up in Fallbrook and lead by Metzger. They wandered into other communities but never became as established as they were in Fallbrook.

13w    Share    6

Christian Epting
**Diana BLotzer Zimmer** his infamy is well sourced and easy to trace. I'm still looking for some back up to Chris's claims that Disney forced out Nazis

13w    Share    6

Diana BLotzer Zimmer
**Christian Epting** isn't Walt always being identified as a Nazi? Chris's claims are a first for me as well.

13w    Share

Christian Epting
**Diana BLotzer Zimmer** those claims get tossed around a lot - in 1938, he hosted Nazi director Leni Riefenstahl at his studios but beyond that I don't think there is much -

13w    Share    3

Whitey Oakley
**Diana BLotzer Zimmer** they are long gone from Fallbrook.

13w    Share    Edited

Ryan Rustan · Follow
No right for him to rush the podium foaming from the mouth ...over a tiny 18'' plaque. !! seek help

13w    Share    17

Amy Corbett MacLean
**Ryan Rustan** he didn't rush the podium

13w    Share    7

Karen Vann
**Amy Corbett MacLean** he rushed the dais, but everyone understood what he said except you.

13w    Share    5

Amy Corbett MacLean
**Karen Vann** saying the same thing repeatedly doesn't make you right.

13w    Share

Joe Bui
Been living in HB since 1979. Got in my fair share of fights when I was young. But it pales in comparison to the amount of good people that I have met in HB.

There is always some bad anywhere you go, but to say that HB is Nazi Central is so full of 💩.

13w    Share    42

Chris Young
**Joe Bui** and he didnt even grow up here, he lived in Seal Beach and went to Los Al and UCLA

13w    Share    8

Joe Bui
**Chris Young** I was living in HB before he was even born.

13w    Share

Chris Young
**Joe Bui** so what

Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

Ex. 9, Pg. 138

**Christian Epting's Post**    ✕



13w    Share                                                                    8

**Joe Bui**
**Chris Young** I was living in HB before he was even born.
13w    Share

**Chris Young**
**Joe Bui** so what
13w    Share

**Chris Young**
**Joe Bui** I was here before both of you but that not the point
13w    Share

**Anna Cruz Carlson**
**Joe Bui** I used to know you when you were young. Small world.
13w    Share

**Joe Bui**
**Anna Cruz Carlson** oh really? Where from?
13w    Share

**Anna Cruz Carlson**
**Joe Bui** Feola circle.
13w    Share

**Joe Bui**
**Anna Cruz Carlson** OMG! That's what I was thinking! How are you
and your family?
13w    Share

**Anna Cruz Carlson**
**Joe Bui** very well
13w    Share

**Craig Frampton**
I have said this from day one, He`s looking to make money off his stunt
13w    Share                                                                    16

**Chris Young**
**Craig Frampton** yup....he has been blacklisted by the NFL and he
needs to be relevant again so he pulls this stunt
13w    Share                                                                    9

**Karen Vann**
**Craig Frampton** he sells books on what he did the other night.
Considering he didn't do anything amazing, I'm not sure he did himself
any good.
13w    Share                                                                    4

**Christian Epting**
I can't figure out but maybe he's just conflating all kinds of things to try and
make a point that supports his extreme political views. I mean Anaheim was
known for the klan, not Nazis. And after the depression, most of that had
dissipated anyway so...
13w    Share                                                                    25

**Amy Corbett MacLean**
**Christian Epting** people do seem to use the two terms
interchangeably
13w    Share                                                                    2

**Gabriela Queteimporta**
**Christian Epting**
Maybe he is using things that alter his thought process.
Maybe he is hoping to sue the city now that Gates is gone. I hope he

Sponsored

Order Today. Get
It By Tomorrow
discountmugs.com

Double Your
Impact
give-
sc.salvationarmy.org



### Christian Epting's Post

**Amy Corbett MacLean**
**Christian Epting** people do seem to use the two terms interchangeably

13w · Share · 2

**Gabriela Queteimporta**
**Christian Epting**
Maybe he is using things that alter his thought process.
Maybe he is hoping to sue the city now that Gates is gone. I hope he didn't get a rug burn when he fell.
I hope he does a better job at getting his information or taking care of his state of mind.

13w · Share · 5

**Christian Epting**
**Gabriela Queteimporta** a whole gaggle offered to pay any bail - contribute to his CC run- he has his local fans

13w · Share · 5 😮😍

**Gabriela Queteimporta**
**Christian Epting**
Wow...
We live in weird times.
I guess there is a person for everyone.

13w · Share · 2

**Denise Kavanaugh**
**Christian Epting** I hope he does run. He's insane . No normal person would vote for him

13w · Share

**Gabriela Queteimporta**
**Denise Kavanaugh**
It would be fun to watch, anyway 😉

13w · Share

**Susan Allen**
**Denise Kavanaugh** unfortunately, there are enough insane ones who could/would vote for a pig if it's name was on the ballot.

