# EXHIBIT 10

Ex. 10. Screenshot of social media posts on February 25, 2025 by Christian Epting and Chris Young in the comments section of an original post on HB Insider by Christian Epting on February 23, 2025, criticizing and mocking Kluwe and taking a Daily Kos quote out of context. (See below).

