# EXHIBIT 11

Ex. 11. Screenshot of a prank social media post on Twitter on November 4, 2022 in which Chris Kluwe impersonated Elon Musk. (See below).



Ex. 11, Pg. 157