# EXHIBIT 12

Ex. 12. Screenshot of a social media post by Christian Epting published on February 26, 2025 at 8:01 am PT in the comments section of an original post by Christian Epting on HB Insider on February 23, 2025, publishing a cropped version of Kluwe's "PSA" post of February 23, 2025. (Embedded in the Complaint and below).

