# EXHIBIT 13

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 13. Printout of full social media discussion thread for a post on the HB Insider Facebook page by Christian Epting on February 26, 2025 at 9:25 am PT, publishing a cropped version of Kluwe's "PSA" post of February 23, 2025. Accessible online here:

https://www.facebook.com/groups/HB4UbyHBCF/posts/9068067163291170/



Ex. 13, Pg. 160











Ex. 13, Pg. 165













