# EXHIBIT 14

Ex. 14. Screenshot of a social media post on the HB Insider Facebook page by Christian Epting on February 26, 2025 at 9:25 am PT, publishing a cropped version of Kluwe's "PSA" post of February 23, 2025. (Embedded in the Complaint and below).

