# EXHIBIT 15

Ex. 15. Screenshot of a depiction of how Kluwe's "PSA" post originally appeared on February 23, 2025 on Bluesky that Kluwe recreated in a new Bluesky post on May 9, 2025. (Embedded in the Complaint and below).

