# EXHIBIT 16

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 16. Printout of full social media discussion thread for a post by Kluwe on May 9, 2025 recreating how his "PSA" post originally appeared on February 23, 2025. Accessible online here:

https://bsky.app/profile/chriswarcraft.bsky.social/post/3lorfkzpgzc22



💬    🔁    ♡ 1    •••

**Abby Hargreaves** @24hourlibrary.bsky.social · 17d
From a librarian, thank you. 

💬    🔁    ♡ 2    •••

**Zoëbeth** @zobethc.bsky.social · 17d
This is a great day to repost this, considering today's disgraceful firing 👎
www.npr.org/2025/05/09/n...

**Librarian of Congress firing is latest move in upheaval of U.S. cultural institutions**
President Trump fired Carla Hayden, the Librarian of Congress, via email late Thursday night, the latest in a string of actions the president has taken to ...
🌐 www.npr.org

💬    🔁    ♡ 2    •••

**vomitgoblin.bsky.social** @vomitgoblin.bsky.social · 17d
Have they put the plaque up yet? Just curious, you know... Mostly asking for a friend >.>

💬 2    🔁    ♡ 1    •••

**Chris Kluwe** @chriswarcraft.bsky.social · 17d
Not yet

💬    🔁    ♡ 1    •••

**Mary, Mother of Jesus** @mshmcw.bsky.social · 17d
Carla Hayden!

💬    🔁    ♡    •••

**AngryNap** @patricklovesdogs.bsky.social · 17d
Good rule of thumb, don't fuck with libraries or librarians for any reason.

💬    🔁    ♡    •••



Ex. 16, Pg. 177
Document title: Chris Kluwe: &quot;Also, PSA, and I can't believe I have to say this: Stop fucking with the library. That's what the city council is doing. The library is great…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lorfkzpgzc22
Capture timestamp (UTC): Tue, 27 May 2025 19:05:10 GMT
Page 2 of 3


Ex. 16, Pg. 178

Document title: Chris Kluwe: &quot;Also, PSA, and I can't believe I have to say this: Stop fucking with the library. That's what the city council is doing. The library is great…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lorfkzpgzc22
Capture timestamp (UTC): Tue, 27 May 2025 19:05:10 GMT