# EXHIBIT 17

Ex. 17. Screenshot of social media posts on the HB Insider Facebook page on February 26, 2025 in the comments section of Christian Epting's original post on HB Insider at 9:24 am PT. Comments appear by Chris Young and Craig Frampton saying police and EHS principal will be called. (See below).



Ex. 17, Pg. 179