# EXHIBIT 18

Ex. 18. Screenshots of social media posts by Chris Kluwe on Bluesky on February 26, 2025 saying people have taken his earlier post out of context and clarifying that he did not intend violence. (Embedded in the Complaint and below).

