# EXHIBIT 19

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 19. Printout of full social media discussion thread for posts by Chris Kluwe on Bluesky on February 26, 2025 saying people have taken his earlier post out of context and clarifying that he did not intend violence. Accessible online here: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj4erxzmr223





← Post

🔍 Search

📈 Trending  ✕

CDC Vaccine Change   Charles III

Pentagon Scandal   NPR Lawsuit

Nintendo   Wolves vs Thunder

Privacy • Terms • Help

English ⌄

R. FROST

**Punished for the Truth? Rep. Frost Risks Removal for Naming Trump's Biggest Hustle**
YouTube video by NowThis Impact
🌐 www.youtube.com

💬       🔁       ♡ 8       ⋯

**Cooper Carrasco** @coopercarrasco.bsky.social · 2mo
anyone with a brain could read that.

what happened to the library is, unfortunately, called "review bombing" - they are crying crocodile tears over intentionally misunderstanding your post

💬 2       🔁       ♡ 8       ⋯

**Cooper Carrasco** @coopercarrasco.bsky.social · 2mo
and by they I mean "meanwhile_inHB" or whatever on instagram

💬       🔁       ♡       ⋯

**only-bad-ideas.bsky.social** @only-bad-ideas.bsky.social · 2mo
We live in a world where a billionaire sig heil is a misunderstanding but saying to talk to your elected representatives is a threat. Bonkers my dude.

💬 1       🔁 1       ♡ 28       ⋯

**Shawn Zipay** @zips.bsky.social · 2mo
Both of those things originate from the same side.

It's not bonkers. It's precisely what they've always done to try to carve a narrative.

💬       🔁       ♡ 7       ⋯

🇺🇦🇺🇦🇺🇦🇺🇦🇺🇦🇺🇦🇺🇦 @lucys2nddad.bsky.social · 2mo
No violence against council members. Agreed.
Continue punching nazis.

💬       🔁       ♡ 1       ⋯

**TEX** 🧟‍♂️🎮🏴‍☠️☠️⚔️ @billythiex.bsky.social · 2mo
But also, beat all nazis. I'll endorse that violence.

💬       🔁       ♡ 8       ⋯

**Shane M Coyle** @shanemcoyle.bsky.social · 2mo

 Bluesky

Create account   Sign in

Ex. 19, Pg. 183



Ex. 19, Pg. 184

← Post

Q Search

☰ Trending  ✕

CDC Vaccine Change   Charles III
Pentagon Scandal    NPR Lawsuit
Nintendo    Wolves vs Thunder

Privacy • Terms • Help

English ⌄

**PamHall7** @pamhall7.bsky.social · 2mo
Your story has made it all over. I'm in NorCal and my progressive friends shared the picture of the plaque asking if that was real.

[Image of Huntington Beach 50 Year Anniversary Library Plaque]

💬   🔁   ♡ 2   ⋯

**trumpwho.bsky.social** @trumpwho.bsky.social · 2mo
I will, I am armed and don't care. Lots of room to bury the bodies. Bring it, but pack a lunch, it's going to be a long day. I hate NAZIS

💬   🔁 1   ♡ 2   ⋯

**Kimberly Ann** @ksadylady.bsky.social · 2mo
People need to get their heads out of their assess and pay attention to where the fight is! It's not the people, it's the people in charge, the politicians!

💬   🔁   ♡ 2   ⋯

**parklover777.bsky.social** @parklover777.bsky.social · 2mo
You said go f@ck with the CC go find where they work and blow those places up. I completely understand what you're trying to do and you're right to free speech, however I don't think this statement was okay. Perhaps you should have reworded it a bit.

💬   🔁   ♡ 1   ⋯

**Dr. Theresa M. Sabatino** @theresapsyd.bsky.social · 2mo
Sadly, they seem to view any form of disagreement as "violence"- because that is what is in THEIR hearts.

By taking things out of context, they justify their poor behavior. It's who they are.

I wish things were different. Since they are not. I will RESIST with everything I have in me.

💬 1   🔁   ♡ 1   ⋯

**ReboundsMom. 8 NYT Bestsellers.** @reboundsmom.bsky.social · 2mo
Yup. The same way MAGA cry about people being "divisive", where "divisive" = "doesn't live exactly like I do".

💬   🔁   ♡   ⋯

**pbwride.bsky.social** @pbwride.bsky.social · 2mo
And the library and staff are paying the price for the chaos that the city council has created, certainly much to their delight.

