# EXHIBIT 20

Ex. 20. Screenshot of a social media post by Christian Epting in the HB Insider Facebook group on February 26, 2025 at 4:45 pm PT in the comments section of his original post on HB Insider on February 26 at 9:24 am PT, publishing one of Kluwe's clarifying posts. (Embedded in the Complaint and below).

