# EXHIBIT 21

Ex. 21. Screenshot of a social media post by Chris Young on February 26, 2025 in the HB Insider Facebook group in the comments section of Christian Epting's original post on HB Insider on February 26 at 9:24 am PT, saying "I've never been on [Bluesky]." (See below).

