# EXHIBIT 22

Ex. 22. Screenshot of a social media post on Bluesky by Chris Kluwe on February 27, 2025 saying that he was just fired. (Embedded in the Complaint).

