# EXHIBIT 23

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 23. Excerpt of a social media discussion thread for post on Bluesky by Chris Kluwe on February 27, 2025, saying that he was just fired. (Full thread includes 1K+ comments.) Accessible online here:

https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x

**Post**

**Chris Kluwe**
@chriswarcraft.bsky.social

+ Follow

Just got fired from being a freshman football coach, if you want to know what MAGA does to communities.

They don't care about what helps people, because the school is certainly not going to find an ex-NFL player willing to coach there at that level, they only care about trying to hurt people.

February 27, 2025 at 9:04 PM · 🗠 Everybody can reply

**3.6K** reposts    **266** quotes    **19.6K** likes

💬 1K          ↻ 3.9K          ♡ 19.6K          ⬆          ⋯



Kat Guerin @katguerin.bsky.social · 2mo
I made this in support of you.

💬 6          ↻ 11          ♡ 493          ⋯

**Chris Kluwe** @chriswarcraft.bsky.social · 2mo
Only thing that would make it better is if it was the Geordi LaForge format :)

💬 6          ↻          ♡ 260          ⋯

Kat Guerin @katguerin.bsky.social · 2mo
As requested

🔍 Search

🏐 Trending                                    ×

Memorial Day      AEW

Disney Remakes      Peter David

Caturday      NBA Playoffs

Privacy · Terms · Help

English ⌄

🦋 **Bluesky**                                    Create account      Sign in

Ex. 23, Pg. 194

Document title: Chris Kluwe: &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

Page 1 of 24

Post





HE POIN

is idea. We must act with integrity, courage, and unwavering commitment to the Constitution. Though I am just a school board member, I am reminded that all politics is local. What happens at the national level will shape what happens at the state & local level.

I am aware that democracy is not self-executing. Democracy is only as strong as those of us willing to defend it. I will strive to uphold my oath and prove worthy of the trust placed in me by the voters.

*Pluribus Unum, our traditional motto appears on the Great Seal of

💬 3          🔁 5          ♡ 135

Michele Santangelo @effectivefootler.bsky.social · 2mo
I read recently that the cruelty is really just a BONUS.
www.thebulwark.com/p/the-cruelt...

**The Cruelty Isn't the Point. It's the Pleasure.**
Trump 2.0 is a shared sensual experience in hurting other people.
ⓒ www.thebulwark.com

💬 1          🔁 2          ♡ 10

esmependergast.bsky.social @esmependergast.bsky.social · 2mo
True, power and wealth is the point. Hurting others along the way is a bonus and the freedom to do more of that is a lot of why they want the power. Vicious circle.

💬           🔁          ♡ 1

Deborah Beck @harryisthegoat.bsky.social · 2mo
What a loss for that community.  I'm a female coach, it's already been an uphill battle now I'm expecting we will be totally shut out of any opportunities.  Continue to be the star that you are, we all need inspiration

💬 2          🔁 1          ♡ 75

Chris Kluwe @chriswarcraft.bsky.social · 2mo
Thanks for coaching!

💬 1          🔁          ♡ 38

buster206.bsky.social @buster206.bsky.social · 2mo
Chris come back to Minnesota you are still welcome here

💬           🔁          ♡ 4

littlenomad @littlenomad.bsky.social · 2mo
Run for office.

Seriously. You're a decent, brave man willing to take a stand even at personal cost. We need more of that.

Besides, the "Get a Kluwe!" campaign merch is gonna be lit.

💬 4          🔁 15          ♡ 388

M. Brooks @locriansax.bsky.social · 2mo
Ooooh that slogan! 🔥

💬           🔁          ♡ 47

rachaelrevolting.bsky.social @rachaelrevolting.bsky.social · 2mo

🔍 Search

🌊 **Trending**                                    ✕

Memorial Day        AEW

Disney Remakes      Peter David

Caturday            NBA Playoffs

Privacy · Terms · Help

English ⌄

 Bluesky

Create account     Sign in

Ex. 23, Pg. 196

Document title: Chris Kluwe · &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

Page 3 of 24




Ex. 23, Pg. 197

Document title: Chris Kluwe: &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

Page 4 of 24

Post

🔍 Search

🔥 Trending                                          ✕

Memorial Day        AEW

Disney Remakes       Peter David

Caturday            NBA Playoffs

Privacy • Terms • Help

English ⌄

...to stop when it doesn't fit some idealized image. She was a
Republican until Trump came along.   Her reaction to ##elonisanazi
tweet was pretty funny today.   Needles to say,  she feels no stirring
civic duty to go back. 😁

💬 1                    🔁                ♡ 2

alwaysmarycoogan.bsky.social  @alwaysmarycoogan.bsky.social · 2mo
Air traffic controlers were fired by Reagan because they demanded
better working conditions
The pressure is hell
I wonder what the % of air traffic control people who are white males
is?
I bet it is higher than their % of the population
Women better educated
more stress resiliant
What's their %

💬                    🔁                ♡

Jesse  @jdp238.bsky.social · 2mo
I am especially sorry for the kids who are now without an ex-NFL-
player as a coach, but more importantly, they lost a great role model

💬 1                    🔁 3                ♡ 56

Abra ▌ @abracadabrainhere.bsky.social · 2mo
💯

💬                    🔁                ♡ 2

gingergypsy.bsky.social  @gingergypsy.bsky.social · 2mo
I went to Edison high school. Huntington Beach is full of right wingers.
I'm sorry they discriminated against you. They don't deserve you.

💬 1                    🔁                ♡ 48

gingergypsy.bsky.social  @gingergypsy.bsky.social · 2mo
You should run for office. I'll volunteer on your campaign.