13w · Share · 👍

**Steve Moore**
I'd vote for Arnold Ziffel if he was on the ballot.

12w · Share

**Daniel Kokosenski**
**Christian Epting** it's like these people have Munchhausen by proxy syndrome. They are clinging to a false hate which gives them some sort of victim status and self relevancy.

13w · Share · Edited · 3

**Whitey Oakley**
**Christian Epting** too many shot to the head, I'm thinking.

13w · Share

**Christian Epting**
**Whitey Oakley** punter ?? 🤣 I think it's just him

13w · Share · 2 👍😍

**Bruce Hood**
**Christian Epting** he's like a liberal cliché factory. How many years of knocking heads on the field maybe 😉

12w · Share

**Jeannine Janicke**
He needs to define Nazi 1st and foremost. You call me that because I'm a Christian Conservative who believes in protecting and promoting this country....that is a fighting word.

Ex. 9, Pg. 140

### Christian Epting's Post

Bruce Hood
**Christian Epting** he's like a liberal cliché factory. How many years of knocking heads on the field maybe 😏

12w · Share

Jeannine Janicke
He needs to define Nazi 1st and foremost. You call me that because I'm a Christian Conservative who believes in protecting and promoting this country....that is a fighting word.

13w · Share                                                                20

Chris Young
**Jeannine Janicke** people throw that word around these days cuz they think it's fashionable......I mean they called **Gracey Larrea-Van Der Mark** that way back and never proven the direct ties to her..... and they have no idea exactly what one is these days......its just sounds cool to say it and it gets people to respond......I take it will a grain of salt

13w · Share · Edited                                                      7

Denise Kavanaugh
**Jeannine Janicke** he did define it. It's a red MAGA hat. I wonder if he thinks the eagles that are flying around HB are Nazis too. Since the library plaque was unveiled, you can see them now more than ever. Coincidence?

13w · Share

Kelly Jackson Whalen
Lunatic comes to mind. I watched the meeting. He went too far.

13w · Share                                                                12

Ann Hamilton Tarkington
So, I wonder what Edison Huntington Beach High Street, has to say about this!!

13w · Share                                                                7

Janet Cole
Hes a moron. You are our historian. This guy us a joke. Anybody following him is lost and stupid

13w · Share · Edited                                                      14

Stacey Shell
Punter. Ghey.

13w · Share · 3

  Daniel Kokosenski
  **Stacey Shell** this punt was blocked

  13w · Share

Jim Kelley
" Reductio ad Hitlerum " also known as playing the Nazi card.

13w · Share                                                                2

Andi HK
With all the so-called nazis in HB, how come we are so diverse? I am a mixed-race minority woman and I've encountered racism in other parts of the country, but not in our hometown (except for the odd visiting 909'er in the 90s).
But, then again, the poor man seems confused. He considers rushing toward seated elected officials during an official government meeting to be civil disobedience and not the threat of violence it was.
The irony is that Amnesty International defines civil disobedience as being non-violence, anti-hatred and non-discrimination. He exhibited threatened violence, hatred, and discrimination toward those with different beliefs. He painted with such a broad brush during his public comments that it was confusing to understand what he was so angry about. All I got from that rant was that people that wear red hats are nazis. Such an odd take.

13w · Share                                                               23

Sponsored

Order Today. Get it By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

## Christian Epting's Post

seated elected officials during an official government meeting to be civil disobedience and not the threat of violence it was.
The irony is that Amnesty International defines civil disobedience as being non-violence, anti-hatred and non-discrimination. He exhibited threatened violence, hatred, and discrimination toward those with different beliefs. He painted with such a broad brush during his public comments that it was confusing to understand what he was so angry about. All I got from that rant was that people that wear red hats are nazis. Such an odd take.

13w    Share                                                                          23 👍

**Matthew Kanoudi**
Always such a surprise when an extreme leftist lunatic spews nazi rhetoric conspiracy theories

13w    Share                                                                          13 👍

**Kevin Anderson**
**Matthew Kanoudi** - surprise?

13w    Share                                                                     4 👍😆

**Whitey Oakley**
**Matthew Kanoudi** is it?
It seems the norm for them now.

13w    Share                                                                     2 👍❤️

**Matthew Kanoudi**
**Whitey Oakley** I agree lol. I'm being facetious

13w    Share                                                                          3 😆

**Stephanie Parodi Olin**
i have lived here all my life- decades lets just say- Kluwe is full of it OR his definition of Nazi is a tad askew!