💬   🔁   ♡ 1   ⋯

**mattlevis.bsky.social** @mattlevis.bsky.social · 2mo
They project. It's all they got. They assume violence because they themselves would choose violence. They can't imagine people being nuanced, truthful....bright.

 Bluesky

Create account    Sign in

Ex. 19, Pg. 185

← Post

🔍 Search

◊ Trending   ✕

CDC Vaccine Change   Charles III
Pentagon Scandal   NPR Lawsuit
Nintendo   Wolves vs Thunder

Privacy • Terms • Help

English ⌄

They project. It's all they got. They assume violence because they themselves would choose violence. They can't imagine people being nuanced, truthful....bright.

💬   ⇄   ♡ 1   ···

**PowerCorrupt$** @tanismaj.bsky.social · 2mo
Chris, I would ignore them. At this point, no one cares what American Nazi's think, feel or have to say. They gave up that right when they voted for the Orange Hitler.

💬   ⇄   ♡ 1   ···

**Kristin Davidson {kxd}** @kxd.dev · 2mo
Oh. I took it as "release the locusts at the next meeting."

💬   ⇄   ♡ 1   ···

**bjbates18.bsky.social** @bjbates18.bsky.social · 2mo
You are a true hero and an inspiration! Thank you for your commitment to those that are marginalized.

💬   ⇄   ♡   ···

**90s_best_decade** @the-marryin-kind.bsky.social · 2mo
Fuck nazis

💬   ⇄   ♡   ···

**Hawthorne** @hawthornep.bsky.social · 2mo
Nazis are definitely snowflakes.

💬   ⇄   ♡   ···

**moosemom1892.bsky.social** @moosemom1892.bsky.social · 2mo
Oh for the love of Christ.

💬   ⇄   ♡   ···

**NZ Dave** @nzzn666.bsky.social · 2mo
I endorse violence...on February 30th...

💬   ⇄   ♡   ···

**LeftyLucy** @leftisrightinne.bsky.social · 2mo
Thank you for your advocacy, Chris.🇺🇸

💬   ⇄   ♡   ···

**Unauthorized Cinnamon** @tomjoadghost.bsky.social · 2mo
Violence is the only language they understand. They will always project their violent ideations onto anyone urging action, violent or otherwise, in opposition to them and their fascist project.

💬 1   ⇄   ♡   ···

**Unauthorized Cinnamon** @tomjoadghost.bsky.social · 2mo
This is why they make it legal to run over protesters with cars. Even nonviolent opposition to fascim will be met with violence, only their violence will be viewed as legal and just.

💬   ⇄   ♡ 1   ···

**fixthemix.bsky.social** @fixthemix.bsky.social · 2mo
They're endorsing it by their own traitorous actions.

💬   ⇄   ♡   ···

**Jessica** @loveairedales.bsky.social · 2mo
We're with you!!

💬   ⇄   ♡   ···

Bluesky    Create account   Sign in

← Post   🔍 Search

📈 Trending   ✕

CDC Vaccine Change   Charles III
Pentagon Scandal   NPR Lawsuit
Nintendo   Wolves vs Thunder

Privacy • Terms • Help

English ⌄

We're with you!!

**danbraun93.bsky.social** @danbraun93.bsky.social · 2mo
You were great on Jeff Pearlman's podcast!

**CosmicHomicide** @cosmichomicide.bsky.social · 2mo
Against the Nazis, the library or the city council?

I mean, you could exclude Nazis and no one would blame you.

**Kandu** @kandu8.bsky.social · 2mo
Thank you for your time, effort, voice and inspiration.

**Part Of The Problem** @partoftheproblem.bsky.social · 2mo
Fuckin Nazis, smh. Bitches always be blowing shit out of proportion and then overreacting to their own manufactured outrage.

**Kurt Rudolph** @rudolph218.bsky.social · 2mo
But I've always wanted to punch a Nazi in the face...

[OKAY THEN video]

**tminpsp.bsky.social** @tminpsp.bsky.social · 2mo
I appreciate it, but where does your support for the LGBTQ community come from?

💬 2

**Chris Kluwe** @chriswarcraft.bsky.social · 2mo
Because I'd want someone to speak up for me if I was the one being oppressed

💬 1   ↻ 1   ♡ 27

**Tempus** @tempus.bsky.social · 2mo



Bluesky   Create account   Sign in



Ex. 19, Pg. 188

Document title: Chris Kluwe: &quot;Since apparently the Nazis found my post telling people not to bug the library and bug the city council members' instead, and have…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj4erxzmr223
Capture timestamp (UTC): Tue, 27 May 2025 20:10:14 GMT                                                                                                 Page 7 of 8