💬 1                    🔁                ♡ 46

Emily Irene  @emilyirene1584.bsky.social · 2mo
Me too, girl!

💬                    🔁                ♡ 1

David Erickson  @derickson.bsky.social · 2mo
Long time #Vikings fan here.

I appreciate you and always have for your willingness to speak truth to
power, especially when you had something to lose and have been
willing to pay the price.

To this day.

Thank you.

Courage is contagious and you're helping it spread.

💬                    🔁 2                ♡ 44

Adam Wright  @adamwright.bsky.social · 2mo
South Eugene High School needs a coach, if you're into rain and craft
beer.

💬                    🔁                ♡ 37

Dave Avramovich  @daveavramovich.bsky.social · 2mo
Come coach with me at La Cañada HS!!

💬 1                    🔁 1                ♡ 36

Dave Avramovich  @daveavramovich.bsky.social · 2mo

🦋 Bluesky                                         Create account      Sign in

Ex. 23, Pg. 198

Document title: Chris Kluwe & quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh...
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

Page 5 of 24





**Post**

🔍 Search

✨ **Trending**                                    ✕

Memorial Day    AEW

Disney Remakes    Peter David

Caturday    NBA Playoffs

Privacy • Terms • Help

English ⌄

**Protect Huntington Beach**
Learn more about what's going on in our city, and then join us if you want to make your voice heard!

🌐 protecthb.org

💬            🔁            ♡ 2            ⋯

**flypusher713.bsky.social** @flypusher713.bsky.social · 2mo
Feel bad for you and the kids.  MAGA are the pettiest assholes on the planet.

💬            🔁            ♡ 29            ⋯

**adamct.bsky.social** @adamct.bsky.social · 2mo
Coach in a blue state. We'd love to have you up here in New England working with the youth football players.

💬 2            🔁            ♡ 27            ⋯

**H** @ruiners.bsky.social · 2mo
California is blue. Just with pockets of very red.

💬 2            🔁            ♡ 19            ⋯

**Bill Beaird** @billbeaird.bsky.social · 2mo
Closer to purple now, I fear

💬 3            🔁            ♡ 3            ⋯

**Book Bans & Other Bullshit** @bookbansandbs.bsky.social · 2mo
No, it's not. Texas is way closer to blue than CA is to purple. Huntington Beach is a red dot in a blue county, in a blue state it's a nightmare in HB and the MAGA nuts here are unbelievably loud, but they are a minority.

💬 1            🔁            ♡ 26            ⋯

**FranDB** @wannabzen.bsky.social · 2mo
Huntington Beach is not even that red!!! A whole lot of far right money flowed into our elections from outside Republican PACs. Those are 7 very corrupt people on city council right now.

💬 1            🔁 1            ♡ 5            ⋯

**Buffie** @buffiehb.bsky.social · 2mo
Yes! First thing they did was raise the donation limit from $600 to $5500 😩

💬            🔁            ♡ 2            ⋯

**HBJOHN52** @hbjohn52.bsky.social · 2mo
Honestly, Chris, when I saw you had an Edison shirt on during one of your interviews, I knew it wouldn't end well for your tenure there. It sucks our city has been infected with Magat's.

💬 1            🔁            ♡ 26            ⋯

**jscar2622.bsky.social** @jscar2622.bsky.social · 2mo
Where is it? I agree it's  ridiculous.

💬 1            🔁            ♡ 1            ⋯

**HBJOHN52** @hbjohn52.bsky.social · 2mo
Edison H.S. Huntington Beach, CA

💬            🔁            ♡ 3            ⋯

**Kim Keene** @pageturner16.bsky.social · 2mo
I'm sorry the school chose to fire you instead of supporting you as someone who stands up for freedom, calls out evil, and acted in a responsible and very brave way.

 **Bluesky**                                    Create account    Sign in

Ex. 23, Pg. 200

← Post

🔍 Search

I'm sorry the school chose to fire you instead of supporting as someone who stands up for freedom, calls out evil, and acted in a responsible and very brave way.

💬    🔁 1    ♡ 22    •••

🪩 Trending                                          ×

Memorial Day    AEW

Disney Remakes    Peter David

Caturday    NBA Playoffs

bring on the dancing horses @ihavethatonvinyl.com · 2mo
sorry to hear this, it's really unfortunate that communities are gathering around the wrong people with the wrong ideals. keep fighting the good fight

💬    🔁 1    ♡ 22    •••

Privacy • Terms • Help

English ⌄

Cookie Lo @cookielo.bsky.social · 2mo
What a loss for those kids.

💬    🔁    ♡ 21    •••

mikedragich.bsky.social @mikedragich.bsky.social · 2mo
If you had any interest in coming back to MN I'm sure plenty of schools would jump at the opportunity to have a former Viking on their coaching staff best to stick in the immediate metro though the boonies get pretty red pretty quick

💬    🔁    ♡ 21    •••

Phillip @abaddonrampant.bsky.social · 2mo
Get hired at their rival school and crush them in the championships out of spite, lol

💬 1    🔁    ♡ 21    •••

🤙Honey 🎚 Wheeler 💙 @honeywheeler.bsky.social · 2mo
I like the way you think 🤭🤭

💬    🔁    ♡    •••

Todd @toddcudd.bsky.social · 2mo
Did they bother giving you an official "reason"?

💬 2    🔁 1    ♡ 21    •••

Chris Kluwe @chriswarcraft.bsky.social · 2mo
They felt there was "too much attention"

💬 9    🔁 1    ♡ 62    •••

WE TRIED TO WARN YOU @cogenteur.bsky.social · 2mo
Remarkable that a California school board would have never heard of Barbara Streisand!