13w    Share    Edited                                                             6 👍

**Kevin Anderson**
**Stephanie Parodi Olin** - I wish they would dig down further. Maybe try to debate ideals, as opposed to just calling everyone a Nazi/fascist.

13w    Share                                                                          3 👍

**Bruce Hood**
He might go away when USAID gets shut down.

13w    Share                                                                          5 👍

**Denise Kavanaugh**
The Left is so fractured they are desperate for a woke Messiah. He's no Greta Thunberg but he knows how to throw down the word Nazi to describe anything. I guess he will have to do.

13w    Share                                                                          9 😆😆

**Chris Meyer**



13w    Share                                                                          5 👍😆

**Cheri Rene Perry**

13w    Share

**Jeff Morrell**
Anti-Trumpers are so desperate & delusional they'll cling to anything or

Sponsored

Order Today. Get it By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

### Christian Epting's Post



you're a racist

**Cheri Rene Perry**
13w · Share

**Jeff Morrell**
Anti-Trumpers are so desperate & delusional they'll cling to anything or anyone citing the same dumb crap.
You'll survive Trump. Just go live your lives and stop being crazy.
13w · Share                                                                12

> **Marcia Morrell**
> **Jeff Morrell** the 'friends of library' have found their leader and are desperate and delusional and are clinging to him now
> 13w · Share                                                            4

**Stacey Shell**

Trans women are real women insane men

13w · Share                                                                3

**Christian Epting**
Also of concern how the library activist group "protect hb" has deemed him "hb hero" - hope the library distances itself from this kind of extremism
13w · Share                                                                16

> **Shirley Checa**
> **Christian Epting** this country has turned to extremes on both sides & it's actually INSANE. As an outsider I have never understood the obsessive patriotism from the US citizens but to each their own. As I've lived among you guys for the last 10 years I've seen that obsessiveness shift from the flag to a man & it's downright scary to see how everyone idolizes a man who is not qualified enough to hold the position of power that he has. It's been a really interesting & disconcerting observation to watch😟
> 13w · Share                                                            5

>> **Will Hawes**
>> **Shirley Checa** not qualified? Because he's not a lifelong politician? In my mind he's overqualified.
>> 13w · Share                                                         3

**Louis Rice**
He's a pandering, uninformed TWAT.
That's what I think.
13w · Share                                                                10

**Joe Marino**
He was on Joy Reeds show before she got canned whining like a 🐷
13w · Share                                                                2

**Autumn McCall- DiGiovanni**
I'm all for people having the right to speak their mind and having the right to have a difference of opinion the problem I have with him is that he's a football coach at Edison High school, he just isolated half of his team with his rhetoric. There's one thing to have an opinion there's another thing to call

**Sponsored**

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

**Christian Epting's Post**



Joe Marino
He was on Joy Reeds show before she got canned whining like a 🐷

2

Autumn McCall- DiGiovanni
I'm all for people having the right to speak their mind and having the right to have a difference of opinion the problem I have with him is that he's a football coach at Edison High school, he just isolated half of his team with his rhetoric. There's one thing to have an opinion there's another thing to call out half, if not more, of your students in the most vile description.

13w   Share                                                              17

Gabriela Queteimporta
**Autumn McCall- DiGiovanni**
Excellent point.

13w   Share                                3

Nora Brock
This guy is a total Creep!
https://bleacherreport.com/.../2134749-gay-rights-...

BLEACHERREPORT.COM
Gay Rights Activist Chris Kluwe Is Both a Hero and Hypocrite

13w   Share

Kevin Anderson
Hey Mr. **Christian Epting**- my Granddad gave my brothers and I a Walther pistol he took from an Einzatchgruppen commander in the Anzio/Catangia campaigns.

Uneducated democrat leftists call us names like Nazi, or fascist, because they cannot debate us and have no conceptual grasp of American 🇺🇸history.

Sad.....

13w   Share                                                              12

Bob Bayer
**Kevin Anderson** Kevin, your story of your grand dad reminded me of my dad, see below:

June 20, 1944: The men of the 4th Infantry Division enter Valognes where hard street fights are taking place. Dad took prisoner of the German Colonel who was in command of the forces in Valognes, France, and relieved him of his sidearm. I still have that German luger Walther to this day!

My Dad also landed at Anzio with the 34th Division, that amphibious landing did not go well.

13w   Share   Edited                                    4

Kevin Anderson
**Bob Bayer** - HELL YEAH!!!!🇺🇸🇺🇸🇺🇸
My granddad said it was the worst side arm ever invented.

13w   Share                                            2

Christian Epting
And just after I posted this, the library activist group Protect Huntington Beach blocked me - seems he is now their official guy - I think friends of the library needs to address these endorsements of him

Protect Huntington Beach
8h · 

Be like Chris.