💬    🔁    ♡ 12    •••

LaGumby17 @lagumby17.bsky.social · 2mo
I'm so for you and those kids.

💬    🔁    ♡ 20    •••

Cherie F. @cheriefoster.bsky.social · 2mo
That's not your community then because that's not how communities work; it's just where you live.

💬    🔁    ♡ 18    •••

It's ATB @blueskyissomewhere.bsky.social · 2mo
Thank you for your resistance. And I'm sorry that this is one result of your actions. Many people have been inspired by you. Thank you. The loss is the schools and sadly it's such a loss for those kids.
Like you said, MAGA doesn't care.

💬 1    🔁    ♡ 18    •••

Ms-LJ Livingston @ms-lj.bsky.social · 2mo

🦋 Bluesky

Create account    Sign in

Ex. 23, Pg. 201

Document title: Chris Kluwe &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

Page 8 of 24

**Post**

**Ms-LJ Livingston** @ms-lj.bsky.social · 2mo
Ditto

♡ 2

**SHE RESISTS** @sheresists.bsky.social · 2mo
@lawrenceodonnell.msnbc.com have him on ASAP!

1   ♡ 16

**SHE RESISTS** @sheresists.bsky.social · 2mo
Or @nicollewallace.bsky.social or @maddow.msnbc.com
I'm so sick of these gaslighting hypocrites crying about their "conservative voices being silenced" give me a GD break.

♡ 1

**Marcus Mauney** @marcusmauney.bsky.social · 2mo
Your integrity is something far more valuable and something you clearly walked away with intact. Thank you for taking a stand.

1   ♡ 15

**Kyle Hester Film Maker** @kylehester.bsky.social · 2mo
You have a pretty big following here. Perhaps consider taking your passion to You Tube. I bet you would have success.

1   ♡ 15

More ›

**Daniel Roberts** 🇺🇦 @drobertsimg.bsky.social · 2mo
Sorry to hear it, my friend. But if you have some free time, we can always start a new sports blog about punting and combat sports. "Just Kickin' It with Chris and Dan." Roll it around a bit, amigo.

1   ♡ 15

**Steven** 🇳🇱 @stevenlundberg.bsky.social · 2mo
They're ruining their own kids opportunities to spite you, pretty ridiculous bunch those magas.

1   ♡ 14

**Titaness Themis** @titanessthemis.bsky.social · 2mo
This is the worst part of it. All for what?

♡ 5

**Batdog** @jeffreyschmeffrey.bsky.social · 2mo
Run for office

2   ♡ 14

**Ziggy Zapf** @ziggyzapf.bsky.social · 2mo
Whatever you do, use your celebrity power for good causes.

♡ 1

**Joanne Boyer** @wisdomvoices.bsky.social · 2mo
To paraphrase @timothysnyder.bsky.social -- they don't think of us as Americans; they don't think of us as human; they think of us as data points on which they can make money. We have so lost what used to be called the soul of the country. Thank you for all you've done. We here in MN appreciate you.

♡ 14

**woman-strong.bsky.social** @woman-strong.bsky.social · 2mo
Thanks for standing up for everyone, and please run for Congress!

♡ 14

Search

**Trending**   ✕

Memorial Day   AEW

Disney Remakes   Peter David

Caturday   NBA Playoffs

Privacy · Terms · Help

English ⌄

**Bluesky**

Create account   Sign in

Ex. 23, Pg. 202

Document title: Chris Kluwe : &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about w…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

Page 9 of 24

← **Post**

Thanks for standing up for everyone, and please run for Congress!

💬    🔁    ♡ 14    ···

**laura1048.bsky.social** @laura1048.bsky.social · 2mo
I hope the parents are organizing.

💬    🔁    ♡ 13    ···

**FlyFishGirl** @flyfishgirl.bsky.social · 2mo
Run for office!  People with integrity are rare.

💬 1    🔁 1    ♡ 12    ···

🤙**Honey ▌▌ Wheeler** 💙 @honeywheeler.bsky.social · 2mo
We all need to look around in our communities and run for office, we can do this 💙💙💙💙💙

💬    🔁    ♡    ···

**Perkyshai** @perkyshai.bsky.social · 2mo
How is the substitute situation in your district? Will badass neighboring spaces be stronger supporters? You deserve to THRIVE for your honesty and integrity.

💬 1    🔁    ♡ 11    ···

**mztooth.bsky.social** @mztooth.bsky.social · 2mo
As a teacher in the district,  while there is a claim that we have "plenty" of great subs, let's just say I write very different sub plans than I used to even a decade ago. Mr. Klewe would be an asset to any campus and a boon to our sub pool as would any educator with integrity.

💬 1    🔁    ♡ 1    ···

**Perkyshai** @perkyshai.bsky.social · 2mo
Same. I had a sub touch a Black girl's hair one. Same sub said shockingly inappropriate things to another girl. Had dude banned from my room.

💬    🔁    ♡    ···

**Patrick Ogle** @paogle.bsky.social · 2mo
Maybe do a camp for kids whose parents aren't fascist pigs.

💬 1    🔁    ♡ 11    ···

**Colin Day** @colind.bsky.social · 2mo
Those kids are some of the ones that need decent role models the most.

💬 1    🔁    ♡ 5    ···

**Patrick Ogle** @paogle.bsky.social · 2mo
So...kidnap them? Those kids parents wouldn't let them goto this theoretical camp...Not sure of your point aside from disagreeing. Maybe think about that. I try to

💬 1    🔁    ♡    ···

**Colin Day** @colind.bsky.social · 2mo
Sorry, wasn't trying to be a disagreeable dick, just meant that it sucks for those kids to have to miss the opportunity of having Kris as a coach because their parents are bigots.