ProtectHB interview coming tomorrow .

#HBhero
#SpeakUp
#ProtectHB

Sponsored

Order Today. Get it By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

**Christian Epting's Post**  ✕



library needs to address these endorsements of him

**Protect Huntington Beach**
8h · 🌐

Be like Chris.

ProtectHB interview coming tomorrow .

#HBhero
#SpeakUp
#ProtectHB

Share   Edited   11   😂😮😀

**Denise Kavanaugh**
**Christian Epting** anyone associated with the library that is benefitting from our tax dollars should be fired. None of this is true. It just sows propaganda and hate

13w   Share                                                          8 👍

**Diane E Dennin**
B since 65. Insulting and offensive, but I'm for free speech - so knock yourself out- obviously there is a hateful following for this nonsense.

13w   Share

**Lisa Lisa**
I have lived here since a kid and as long as I can remember there has been a large community of Skinheads in HB. I don't know the details of how they decide to make HB their home, but his argument is factual.

https://www.latimes.com/.../la-xpm-1993-07-25-me-16750...

LATIMES.COM
**Huntington Beach: Skinhead Capital of the County? :**
**Gangs: More young white supremacists involved in...**

13w   Share            10 👍😮😀

**Whitey Oakley**
**Lisa Lisa** LA Times?

13w   Share                          👍

> **Lisa Lisa**
> **Whitey Oakley** it is a legitimate article supporting my claim of Skinheads from when I was younger. Nothing more nothing less.
>
> 13w   Share   Edited          3 👍😮😢
>
> The comment Lisa Lisa is replying to has been deleted.

**Lisa Lisa**
**Robert Benjamin II** Actually, there is a house in my neighborhood that has a swastika hanging in the garage. Furthermore, in 2021 there were KKK flyers distributed throughout HB promoting a KKK rally in HB. I don't claim to know how many, but it is nieve for anyone to assume there isn't any in and around HB.

13w   Share   Edited            8 👍😮😢

> **Kevin Anderson**
> **Lisa Lisa** - in the neighborhood adjacent to Edison HS, by a guy from Riverside.
> Gina Clayton Tarvin spoke to him on social media.
>
> Because of that, everyone is a Nazi/Fascist?
>
> 13w   Share                        2 👍
>
> The comment Lisa Lisa is replying to has been deleted.

**Lisa Lisa**
**Robert Benjamin II** you are accusing me of labeling HB. Apparently, you didn't understand the context of my post. I said "I don't claim to know how many are in HB, but it nieve to assume there isn't any in and around HB". You just want to flex because I don't agree with you.

13w   Share                                                          2 👍

Sponsored

Order Today. Get
It By Tomorrow
discountmugs.com

Double Your
Impact
give-
sc.salvationarmy.org

Privacy · Consumer Health
Privacy · Terms · Advertising · Ad
Choices ▷ · Cookies · More · Meta
© 2025

**Christian Epting's Post**



The comment Lisa Lisa is replying to has been deleted.

**Lisa Lisa**
Robert Benjamin II you are accusing me of labeling HB. Apparently, you didn't understand the context of my post. I said "I don't claim to know how many are in HB, but there isn't any in and around HB". You just want to flex because I don't agree with you.

13w    Share                                                          2 👍

The comment Lisa Lisa is replying to has been deleted.

**Lisa Lisa**
Robert Benjamin II Unfortunately, no one can read. I clearly stated I don't claim to know how many are in HB, but people are nieve to think there aren't any. People please read! All anyone knows how to do is argue and flex. Geez

13w    Share    Edited                                               👍

**Lisa Lisa**
Kevin Anderson I am missing your point.

13w    Share

**Stephanie Morales Erickson**
Lisa Lisa where in HB are they?

12w    Share

**Alejandro Rivas**
I mean wasn't there a guy who had nazi memorabilia in his house and he was raided? Happened right before covid.

13w    Share

**Craig Frampton**
Alejandro Rivas So

13w    Share

**Alejandro Rivas**
Craig Frampton so that's evidence that there's people who sympathize that live here. Hight doubtful that guy was the only one. In fact, PENI (Public Enemy Number 1) is a skinhead gang and one their leaders Billy Joe Johnson resided in HB, he went on death row and was executed in 2009.

I've also seen some things personally but there's no proof so it's just my word. 🤷

Do I think it represents HB? No. But there are some here.

13w    Share    Edited                                             3 😆❤️

**Craig Frampton**
Alejandro Rivas Possibly, But could be a collector too, And yes i am very familiar with Billy

13w    Share    Edited                                               👍

**Alejandro Rivas**
Craig Frampton so if there was a gang leader here. Does that not show the possibility of multiple people who sympathize with that?