💬 2    🔁    ♡ 1    ···

**gigi0923.bsky.social** @gigi0923.bsky.social · 2mo
At no point did that come off as being a disagreeable dick.

💬    🔁    ♡ 1    ···

**KenCrostArt** @kencrostart.bsky.social · 2mo
It sometimes feels overwhelming but let's not forget that 165,000,000 voters did not want Donald Trump as president. He only got 32% of

🔍 Search

📈 **Trending**                                            ✕

**Memorial Day**    **AEW**

**Disney Remakes**    **Peter David**

**Caturday**    **NBA Playoffs**

Privacy · Terms · Help

English ⌄

🦋 **Bluesky**                                            **Create account**    **Sign in**

Ex. 23, Pg. 203

Document title: Chris Kluwe: &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT                                            Page 10 of 24

**Post**

🔍 Search

**📈 Trending**                                              ✕

Memorial Day      AEW

Disney Remakes      Peter David

Caturday      NBA Playoffs

Privacy • Terms • Help

English ⌄

**KenCrostArt** @kencrostart.bsky.social · 2mo
It sometimes feels overwhelming but let's not forget that 165,000,000
voters did not want Donald Trump as president. He only got 32% of
eligible voters. We fucking out number these morons. We just need the
right candidates to bring those voters into our camp. The establishment
Dems aren't the ones.

💬      ⇄      ♡ 11      ···

**Six-Eyed Kitten** @andrewkozma.net · 2mo
I'm sorry.

💬      ⇄      ♡ 11      ···

**snowprincessvt.bsky.social** @snowprincessvt.bsky.social · 2mo
I'm sorry

💬      ⇄      ♡ 11      ···

**loweryhome.bsky.social** @loweryhome.bsky.social · 2mo
Does this mean Tripping Icarus is getting back together??

Joking aside, thanks for being an inspiration for me and my kids.

💬      ⇄      ♡ 1      ···

**A life built with Grit, Grace & Gratitude!** @sadie-sdaughter.bsky.... · 2mo
Thank you for standing up for democracy! We're grateful for your
leadership. Fight On!

💬      ⇄      ♡ 10      ···

**Chip Pitfield** @chipduck.bsky.social · 2mo
Come to Canada. We always need principled football coaches.

💬      ⇄      ♡ 9      ···

**Hookcity - 🚫"War Plan" DMs Please 🇺🇸🇲🇽...** @hookcity.bsky.s... · 2mo
maghats blindly shoot themselves in the foot

💬      ⇄      ♡ 9      ···

**chrisjennings.bsky.social** @chrisjennings.bsky.social · 2mo
What was the school that fired you? Perhaps they should hear from all
of us.

💬 1      ⇄      ♡ 8      ···

**truebleu.bsky.social** @truebleu.bsky.social · 2mo
Edison in Huntington Beach

💬      ⇄      ♡ 3      ···

**Rey-Rey** ☕✊ @rey-rey.net · 2mo
I'm so sorry, Chris. You've always been one of the good guys and I
hope the kids saw that in you.

💬      ⇄      ♡ 8      ···

**Kari Debbink** @karidebbink.bsky.social · 2mo
Wow. Their loss.

💬      ⇄      ♡ 8      ···

**JV** @jvdl202.bsky.social · 2mo
I'm really sorry this has happened to you. You're a hero in my eyes...
sending you love.

💬      ⇄      ♡ 7      ···

**ina lina** @inasketch.bsky.social · 2mo
I'm sorry, Chris

🦋 **Bluesky**                                    Create account    Sign in

**Post**

**ina lina** @inasketch.bsky.social · 2mo
I'm sorry, Chris.
And as much as I'll hate Tony being elected to the state senate, it does open up his seat on the city council...

💬 1                    ⇄                    ♡ 7                    ···

**Buffie** @buffiehb.bsky.social · 2mo
Sadly they will just appoint another MAGA nutball

💬                    ⇄                    ♡                    ···

**Nate** @natex101.bsky.social · 2mo
Sorry to hear that Chris. Hopefully there's another local team that can benefit from your willingness to teach kids... Sounds like good role models are in short supply.

💬                    ⇄                    ♡ 7                    ···

**Gigi Maze** @ggmagic.bsky.social · 2mo
I'm embarrassed to admit I grew up in HB. FYI, 50 yrs ago we heard rumors about secret Nazis groups in town. They were always there. They're no longer secret now thanks to the 👊🤡⚠️

💬                    ⇄ 1                    ♡ 6                    ···

**Tim Nagy** @timosfe.bsky.social · 2mo
Thank you for your bravery brother.

💬                    ⇄                    ♡ 6                    ···

**Aaron Wallace** @awallace230.bsky.social · 2mo
I can't believe the Chargers would make such a boneheaded move! I hope the Barons hire you and you take back that bell. Disappointed in my alma mater.

💬                    ⇄                    ♡ 6                    ···

**dankall17.bsky.social** @dankall17.bsky.social · 2mo
What a chickenshit move by that district.

💬                    ⇄                    ♡ 6                    ···

**Cami, M.Ed. Copy Editor/Writer** 🦋🌍📚... @cami4change.b... · 2mo
Oh nooooo! I'm so sorry! This totally sucks! I worked as a college administrator and instructor; we KNOW that sports make a difference for kids of all ages. #TrumpDictatorship

💬                    ⇄                    ♡ 6                    ···

**Lori** @loribedell.bsky.social · 2mo
I will look forward to donating to your campaign.

💬                    ⇄                    ♡ 6                    ···

**PamHall7** @pamhall7.bsky.social · 2mo
I'm so sorry! That's not right. Not shocked that it was Edison. They were lucky to have you.