13w    Share                                                        2 ❤️😆

**Craig Frampton**
Alejandro Rivas Dude you only know the cliff notes,

13w    Share

**Alejandro Rivas**
Craig Frampton why are you assuming what I know or have seen? I'm not the only one that has seen or knows of stuff, but I am not agreeing with Chris K. In that HB is a nazi center but they are here. The good people outnumber the bad here in HB in my opinion. That doesn't mean there isn't shitty people here.

13w    Share                                                        2 ❤️😆

Sponsored

Order Today. Get it By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

**Christian Epting's Post**



**Alejandro Rivas**
**Craig Frampton** why are you assuming what I know or have seen? I'm not the only one that has seen or knows of stuff, but I am not agreeing with Chris K. In that HB a nazi center but they are here. The good people outnumber the bad here in HB in my opinion. That doesn't mean there isn't shitty people here.

13w   Share                                                    2 👍😂

**Craig Frampton**
**Alejandro Rivas** Well first off from your age, but you are correct, There are shitty people everywhere, have a great day, i`m out

13w   Share

**Alejandro Rivas**
**Craig Frampton** my age? I'm in my mid 30s and grew up here my whole life and my Dads side has been in HB since the 70s. That doesn't mean I haven't shown evidence. I'm not using anecdotal evidence of what I've seen. I'm stating things that you can look up yourself.

13w   Share                                                    👍

**Craig Frampton**
**Alejandro Rivas** i can tell it`s online info, i lived it, 4th generation native and i grew up downtown, anyways have a good one and i appreciate the respectful back and forth

13w   Share                                                    😂

**Alejandro Rivas**
**Craig Frampton** right. Well since you're done replying I'll leave you with this. Just because you haven't seen it or been exposed, that's the definition of anecdotal evidence. I provided factual evidence that you can look up yourself.

I'm 3rd generation, worked downtown at a surf shop and at pacific city. I went to eader, sowers, Edison, OCC and CSULB (as did my dad). I may not be 4th but damn that's pretty darn local. Good day.

13w   Share                                                    2 😂😂

**Chris Young**
**Alejandro Rivas** but yet you're still clueless 😉

12w   Share

**Alejandro Rivas**
**Chris Young** then tell me how. Did I mention anything that isn't true? If you read my comments then you'll see i don't agree with throwing the word Nazi around so easily, but there has been actual people who support what they did and are about in HB. So tell me how I'm clueless?

12w   Share

**Chris Young**
**Alejandro Rivas** yes you did... You are assuming that anyone that has Nazi items is sympathizer and promotes that kind of life style..... I have Nazi items from WW2 that my dad obtained defended this country against that idiot... But according to you in a Nazi..... Get a clue 😊

12w   Share   Edited

**Alejandro Rivas**
**Chris Young** I never said that about you, i realize items can be obtained through righteous means. The guy had TONS of stuff and was raided and he was charged because he was making threats with his weapons. That's how they obtained the warrant. Even though we disagree on some things, I know you're not dumb enough to make threats to someone while pulling the slide to any handguns you may or may not own. That being said I never said a blanket statement on anyone who had any of that stuff. I am speaking on that individual. I also spoke on one of the leaders of

Sponsored

Order Today. Get
it By Tomorrow
discountmugs.com

Double Your
Impact
give-
sc.salvationarmy.org

### Christian Epting's Post



**Chris Young** I never said that about you, i realize items can be obtained through righteous means. The guy had TONS of stuff and was raided and he was charged because he was making threats with his weapons. That's how they obtained the warrant. Even though we disagree on some things, I know you're not dumb enough to make threats to someone while pulling the slide to any handguns you may or may not own. That being said I never said a blanket statement on anyone who had any of that stuff. I am speaking on that individual. I also spoke on one of the leaders of PENI that lived in HB.

12w　Share

**Chris Young**
**Alejandro Rivas** you said that in general.... You comment made the assumption... You can't deny that.... If I were you I'd shut up before you get yourself in bigger trouble

12w　Share　Edited

**Alejandro Rivas**
**Chris Young** first of all your dad fought for my right to speak, I'm a grown man, don't be disrespectful when I have not, or did not mean to. I'm sorry if you misunderstood my comment as a blanket statement but I was referencing that individual. I was respectful with Craig, no reason a discussion can't continue to be.

12w　Share

**Robert Thompson**
Kluwe should get some help with his thinking and get some meds as well. Putting down the meth pipe would be a good idea as well.
He could of course move out of our beloved city of HB if he's so unhappy and can't except that City Council is doing a great job protecting our city from wack jobs like Chris Kluwe, what a POS.