💬                    ⇄                    ♡ 6                    ···

**Kyla** @boysek.bsky.social · 2mo
that's so petty and vindictive.

💬                    ⇄                    ♡ 6                    ···

**desertduo1.bsky.social** @desertduo1.bsky.social · 2mo
Not to worry Chris, another (and better) school will swoop in and offer you a greater opportunity.

💬                    ⇄                    ♡ 5                    ···

Trending
Memorial Day    AEW
Disney Remakes    Peter David
Caturday    NBA Playoffs

Privacy · Terms · Help

English ⌄



Create account    Sign in

Ex. 23, Pg. 205

Document title: Chris Kluwe: &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

Page 12 of 24

...no-is-really-dank, another (and better) school will snap you up and offer you a greater opportunity.

♡ 5

**Americaduff** @americaduff.bsky.social · 2mo
Hang in there my friend! You're better off without them!

♡ 5

**nonnygoats.bsky.social** @nonnygoats.bsky.social · 2mo
Moments I'm so glad to teach at OCSA. The arts reject fascism at every turn.

♡ 5

**Jashvina Shah** @icehockeystick.bsky.social · 2mo
Uhhhh. Well, thank you for sticking to your morals, since so many don't

♡ 5

**Hella Ratty** @hellaratty.bsky.social · 2mo
You, Colin Kaepernick, and other progressive retired athletes need to show the world that you are out there united against hate. The bosses don't own you. Form a Mutual Assistance fund for other athletes who speak up. Support each other.

♡ 5

**lazyllama.bsky.social** @lazyllama.bsky.social · 2mo
wait WHAT?! I thought MAGA was pro free speech??

♡ 5

**HelenKP** @htkdem.bsky.social · 2mo
Chris, you need to come out east.  Plenty of schools that will respect your 1st amendment! I hope you have a good attorney too....sue them. We all saw it was a peaceful protest.

♡ 4

**Coopliscious** @coopliscious.bsky.social · 2mo
I'm sorry to hear that. I hope you find a great place to land.

I'd love to see all athletes of color walk away from their spot. Coaches, pro, collegiate. It's a HUGE ask but one That will hurt.

♡ 4

**Lisa - 🌊☕🏴** @lisabeachie.bsky.social · 2mo
If you want to stay in California head up to the central coast.  We will welcome you with open arms and we have some great high school football teams. 💙

♡ 4

**halfpint.bsky.social** @halfpint.bsky.social · 2mo
SOMEBODY GIVE THIS GUY A DAMN JOB

♡ 4

**Troy** @wissportsfan.bsky.social · 2mo
MAGA don't give a shit about anyone else. I'm sorry this happened to you and these kids.

♡ 4

**Dan Keevy** @dankeevy.bsky.social · 2mo
If my kids were coached by you, Chris, I would be proud of the example you set, and trust you have your best interests at heart.

♡ 4

🦋 **Bluesky**

Create account | Sign in

Ex. 23, Pg. 206

Document title: Chris Kluwe: &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT
Page 13 of 24

🔍 Search

✨ Trending                                    ✕

Memorial Day    AEW

Disney Remakes    Peter David

Caturday    NBA Playoffs

Privacy · Terms · Help

English ⌄

Post

you set, and trust you have their best interests at heart.

♡ 4

🇺🇦🇺🇦🇺🇦🇺🇦🇺🇦 @lucys2nddad.bsky.social · 2mo
Sorry to hear it, Chris.  But thank you for sharing your story.  Sorry for the kids affected by this stupid MAGA bullshit.

♡ 4

nola-nce.bsky.social @nola-nce.bsky.social · 2mo
For people who live to talk about freedom of speech, they are very triggered when they hear speech they don't agree with.

♡ 4

L F Glatz @lfglatz.bsky.social · 2mo
They hurt the kids you would have been coaching. Sad. We need more leaders like you.

♡ 4

PIDXR @pidxr.bsky.social · 2mo
Not to mention a patriot.  They are confused and need safe spaces to make sense of the scary world.

♡ 3

Brian H. @brianhew31.bsky.social · 2mo
I'm sorry you are being retaliated against for your courage. We all need to follow your example to be braver and bolder.

♡ 3

MB Sweetzer 🇺🇸🇲🇽🇮🇹🇺🇦 @mbsweetzer.bsky.social · 2mo
That sucks...If it helps, know that you've given a LOT of young men an example of honor to try to live up to--something that is sorely lacking in the MAGA cult. They wouldn't recognize integrity if it smacked them in the face.

♡ 3

dadioski.bsky.social @dadioski.bsky.social · 2mo
It has become abundantly clear that MAGA is nothing but Nazism 2.0, evil thru & thru.

♡ 3

carrieam.bsky.social @carrieam.bsky.social · 2mo
Please keep up your good work and run for an office

♡ 3

martigo.bsky.social @martigo.bsky.social · 2mo
Are you in a red district? Please consider running for Congress.

♡ 3

@DarthChipper @darthchipper.bsky.social · 2mo
WOW!   THAT IS INSANE!!!!!!

Hope you are considering a run for office.  We need people like you looking out for US!!!!!

♡ 3

vwdavy @vwdavy.bsky.social · 2mo
Don't stop. They're obviously listening. It'll sink in for some. Don't stop.  Please.

♡ 3

🦋 Bluesky

Create account　Sign in

Trending　✕

Memorial Day　AEW

Disney Remakes　Peter David

Caturday　NBA Playoffs

Privacy · Terms · Help

English ⌄

**Post**

🔍 Search

🔝 **Trending**                                          ✕

Memorial Day    AEW

Disney Remakes    Peter David

Caturday    NBA Playoffs

Privacy • Terms • Help

English ⌄

**Maggie** @maggiesavage.bsky.social · 2mo
I feel sorry for those kids, damn

💬                    ⇄              ♡ 3              ⋯

**S. Douglass** @hsdouglass.bsky.social · 2mo
It it's a public school, or receives any federal funds, that's a clear First Amendment violation.....though I'm sure they used the pretext of your arrest.