13w　Share

**Jack Tyler**
The socialist public school system has cranked out another America-hating leftoid. There are plenty more where this Kluwe fellow came from. Kluwe is just another name for David Hogg. The funny thing is that their beliefs are fascist. There are many places in the world where they can emmigrate and be in the very system they advocate, censorship and all. But, they choose to stay here because it's really about a career choice, isn't it? People make careers out of hating America. If there's a niche it will always be filled. (BTW, that's a bad career choice as President Trump is blocking all of the money laundering that used to pay those salaries.)

13w　Share　11

**Denise Kavanaugh**
**Jack Tyler** omg!! The Nazi salute from the second chair of the Democrat Party. They will probably claim it was a spasm. 😂

13w　Share

**Jack Tyler**
**Denise Kavanaugh** They would say it's a communist fist salute. But, really they are ten times worse than the communists ever were.

13w　Share　2

**Denise Kavanaugh**
**Jack Tyler** he lacks muscles so that's as far as he can lift his arm

12w　Share

Ex. 9, Pg. 148

Document title: Huntington Beach Insider | �header in defense of HB… | Facebook
Capture URL: https://www.facebook.com/groups/HB4UbyHBCF/posts/9052436791520874/
Capture timestamp (UTC): Wed, 28 May 2025 01:06:16 GMT

Page 17 of 24



Christian Epting's Post

Jack Tyler
**Denise Kavanaugh** They would say it's a communist fist salute. But, really they are ten times worse than the communists ever were.

13w    Share                                          2

**Denise Kavanaugh**
**Jack Tyler** he lacks muscles so that's as far as he can lift his arm

12w    Share

**Frank LoGrasso**
The electoral tactics of the leftists in this city, such as character assassination and "Everyone I disagree with is a Nazi", haven't been very successful the past two elections and I have serious doubts they will be any time soon. So go ahead punter, run for city council. Should be interesting.

13w    Share                                          11

**Chris Young**
**Frank LoGrasso** it's all they got... They have no viable candidates to run and all the big names have already been run out of the city.... They are desperate

13w    Share    Edited                              4

**Rae Anne**
Most of his talking points are rumors. While it seems back in the day there were some questionable characters and there may be still. His behavior though is bad. And you know the triggered lefties think that the phrase make America great again is a cult and nazi driven. It's such BS.

13w    Share                                          5

**Kathy Templeton**
Thanks Chris for bringing reality back!! Facts do matter. Your knowledge and extensive background of the area far outweighs the punter. People are so quick to jump on the bandwagon based upon someone's 3 minute sound bite without knowing the truth. Great new podcast — the historian vs exNFL punter.

13w    Share                                          3

**Daniel Kokosenski**
The only one acting like a Nazi is Chris Kluwe himself. Or shall we call him Chris Kluweless?

13w    Share    Edited                              5

**Denise Kavanaugh**
**Daniel Kokosenski** I saw this in comments on one of his 15 minutes of fame posts.

Joshua Schonfeld
Sounds like the Democrats have their new
KKK: Kluwe Klux Klan!
21m    Like    Reply

13w    Share    3

**Jake Schiavone**
It made me very sad for Huntington Beach to hear people cheer for this clown. Plus he's a spoiled athlete. What the f_ck does he know about real life.

13w    Share                                          5

**Lori Earl Walsh**
Team Chris Klewe💙💙💙

13w    Share    3

**Eddie Maher**
And here I thought HB was home for the Crips and Bloods! Haven't seen many Nazis lately due to the high rent!

13w    Share                                          2

**Bonnie Benton**

Sponsored

Order Today. Get it By Tomorrow
discountmugs.com

Double Your Impact
give-
sc.salvationarmy.org



**Christian Epting's Post** ✕

team Chris Klewe 💚💚💚

13w · Share

**Eddie Maher**
And here I thought HB was home for the Crips and Bloods! Haven't seen many Nazis lately due to the high rent!

13w · Share

**Bonnie Benton** **Eddie Maher** They are the Crips and Bloods who inherited their folks 1970's home and think they are now millionaires.

13w · Share

**Markelle Cooper Pineda**
Kluweless!

13w · Share

**Dean DiCarlo**
As someone who cringed when Zelensky was dubbed a Nazi, I also cringe at this. Metaphorical 'nazi' labels fall flat with me unless someone is literally killing people because they are different than them. Please stop using this as an exaggeration for things you don't like as it doesn't hit how you want it to hit IMO.

13w · Share

**Rodger Long**
Well said Chris!! Thanks for ALL you do for us and HB !!

13w · Share

**Laura Wright**
Thank you Chris!

13w · Share

**Nancy Wright**
Thanks, Chris. I do not appreciate anyone talking down our city. As a 40 year resident, I am a little partial to this fine town.