💬                    ⇄              ♡ 3              ⋯

**ccbaxter61.bsky.social** @ccbaxter61.bsky.social · 2mo
Thanks for standing up!

💬                    ⇄              ♡ 2              ⋯

**Bethie Footie** @mazhole.bsky.social · 2mo
Hero for our time

💬                    ⇄              ♡ 2              ⋯

**Claire Denelle Cowart** @clairedenelle.bsky.social · 2mo
Thank you so much for speaking up. In my view you are a hero.

💬                    ⇄              ♡ 2              ⋯

**Marcus** @cowa-bunghole.bsky.social · 2mo
It's a sign you should fight the system from within.

💬                    ⇄              ♡ 2              ⋯

🇺🇸🇨🇦🇲🇽🇪🇺 @msbyrd.bsky.social · 2mo
It's kind of almost a pulling for you to find a new stand. I think you already found it. Good job!

💬                    ⇄              ♡ 2              ⋯

**@nwsoftwareguy.bsky.social** @nwsoftwareguy.bsky.social · 2mo
Okay so this resume says blah blah blah and a lot of words.  But the most important thing Mr Kluwe.  Have you taken Donald Trump as your personal savior and will support him above all other things in our MAGA community?

💬                    ⇄              ♡ 2              ⋯

**Gregory Wild-Smith** @gregory.wild-smith.com · 2mo
Start your own freshman football league... with blackjack! And hook... wait...

... ok so maybe I got ahead of myself there.

💬                    ⇄              ♡ 2              ⋯

**franko25.bsky.social** @franko25.bsky.social · 2mo
You are lovely & full of grace, empathy & compassion. Everything maga isn't. I'm
sure they're jealous and spiteful because you shine so brightly 💙

💬                    ⇄              ♡ 2              ⋯

**jmcglyn.bsky.social** @jmcglyn.bsky.social · 2mo
You are a hero ❤️

💬                    ⇄              ♡ 2              ⋯

**emmettco.bsky.social** @emmettco.bsky.social · 2mo
Thanks for your courage.

🦋 **Bluesky**                                                    Create account    Sign in

Document title: Chris Kluwe: &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

Post

**emmettco.bsky.social** @emmettco.bsky.social · 2mo

Thanks for your courage.

💬        ↻        ♡ 2        ···

**'stina is a shiny special one** @stinapag.bsky.social · 2mo

Do wha...???

💬        ↻        ♡ 2        ···

**Ingebar** @ingebarmusic.bsky.social · 2mo

And the kids will be hurt by this, too. Unreal

💬        ↻        ♡ 2        ···

**Art** @gandalgh.bsky.social · 2mo

That's the point. To hurt people

💬        ↻        ♡ 2        ···

**SirK** @sirk31.bsky.social · 2mo

You can come join me coaching freshmen football. I would love to have you.

💬        ↻        ♡ 2        ···

**Stacy at the Bosco** @stacyatthebosco.bsky.social · 2mo

I'm so angry. Damn them.



💬        ↻        ♡ 2        ···

**hooladog.bsky.social** @hooladog.bsky.social · 2mo

How awful! I'm so sorry!

💬        ↻        ♡ 2        ···

**Sean Hale** @seanhaleyeah.bsky.social · 2mo

That sucks. I hope you find a better community worthy of your talents and values.

💬        ↻        ♡ 2        ···

**Ben** @ben-223.bsky.social · 2mo

Sorry to hear that. Courage shouldn't be stifled, especially around

🦋 **Bluesky**                                              Create account    Sign in

Document title: Chris Kluwe · &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

Post

Search

Trending                                    ✕

Memorial Day    AEW

Disney Remakes   Peter David

Caturday    NBA Playoffs

Privacy • Terms • Help

English ⌄

**Ben** @ben-223.bsky.social · 2mo
Sorry to hear that. Courage shouldn't be stifled, especially around youth. Morals and Ethics are things to admire

💬          ⇄          ♡ 2          ...

**msmargaretm.bsky.social** @msmargaretm.bsky.social · 2mo
I just signed up for Bluesky, linking through the news story. I'm shocked how many people are still on X.

💬          ⇄          ♡ 1          ...

**flakwamet.bsky.social** @flakwamet.bsky.social · 2mo
We are behind you! Strive on! You inspire us!

💬          ⇄          ♡ 1          ...

**8647ConvictedFelon** @seeyouin4years.bsky.social · 2mo
God bless you!

💬          ⇄          ♡ 1          ...

**Tao Jones** @georgeb3.bsky.social · 2mo
Sorry that happened to you. This backward MAGA movement only values lackeys. Thank you for taking a stand. Best wishes on the next chapter. People of character will always land on their feet.

💬          ⇄          ♡ 1          ...

**Lovethesea** @boymom2.bsky.social · 2mo
Really awful. So sorry to hear this!

💬          ⇄          ♡ 1          ...

**I'm out of here** @felicityravencrest.bsky.social · 2mo
I'm so sorry. I'd hire you in a heartbeat personally.

💬          ⇄          ♡ 1          ...

**pricygoldnikes.bsky.social** @pricygoldnikes.bsky.social · 2mo
Laughably stupid decision

💬          ⇄          ♡ 1          ...

**LLCoolYay!** @leweling.bsky.social · 2mo
You see things clearly. Your righteousness and indignation are justified. We are PROUD of you and what you stand for.