13w · Share

**Paola Zoccano**
**Christian Epting**History has taught us that facts don't always matter. Mob mentality matters. Council members present and past are responsible for contributing to and capitalizing on that mob mentality. The punter punted and scored national fame. Hero or zero depends upon your mob affiliation.

13w · Share

**Christian Epting**
**Paola Zoccano** I don't think "mob mentality matters." His new local fan club, imo, will never have luck vaunting him into any elected role - he may be the proclaimed "HBhero" to the library advocacy group Protect HB but I only see it backfiring. Calling the majority of citizens "Nazis" is hardly "heroic" - thought I do think library officials should renounce the association. A horrible look to support the fanaticism and unacceptable physical actions he made at the last meeting. Also - I think facts tend to have the last word, in general.

13w · Share · Edited

**Whitey Oakley**
**Christian Epting** at first I read "H8hero", but that works too.

13w · Share

**Chris Young**
**Paola Zoccano** I wouldnt call it fame...... His background is not stellar so once people start looking at him, the "fame" wears off fast.... And if you read most of the headlines, which is what 90% only read, it says nothing about approaching the dias so people think he got arrested for speaking out against a plaque....

13w · Share

Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org



**Christian Epting's Post**

**Chris Young**
**Paola Zoccano** I wouldnt call it fame...... His background is not stellar so once people start looking at him, the "fame" wears off fast.... And if you read most of the headlines, which is what 90% only read, it says nothing about approaching the dias so people think he got arrested for speaking out against a plaque....

13w · Share

**Steve McCartney**
I've lived in HB 30+ years and I've never once met anyone who claims to be a Nazi. I have a feeling that the Nazis are in Chris' head.

13w · Share    4 😮🤣

**Christian Epting**
In his new protect hb interview clip he claims hb council trying to "shut down the library." Unreal. This is their new "hero"?

13w · Share    7 😮😢😡

**Chris Young**
**Christian Epting** I just watched it.... It is unreal the lies he is throwing out....

13w · Share

**Christian Epting**
**Chris Young** truly. Wish the library would address this

13w · Share

**Chris Young**
**Christian Epting** they won't cuz they don't want to get in the middle of this mess, get misquoted and then create a huge mess

13w · Share

**Ann Hamilton Tarkington**
**Christian Epting**, he is very deeply disturbed. Poor man! I hope that his family can help. So very sad...

13w · Share

**Pierre Baguettes**
Do Gracey!

13w · Share

**Jeanne Paris**
Senate race 36 California results

12w · Share

**Stacey Shell**

Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-
sc.salvationarmy.org

Ex. 9, Pg. 151

## Christian Epting's Post



Sponsored

Order Today. Get
It By Tomorrow
discountmugs.com

Double Your
Impact
give-
sc.salvationarmy.org

**Stacey Shell**

Though his NFL career ended in 2012, he said he
coaches punters on the freshman football team at
nearby Edison High School and generally keeps a low
profile.

That's ended for now.

12w   Share

**Christian Epting**
**Stacey Shell** ?

12w   Share

**Stacey Shell**
**Christian**, not sure if he recently resigned or was asked to leave
as a edison highschool freshman coach.

12w   Share

**Christian Epting**

Chris Kluwe @chriswarcraft.bsky.... · 2d
Also, PSA, and I can't believe I have to
say this:

Stop fucking with the library. That's what
the city council is doing. The library is
great, as are the people who work there.

Go fuck with the city council. Find where
they work, and blow *those* places up.

12w   Share

**Jeff Morrell**
**Christian Epting** odd duck. I'm guessing his father never praised him.

12w   Share

**Christian Epting**
**Jeff Morrell** Amazing to me that the Library activist group "protect
Huntington Beach" is calling him a "hero". Why would the Library
want to be associated with this kind of extremist behavior?

12w   Share   4

**Jeff Morrell**
**Christian Epting** far leftists will cling to anyone publicly declaring
views they share as personal validation.
Debating won't move the needle at all.

12w   Share   2

**Chris Young**
**Christian Epting** really.... They worship this fool

12w   Share

**Denise Kavanaugh**
**Chris Young** tipsy PJ has a thing for him.

12w   Share

**Chris Young**
**Denise Kavanaugh** figures 😄

12w   Share

Privacy · Consumer Health
Privacy · Terms · Advertising · Ad
Choices ▷ · Cookies · More · Meta
© 2025



**Christian Epting's Post**

Denise Kavanaugh
**Chris Young** tipsy PJ has a thing for him.
12w  Share

Chris Young
**Denise Kavanaugh** figures 😅
12w  Share

Bruce Hood
**Christian Epting** Another leftist kook who can't live by the rules of democracy. This is what our left is left with, public theater and hyperbole. Frankly, I hope they run this guy for city council.
12w  Share