💬          ⇄          ♡ 1          ...

**Kevin** @kevinrew.bsky.social · 2mo
This is an outrage. I will show up if there are any protests.

💬 1          ⇄          ♡ 1          ...

**Buffie** @buffiehb.bsky.social · 2mo
Come to the City Council meeting Tues at 6:00.

💬 1          ⇄          ♡ 5          ...

**Kevin** @kevinrew.bsky.social · 2mo
There's another meeting soon? Yes, I will.

💬 1          ⇄          ♡ 1          ...

**Buffie** @buffiehb.bsky.social · 2mo
Yes. About every 2 weeks.

We have a plan.

I'll get in touch once it's finalized but please plan to come. Thank you!

💬 1          ⇄          ♡ 4          ...

🦋 **Bluesky**                          Create account    Sign in

Document title: Chris Kluwe : &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

## Post

I'll get in touch once it's finalized but please plan to come. Thank you!

💬 1          ⇄          ♡ 4          ...

**Kevin** @kevinrew.bsky.social · 2mo
I look forward to seeing you there. Bringing my husband and maybe a neighbor or two.

💬 2          ⇄          ♡ 2          ...

**Buffie** @buffiehb.bsky.social · 2mo
Sent you DM

💬          ⇄          ♡ 1          ...

**ImperatorFuriosa** @dortress.bsky.social · 2mo
You're a man of honor and integrity, and we see that.

💬          ⇄          ♡ 1          ...

**Lin Princess (she/her)** @linprincess.bsky.social · 2mo
So sorry Chris. 😞

💬          ⇄          ♡ 1          ...

**momtrex.bsky.social** @momtrex.bsky.social · 2mo
Eff them if they didn't know how good they had it with you as an employee. definitely run for public office!

💬          ⇄          ♡ 1          ...

**Brandon (We Persist & Resist)** @bskzero.bsky.social · 2mo
They are only about cruelty at this point.

💬          ⇄          ♡ 1          ...

**1mkk.bsky.social** @1mkk.bsky.social · 2mo
Unbelievable. These children are being robbed of a world class experience. I'm so sorry for them and you. Keep making the good trouble.

💬          ⇄          ♡ 1          ...

**COW 🏴 🐀 🦋 ☘️** @lzsherbo.bsky.social · 2mo
Hey Chris! I'm sorry for what happened to you, but I think if those HB kids are kids of Maggots, there would be no way you would enjoy working with those brats. The parents would be so far up ur arse with a whole lot of BS. I know ur capable beyond. I think u have a higher calling! Godspeed 🙏

💬          ⇄          ♡ 1          ...

**beaute** @justplainbeaute.bsky.social · 2mo
Heinous

💬          ⇄          ♡ 1          ...

**funkyartlady.bsky.social** @funkyartlady.bsky.social · 2mo
I'm so sorry.

💬          ⇄          ♡ 1          ...

**awakeneddragon.bsky.social** @awakeneddragon.bsky.social · 2mo
The masks are off the Republican party/Magats. As decent humans, we need to accept that at their core MAGAts are evil, & do NOT care about the quality of society, the quality of US citizens' lives. It IS horrifying to realize there are people who actually feel that, but here we are.

💬          ⇄          ♡ 1          ...

**Alex Strachan** @alexstrachan.bsky.social · 2mo
I honestly believe this is the playbook they're taking from

🔵 Trending                                                    ✕

Memorial Day          AEW

Disney Remakes          Peter David

Caturday          NBA Playoffs

Privacy • Terms • Help

English ⌄

🦋 **Bluesky**                                    Create account          Sign in

Post

**Alex Strachan** @alexstrachan.bsky.social · 2mo
I honestly believe this is the playbook they're taking from.



♡ 1

**vinosmax.bsky.social** @vinosmax.bsky.social · 2mo
Fucking assholes.

♡ 1

**Brenda Lynch** 🇨🇦 @dblynch.bsky.social · 2mo
I'm so sorry. Watching your country devolve in a dictatorship is so scary and shocking. 💔

♡ 1

**Rebel Scum** @jay-b-eazy.bsky.social · 2mo
Keep fighting the good fight!

♡ 1

**FUCK ICE** @zackhouse.bsky.social · 2mo
Have you considered running for President in 2028?  Asking for AMERICA!!

♡ 1

**Scutterbotch** 🎚 @scutterbotch.bsky.social · 2mo
Their loss

♡ 1

🦋 Trending                                    ✕
Memorial Day    AEW
Disney Remakes    Peter David
Caturday    NBA Playoffs

Privacy • Terms • Help

English ⌄

🦋 **Bluesky**

Create account    Sign in

Ex. 23, Pg. 212
Document title: Chris Kluwe • "Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT
Page 19 of 24

**Post**

Their loss

💬        ⇄        ♡ 1        •••

**cyberspaceghost.bsky.social** @cyberspaceghost.bsky.social · 2mo
Thank you for speaking up Chris. It made many of us aware of that
situation and will give some of us the courage to speak up.

💬        ⇄        ♡        •••

**crowmish.bsky.social** @crowmish.bsky.social · 2mo
Thank you for standing up and speaking out.

💬        ⇄        ♡        •••

**sevans224.bsky.social** @sevans224.bsky.social · 2mo
Why were u fired.  How does it tie into trump

💬 1        ⇄        ♡        •••

**LadyPegasus** @ladypegasus.bsky.social · 2mo
Probably because he voiced his opposition against trump and Elon
regarding the illegal firing of federal workers and cutting aid to just
about everybody, especially the poorest of the poor while enriching the
richest of rich.