Denise Kavanaugh
**Christian Epting** violence isn't the answer. This guy clearly has a screw or 2 loose. He really shouldn't be around children.
12w  Share  2

Butch Twining
**Christian Epting** he's one twisted dude!
12w  Share  2

Richie TheFixer Blackburn
he just suggested his followers blow up city council members
12w  Share

Rina Jacobson
**Richie TheFixer Blackburn** so, if I said I was going to blow up their phones and email boxes, are they really going to explode?
12w  Share

Richie TheFixer Blackburn
**Rina Jacobson** he failed to mention blowing up phones. Stay in your lane ma'am
12w  Share

Bruce Hood
**Richie TheFixer Blackburn** that's a terrible thing, but coming from a punter it just doesn't ring dangerous to me. He probably lives with his mom
12w  Share

Rebecca Hartman
Edison would have hired OJ after he murdered two innocent people.
Edison is known to be the classless high school in the district. In addition, the parents clearly don't care about their children to be around this man.
This lunatic is a ticking time bomb and it is just a matter of time until he actually hurts someone!
12w  Share  Edited

Jeff Morrell
**Rebecca Hartman** very strange
12w  Share

Rebecca Hartman
**Jeff Morrell** but true!
12w  Share

Jeff Morrell
**Rebecca Hartman** how can ones opinion be an objective truth?
12w  Share

Rebecca Hartman
**Jeff Morrell**

Ex. 9, Pg. 153



### Christian Epting's Post

**Jeff Morrell** but true!
12w   Share

**Jeff Morrell**
**Rebecca Hartman** how can ones opinion be an objective truth?
12w   Share

**Rebecca Hartman**
**Jeff Morrell**
Are you a native to HB and aware of what has been witnessed and heard about Edison over the years? You might not like my statement but it doesn't make it false. You clearly don't know HB history.
If you want your child/children around a lunatic, that's on you.
12w   Share

**Jeff Morrell**
**Rebecca Hartman** you're funny without trying.
Yes I'm an HB native. I played FB at Edison for Workman and White. I know Jeff Grady and his family. His wife at EHS was the flower girl in my wedding. Geez-
Do you always claim to know things you cannot possibly know? That's childish.
12w   Share

**Rebecca Hartman**
Name calling it not how adults engage in a conversation so therefore, I'm disengaging. I was open for an adult conversation but I don't partake in "childish behavior".
Stay classy!
12w   Share

**Craig Frampton**
I use to get upset at being called a Nazi, now i just shrug my shoulders and laugh At how absurd it is
12w   Share   3

**Betty Flynn**
This was a HUGE mistake on his part!

**Christian Epting**
★All-star contributor · 11h · 🌐
I hope the library renounces this kind of language and behavior.

Chris Kluwe @chriswarcraft.bsky.... · 2d
Also, PSA, and I can't believe I have to say this:

Stop fucking with the library. That's what the city council is doing. The library is great, as are the people who work there.

Go fuck with the city council. Find where they work, and blow *those* places up.

12w   Share

**Joe Foeldi**

**Deb Janus**

Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

Ex. 9, Pg. 154

## Christian Epting's Post



therefore, I'm disengaging; I was open for an adult conversation but I don't partake in "childish behavior".

Stay classy!

12w · Share

**Craig Frampton**
I use to get upset at being called a Nazi, now i just shrug my shoulders and laugh At how absurd it is

12w · Share                                            3 👍

**Betty Flynn**
This was a HUGE mistake on his part!

**Christian Epting**
♥All-star contributor · 11h · 🌐
I hope the library renounces this kind of language and behavior.

Chris Kluwe @chriswarcraft.bsky... · 2d
Also, PSA, and I can't believe I have to say this:

Stop fucking with the library. That's what the city council is doing. The library is great, as are the people who work there.

Go fuck with the city council. Find where they work, and blow *those* places up.

12w · Share                                            🔵

**Joe Foeldi**

11w · Share

**Deb Janus**
I am happy to help him pack to move on to a different city.

11w · Share

**Norm Westwell**
When your only tool is a hammer, everything looks like a nail.

11w · Share                                            🔵

**Norm Westwell**

It is usually futile to try to talk facts and analysis to people who are enjoying a sense of moral superiority in their ignorance.

THOMAS SOWELL

11w · Share                                            🔵

**Pam Rafferty Utterback**
I remember when you had to site facts..long gone now they leave it up to 'fact checkers'. Seriously the internet is the wild Wild West, not in a good way

11w · Share                                            👍

Sponsored

Order Today. Get It By Tomorrow
discountmugs.com

Double Your Impact
give-sc.salvationarmy.org

Ex. 9, Pg. 155