💬        ⇄        ♡ 3        •••

**MadCounselor.bsky.social** @madcounselor.bsky.social · 2mo
Crap

💬        ⇄        ♡        •••

**SadieClyde** @sadieheartsclyde.bsky.social · 2mo
Maybe for the best bc we need you to do more important things right
now and then go back to the kids when we have secured their future.

💬        ⇄        ♡        •••

**Haneef Shakur** @haneef-shakur.bsky.social · 2mo
Smh.

💬        ⇄        ♡        •••

**Bridgett Williams-Searle** @profbridgett.bsky.social · 2mo
Yeah, that sucks, but hurting people pointlessly is their MO. I'd bet that
if you're willing to move to upstate New York, Albany High would take
you in a heartbeat.

💬        ⇄        ♡        •••

**Cal Thompson** @calumthompson.bsky.social · 2mo
MFers. But they made a big mistake.

💬        ⇄        ♡        •••

**jeromex55.bsky.social** @jeromex55.bsky.social · 2mo
you did nothing wrong Chris. some people can't handle the truth.

💬        ⇄        ♡        •••

**Jill** @sharklady.bsky.social · 2mo
What Alejandra said

💬        ⇄        ♡        •••

**humoristguy.bsky.social** @humoristguy.bsky.social · 2mo
We have your back

💬        ⇄        ♡        •••

**Anne** @triedandtrope.bsky.social · 2mo

🔍 Search

⚡ **Trending**                                              ✕

Memorial Day        AEW

Disney Remakes        Peter David

Caturday        NBA Playoffs

Privacy · Terms · Help

English ⌄

🦋 **Bluesky**                              Create account    Sign in

Document title: Chris Kluwe: &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

Post

**Anne** @triedandtrope.bsky.social · 2mo
I'm sorry. I also feel bad for the kids you coached. They probably thought you were the coolest. And they'll let their families and administration know they miss their awesome coach *from the NFL*!!

**Dan Ward Music** @dan-ward-music.bsky.social · 2mo
Please help share the anti fascist message 🙌

youtu.be/JwDekrWODh8?...



**Party Like it's 1939 - Dan Ward Original**
YouTube video by Dan Ward Music
© youtu.be

**jeanniev.bsky.social** @jeanniev.bsky.social · 2mo
Come to Massachusetts. We'll appreciate you here😄

**bedawson79.bsky.social** @bedawson79.bsky.social · 2mo
Keep fighting the fight Chris

**Brett Hanson** @bretthanson.bsky.social · 2mo
Disgusting love to know what school that was Chris.

**Copy that** @goforproduction.bsky.social · 2mo
Sorry to hear it Chris.  Really a shame for the kids that could've used your unique professional experience

**Papa Giorgio** @papagiorgio.bsky.social · 2mo
What a time to be alive...

**teenaweesa64.bsky.social** @teenaweesa64.bsky.social · 2mo
Sorry to hear this.  You are such an outstanding role model and human being.  Keep being you.  You are an inspiration to us all.  Peace and love.

**okgrown.bsky.social** @okgrown.bsky.social · 2mo
But cancel culture
Fucking hypocrites!

 Bluesky

Create account    Sign in

Ex. 23, Pg. 214

Document title: Chris Kluwe · &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh...
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT

**okgrown.bsky.social** @okgrown.bsky.social · 2mo
But cancel culture
Fucking hypocrites!

**jbennett22.bsky.social** @jbennett22.bsky.social · 2mo
The main goal of Trump Musk and MAGA is to inflict the most amount
of pain that they can on people. Sorry to hear.

**Crepuscular Canard** @turnitup5000db.bsky.social · 2mo
What pathetic snowflake bullshit is that?

Might be safer for the kids though, who knows what one of those
maniacs might do to get dear leaders seal of approval.

**Shoppi** @shoppi.bsky.social · 2mo
Sorry dude - you deserve better and are a way better person than all of
them combined.  Thanks for being on team real 🇺🇸

**Bunky** @bunky260.bsky.social · 2mo
That's sucks dude...thanks for standing up

**Curiosity will kill this Kat** @kydivechick.bsky.social · 2mo
Jesus. I'm so sorry.

**jhblue500.bsky.social** @jhblue500.bsky.social · 2mo
I agree with you, sir. I am so sorry to hear about this. Good luck to you.

**Josette** @josettewea.bsky.social · 2mo
Sorry, Chris. I'm hoping you get lots of better offers coming in. Standing
for what's right and true should be an incentive for all decent folks to
want to hire you.

**Stephen Eric Berry** @stephenericberry.bsky.social · 2mo
So sorry to hear that. They've lost a treasure.

MAGA is like a Matrix-level cerebral pathogen.

(I'd link the YouTube clip of Keanu Reeves getting bugged, but it might
trigger the snowflakes among us.  Can't have that.)

**DG** @dgo81.bsky.social · 2mo
Sounds like what Michael Scott would refer to as spiderface.

**Tom Harrell-Owens** @dirtycowboy79.bsky.social · 2mo
I'm sorry to hear you lost it. I'm even more sorry to those kids who are
going to miss out on a great football coach because the powers that be
at the school rather be hateful and let politics rule their decisions than
do what's best for the students.

---

Trending
Memorial Day    AEW
Disney Remakes    Peter David
Caturday    NBA Playoffs

Privacy · Terms · Help

English

---

Bluesky

Create account    Sign in



Document title: Chris Kluwe · &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT



Document title: Chris Kluwe: &quot;Just got fired from being a freshman football coach, if you want to know what MAGA does to communities. They don't care about wh…
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3lj6s6l6u622x
Capture timestamp (UTC): Mon, 26 May 2025 18:09:40 GMT