# EXHIBIT 25

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 25: Printout of full social media discussion thread for post by Jeff Morrell on the HB CommUNITY Voice Facebook page on March 1, 2025 at 4:35 pm, saying Kluwe was fired for his "PSA" post. Accessible online here: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/



Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT

### Jeff Morrell's Post

homeless dude plazing in the corner and you can get any book you want online. Just my opinion but im sure you guys will let me know im a horrible misinformed human being so let er rip

12w    Like    Share    2 😆❤️

**Vinny Nutt**
**Brian Patch Klein** don't lie you don't read

12w    Like    Share    4 👍❤️😆

**Brian Patch Klein**
**Vinny Nutt** pictures worth a 1000 words

12w    Like    Share

**Vinny Nutt**
**Brian Patch Klein** context is key. Assumptions makes an ass out of you and umptions

12w    Like    Share    4 👍

**Bill Larkin**
**Vinny Nutt** I did read and trying to cover or do a reset on ones stupid comments, doesn't excuse them.

The reality, if this was a student, that student would have not only have been suspended or expelled, he would have had search warrants served on his home and escorted off the school with armed detectives.

There was no excuse for that crap, especially after his stupid and aggressive actions at city hall.

Play stupid games, when stupid prizes.

The values of those defending this crap is amazing...

There isn't an HR department in any business, especially a school that would tolerate that type of stuff.

The school was forced to respond by his actions. Don't blame them or someone else.

12w    Like    Share    👍

**Mary Lou Gramata**
**William Breaux** we have all said something in anger I don't think he meant that

12w    Like    Share

**Justin Mcbride**
**William Breaux** how is anyone suppose to know what he means, that seems like a threat to me.

12w    Like    Share

**William Breaux**
**Justin Mcbride** by looking at the whole context. That was a retweet or response to something else. But no one wants to post the whole thread.

12w    Like    Share

**Justin Mcbride**
**William Breaux** the whole thread was a follow up to the post.. he did that in response to the backlash he got from the post people are discussing

12w    Like    Share

**Chris Sharifzadeh**
Don't smoke meth kids

12w    Like    Share    15 👍❤️😆❤️

**Anew Katsuyoshi**
I thought all the kooks lived in riverside lmao

12w    Like    Share    7 👍😆

**Clinton Weinrich**

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk
Down The Aisle
auvere.com

Double Your
Impact
give-
sc.salvationarmy.org



**Jeff Morrell's Post**



Chris Sharifzadeh
Don't smoke meth kids

12w    Like    Share    15 😂😲❤️

Anew Katsuyoshi
I thought all the kooks lived in riverside lmao

12w    Like    Share    7 😂❤️

Clinton Weinrich
**Anew Katsuyoshi** the kooks are on the cc.

12w    Like    Share    17 👍😂

Steven Zuniga
Dudes an "at will employee" and toast! Seasonal contract,,, no guarantee of hiring for any future seasons! And not avocado toast EVEN! People should watch what they say online and the nasty PM's they send! Have a blessed night HB!

12w    Like    Share    Edited    15 😂❤️😲

Lev Ray
**Steven Zuniga** so what ...He still made a great living as an NFL "punter"..
More than likely owns his home outright...

12w    Like    Share    4 😂😲

Steven Zuniga
**Lev Ray** its not about the green backs. High School coaches don't make crap...they do it for the kids and love of the game. Most teach and coach. What does that have to do with him approaching the city council. Elaborate please!

12w    Like    Share    Edited

Lev Ray
**Steven Zuniga** Night night Stevie..better things ahead for the balance of my evening👍

12w    Like    Share

Steven Zuniga
**Lev Ray** right on LEVI! Cheers

12w    Like    Share

Lev Ray
"Unhinged, unhinged, triggered".....give me a fkn break...get outside folks!

12w    Like    Share    3 😂😲

Buffie Chanl
Taking it out of context again?

He's talking about "review bombs" - reviewing the library who was getting review bombed.

Do you actually think this man, promoting PEACEFUL Civic Disobedience is really calling for actual bombing of council members? 🤷

Ever heard of the term "my phone is blowing up". It's. Not. actually. Blowing. Up.

> Chris Kluwe @chr...·3h
> If you want to review bomb (this is widely popular slang, HBPD detectives) something with 1 star ratings, don't go after the library, it is filled with wonderful people. Find where the council members work and voice your displeasure there instead.
>
> This has been your PSA for the day.

12w    Like    Share    81 😂😲

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Sponsored

Be Ready To Walk Down The Aisle
auvre.com

Double Your Impact
give-sc.salvationarmy.org



**Jeff Morrell's Post**

with 1 star ratings, don't go after the library, it is filled with wonderful people. Find where the council members work and voice your displeasure there instead.

This has been your PSA for the day.

12w   Like   Share    81 👍❤️😆

Buffie Chanl

Chris Kluwe @chr... · 3h
(And, as I have been stressing in literally every single interview and appearance, the goal is PEACEFUL civil disobedience. This is my community, and it's already violent enough with the Nazi fucks who live here. We don't need more)

12w   Like   Share    35 ❤️😆

Kathee Johnson
**Buffie Chanl** You are still trying to justify his actions. So why would he need to post this after his original post if his original post wasn't so wrong. He intended for people to take it the wrong way otherwise he wouldn't have posted that. Had it been from the otherside you most likely would not be defending him.

12w   Like   Share    9 👍😆

Buffie Chanl
**Kathee Johnson**
I'm capable of analyzing a situation and understanding context. I'm sure he had to clarify because a bunch of City Council's minions were trying to make this peaceful protestor into a threat. Which clearly that's the OPPOSITE of his intentions.

12w   Like   Share   Edited    13 👍

David Reeser
**Buffie Chanl** ya you sure are when it fits your narrative. I mean fight like hell means insurrection 😂😂. Can't have it both ways.

12w   Like   Share

Joe Haakenson
**Buffie Chanl** Any credibility he might have goes away the moment he starts saying MAGA supporters are Nazis. You have to be very weak-minded to parrot the MSNBC/CNN narrative at this point.

12w   Like   Share    3 👍😆

Buffie Chanl
**Joe Haakenson**
There are some alarming similarities between 1936 Germany and now. The MAGA movement is cheering while Trump uses the Nazi playbook. Wake up.

12w   Like   Share    8 👍😆

Joe Haakenson
**Buffie Chanl** You just lost your credibility too.

12w   Like   Share    5 👍😆

Kandie Johnson-Barriga
**Buffie Chanl** he's unhinged, who the hell knows what he means.

12w   Like   Share   Edited    👍

Buffie Chanl
Joe Haakenson

Jeff Morrell turned off commenting for this post.

**Jeff Morrell's Post**



**Buffie Chanl** You just lost your credibility too.

12w   Like   Share                                                          5 😆😍🤍

**Kandie Johnson-Barriga**
**Buffie Chanl** he's unhinged, who the hell knows what he means.

12w   Like   Share   Edited                                                  🤍

**Buffie Chanl**
**Joe Haakenson**
You may want to compare history to what's happening now.

I really don't care what you think of my "credibility".
I won't be silent while we slip into authoritarianism.

12w   Like   Share                                                          3 🤍

**Jeff Morrell**
**Buffie Chanl** we're so lucky to have you. 😂😂😂

12w   Like   Share

**Buffie Chanl**
**Jeff Morrell**
Go get your whistle, Rolf.

12w   Like   Share   💬

**Jeff Morrell**
**Buffie Chanl** don't get so worked up you off yourself.
Your commitment to crazy is entertaining.

12w   Like   Share                                                          💙

**Linda Marie Fifer**
**Kathee Johnson** she, **Buffie Chanl** is a troll, her & **Cass Brock**
would make a good troll match. Heck, at this point, they might be
the same person 🙆‍♀️
They prolly on the couch in mommy's basement, doing their
constant armchair expert trollery... still pictureless

12w   Like   Share                                                          😆

**Cass Brock**
**Linda Marie Fifer** Between me living in the basement and you
being 400 pounds, together we make a Trump insult 🤣🤣🤣

12w   Like   Share   Edited                                                  🤍

**Linda Marie Fifer**
**Cass Brock** clearly I have many pictures on my FB, fake news, it is
what u do best👍

12w   Like   Share                                                          🤍

**Buffie Chanl**
**Linda Marie Fifer**
Not a troll, just standing up for my City and for what's right. ✌️
Enjoy the facts. We know you guys don't like those.

12w   Like   Share                                                          🤍

**Linda Marie Fifer**
**Buffie Chanl** why no picture on ur Facebook? So proud of your
city (as it is mine too 45yrs) show your face? 🙂 this is why you

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk
Down The Aisle
auvere.com

Double Your
Impact
give-
sc.salvationarmy.org

Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT

**Jeff Morrell's Post**



**Buffie Chanl**
**Linda Marie Fifer** Not a troll, just standing up for my City and for what's right. 🤙 Enjoy the facts. We know you guys don't like those.

12w · Like · Share

**Linda Marie Fifer**
**Buffie Chanl** why no picture on ur Facebook? So proud of your city, (as it is mine too 45yrs) show your face? 🥴 this is why you are a "troll." And your interpretation of the million of posts you comment on, is your "feeling" on the subjects 9 out of 10 times.

12w · Like · Share · Edited

**Buffie Chanl**
**Linda Marie Fifer** Because violent right wing nut jobs in this town post threats to us and put us on enemies lists. Thanks for asking.

12w · Like · Share · Edited

**Jeff Morrell**
**Linda Marie Fifer** because...in her own head, she's such a critical force for good, the evils in the word are out to harm her. 😂😂😂😂😂😂😂

12w · Like · Share

**Linda Marie Fifer**
**Buffie Chanl** poor excuse, I stand for what I say, and Father God protects, it is cowardly to spout off so much and hide.

12w · Like · Share

**Linda Marie Fifer**
**Jeff Morrell** seriously, she must have a sugar Daddy for all her time, I'm just a full-time working horse over here, wife and mother 😉

12w · Like · Share

**Jeff Morrell**
**Linda Marie Fifer** I saw a picture. That doesn't align 😂

12w · Like · Share

**Linda Marie Fifer**
**Jeff Morrell** yea, the one at the very end, prolly not her, she is hiding

12w · Like · Share

**Brandon Berberet**
**Buffie Chanl** this is all we need to see. Keep this guy way from children!

> **Chris Kluwe** @chriswarcraft.bsky.... · 2d
> Also, PSA, and I can't believe I have to say this:
>
> Stop fucking with the library. That's what the city council is doing. The library is great, as are the people who work there.
>
> Go fuck with the city council. Find where they work, and blow *those* places up.

12w · Like · Share                    24 👍❤️😮

**Rina Jacobson**
**Brandon Berberet** that's all YOU require, keep the rest of us out of it. You don't speak for me or any other rational human being with a brain.

12w · Like · Share                    12 👍❤️

**Brandon Berberet**

---

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Ex. 25, Pg. 228

## Jeff Morrell's Post



12w    Like    Share    24 👍❤️😆

**Rina Jacobson**
**Brandon Berberet** that's all YOU require, keep the rest of us out of it. You don't speak for me or any other rational human being with a brain.

12w    Like    Share    12 👍❤️

**Brandon Berberet**
**Rina Jacobson**

Tenor

12w    Like    Share

**Annette Ellett**
**Brandon Berberet** context matters

12w    Like    Share    4 👍

**Brandon Berberet**
**Annette Ellett** it does

Chris Kluwe @chriswarcraft.bsky.... · 2d
Also, PSA, and I can't believe I have to say this:

Stop fucking with the library. That's what the city council is doing. The library is great, as are the people who work there.

Go fuck with the city council. Find where they work, and blow *those* places up.

12w    Like    Share    😆

**William Breaux**
**Brandon Berberet** post the context you coward

12w    Like    Share    4 👍

**Brandon Berberet**
**William Breaux** CNN reporting

12w    Like    Share    😆

**Jeff Morrell**
**Rina Jacobson** I fixed this for you.

I support
War

12w    Like    Share    2 👍😆

**Rina Jacobson**
**Jeff Morrell** 👆 Don't speak for me. Unlike you, I don't follow someone who is lusting for a war.

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

## Jeff Morrell's Post

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org



**Rina Jacobson**
**Jeff Morrell** 👆 Don't speak for me. Unlike you, I don't follow someone who is lusting for a war.

12w   Like   Share                                    4 👍

**Jeff Morrell**
**Rina Jacobson** cool. You follow the peacemaker DJT. Sorry. Thought you were a silly hippie with a lemming-like support of Ukraine.
😆

12w   Like   Share                                    2 😆

**William Breaux**
**Jeff Morrell** this war ends when Russia pulls out and pays reparations to Ukraine. End of story.

12w   Like   Share                                    3 👍

**Jeff Morrell**
**William Breaux** I'd bet you, but lefties never pay off bets, because it's their own money.

12w   Like   Share                                    😂

**William Breaux**
**Jeff Morrell** btw no one here was talking about Ukraine until you brought it up for no reason.

12w   Like   Share                                    👍

**William Breaux**
**Jeff Morrell** lol are you off your meds or something. You say the most outrageous crap.

12w   Like   Share

**William Breaux**
**Jeff Morrell**

Pete Hegseth just reportedly ordered the US military's Cyber Command to "stand down" from all planning against Russia. Analysts have been ordered not to follow or report on Russian threats.

One inside source said, "Putin is on the inside now."

12w   Like   Share

**Jeff Russolino Jr.**
**Brandon Berberet** this chick is off her horse. Hence why she doesn't post pictures of herself. Such a brave one 🤣🤣🤣🤣

12w   Like   Share                                    👍

**Brandon Berberet**
**Jeff Russolino Jr.** lucky for us!!! 🤭

12w   Like   Share                                    😆

**James Trager**
**Buffie Chanl** I get your point.

Honest question. If a student posted "blow *those* places up," the cops would be 100% involved. Would you agree?

Jeff Morrell turned off commenting for this post.

Privacy · Consumer Health
Privacy · Terms · Advertising · Ad
Choices ▷ · Cookies · More · Meta
© 2025

Ex. 25, Pg. 230

Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT



Jeff Morrell's Post

**Brandon Berberet**
**Jeff Russolino Jr.** lucky for us!!! 😎
12w Like Share

**James Trager**
**Buffie Chanl** I get your point.
Honest question. If a student posted "blow *those* places up," the cops would be 100% involved. Would you agree?
12w Like Share 12 😆😆

**Buffie Chanl**
**James Trager** Everyone knows the term "review bomb".
12w Like Share 6 👍

**Buffie Chanl**
**James Trager** There are online terms and slang often containing the word bomb.
Do you honestly - in your heart - believe he meant people should go to their places of work and bomb them?
12w Like Share 9 😆😆

**James Trager**
**Buffie Chanl** But you didn't answer my question.
I'm actually the guy that said in another post that the statement alone, is not a crime. And still not a crime.
But I'll ask you again, if a student posted "blow *those* places up," do you think the cops should be involved?
12w Like Share 8 😆😆

**James Trager**
**Buffie Chanl** No, I don't think he meant that. Now can you answer my question?
12w Like Share 2 😆😆

**Buffie Chanl**
**James Trager** I think cops would look at context before jumping to "it's a bomb threat".
12w Like Share 3 👍

**Buffie Chanl**
**James Trager** I answered you.
12w Like Share 👍

**James Trager**
**Buffie Chanl** But you still did not answer my question (for a 3rd time).
I'm the guy that can look at the law free of politics and emotion.
I'll ask again. It's a yes or no question. If a student posted the same thing, do you think the cops should be involved & contact that student?
12w Like Share 3 👍

**James Trager**
**Buffie Chanl** So you're saying yes?
12w Like Share

**Daniel Kokosenski**
**James Trager** or what if he had a MAGA hat on?
12w Like Share 👍

**James Trager**
**Daniel Kokosenski** Um, huh?

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Ex. 25, Pg. 231

**Jeff Morrell's Post**

**Buffie Chanl** So you're saying yes?

12w    Like    Share

**Daniel Kokosenski**
**James Trager** or what if he had a MAGA hat on?

12w    Like    Share

**James Trager**
**Daniel Kokosenski** Um, huh?

12w    Like    Share

**Buffie Chanl**
**James Trager**
I'm saying the cops will decide given many aspects of an online post. I'm not a cop so I'm not going to declare what they would or would not do. Before they jump to - this kid is making a bomb threat - they probably have specific criteria including understanding online slang and the context of the thread.

12w    Like    Share    Edited

**James Trager**
**Buffie Chanl** Got it. Still no "yes" or "no" answer to a yes or no question.

With any "bomb" statement from a student or someone in a political post, the cops are required to follow up. They would be a failure if they didn't. That's the world we live in. That comes directly from the police department.

I said the post is not a crime, free from politics and emotion.

Having said that, Kluwe was an Edison coach, mentor to children and unfortunately for him, an at-will employee.

Again, free of politics and emotion, he should have known better to post "bomb" without specific context. If he didn't know that, that is understandably concerning to parents.

12w    Like    Share    3

**Chris Camden**
**Buffie Chanl** first time I've ever heard that phrase

12w    Like    Share    3

**Chris Camden**
**Buffie Chanl** that's what i got out of it when I just seen that post

12w    Like    Share

**Buffie Chanl**
**James Trager**
Yet this was not the reason the school gave him for being fired.

12w    Like    Share

**Anew Katsuyoshi**
**Buffie Chanl** lol literally never heard of "review bomb" before just now.

12w    Like    Share    3

**James Trager**
**Buffie Chanl** Actually it was and I heard that from Edison directly. What reason do you believe?

12w    Like    Share

**Buffie Chanl**
**Anew Katsuyoshi**
Ever heard of Yelp?

12w    Like    Share

**Buffie Chanl**
**James Trager**

Jeff Morrell turned off commenting for this post.

Ex. 25, Pg. 232

## Jeff Morrell's Post



12w    Like    Share

**Buffie Chanl**
**Anew Katsuyoshi**
Ever heard of Yelp?

12w    Like    Share

**Buffie Chanl**
**James Trager**
He's given many interviews stating what they told him.

12w    Like    Share

**Anew Katsuyoshi**
**Buffie Chanl** I'm sure you've heard of pornhub, have you heard of plastt? how about scat? Ill give you a hint it has nothing to do with jqzzYou've heard of a NICU right? Have you heard of the infantorium? Egyptian mythology - shezmu? Superman how about mxysptlk? The xmen? How about forgetmenot? I can keep going with stupid little things that come from very popular things that you probably don't know. Let me know when you start to see your disconnect in logic.

That echo chamber you're in must have great acoustics

12w    Like    Share

**James Trager**
**Buffie Chanl** Don't know what he said, but I know what he was told. And they have it documented.

12w    Like    Share

**James Trager**
**Buffie Chanl** Being "honest" again. And a 3rd or 4th time, my thoughts are free of politics & emotion.

If you don't think this coach and mentor to children should not have known better to post "blow *those* places up," thinking that not one person would find it concerning, you are truly too influenced by your political views.

If a student was pissed off about something and asked Kluwe if he or she should post the same words, I'd hope all teachers, coaches, mentors & Kluwe would say that's a bad idea.

I don't care if you're far left or far right, you can't say anything like that. Either he's that clueless or wanted that much attention. Or both.

12w    Like    Share

**Jeff Morrell**
**James Trager** bingo

12w    Like    Share

**Bill Larkin**
**Buffie Chanl** : And everyone knows what happens when comments like that are brushed off, only to see people launch lawsuits when those comments are a precursor to an horrific event.

Keep in mind, this post was made 'AFTER' this guy just rushed the council at the Dias and taken down by the police.

Sorry, it was a stupid statement and no HE department or agency responsible for the safety of others is going to brush a post like that off.

Maybe he meant something else, maybe not, but it clear with the judgement and actions taken so far, he doesn't belong in a role of mentoring other kids.

12w    Like    Share

**William Breaux**
**James Trager** accept y'all are leaving out the context where it's clear he's talking about review bombing.

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Ex. 25, Pg. 233



Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT

Ex. 25, Pg. 234

**Jeff Morrell's Post**



Chris Camden
**Buffie Chanl** so calling for peace is a puppet of putin lol Ukraine wants American troops in Ukraine are you ok with that

12w   Like   Share            3 😂

**Chris Camden**
Lol. Trump is blackmailing a man trying to save his country from a violent dictator by requiring them to contribute 50 percent of all revenues earned from the future monetization of all Ukrainian government-owned natural resource assets. This includes minerals deposits, oil, natural gas, and other relevant infrastructure. Blackmailing a Democratic ally country being invaded by Putin. We just flipped and are now siding with a violent killer - an enemy of our country.

Ukraine is not asking for troops. Please cite your source.

12w   Like   Share            5 👍😂

Jeff Morrell
**Buffie Chanl** fixed for you

I support

War

12w   Like   Share            4 👍😂

**Buffie Chanl**
**Jeff Morrell**
So you're against Putin's invasion and you think we should help Ukraine win and protect our European allies? Me too!

12w   Like   Share            👍

Jeff Morrell
**Buffie Chanl** missed again. No wonder you think the dumb punter didn't deserve it.

12w   Like   Share            😂

Jeff Morrell
**Buffie Chanl** You go there first. Those with something or someone to lose won't support endless worthless conflicts.

12w   Like   Share            😂

**Buffie Chanl**
**Jeff Morrell**
It's interesting you think protecting a sovereign nation from being invaded and protecting Europe is worthless. I do not.

12w   Like   Share            2 👍

Jeff Morrell
**Buffie Chanl** I'll book you a flight. Back your words up. Nobody will prevent you from joining the fight.

12w   Like   Share   Edited

Anew Katsuyoshi
**Buffie Chanl** there's quite a big difference between kissing the

**Jeff Morrell turned off commenting for this post.**

Ex. 25, Pg. 235

**Jeff Morrell's Post**



12w   Like   Share                                                    2 👍

**Jeff Morrell**
**Buffie Chanl** I'll book you a flight. Back your words up. Nobody will prevent you from joining the fight.

12w   Like   Share   Edited

**Anew Katsuyoshi**
**Buffie Chanl** there's quite a big difference between kissing the ring and bending the knee vs just not talking shit to people so that you can get them talking diplomatically. If you want to sit and talk shit about people like Kim John Un and Putin, who are both obviously dangerous political leaders, you need to have good faith with them. You can't expect them to negotiate in good faith when you're quoted saying horrible things about them constantly in the media. It's kind of common sense if you think about it.

12w   Like   Share                                                    😆

**Buffie Chanl**
**Jeff Morrell**
I see you post this often all over different posts. I never thought I'd see Republicans kissing Putin's ring and sacrificing our global allies of 80 years. What is wrong with you!?

12w   Like   Share                                                    👍

**Buffie Chanl**
**Anew Katsuyoshi**
Uhhh ok dude. Who did we vote with here?

12w   Like   Share                                                    🔵

**Chris Camden**
**Buffie Chanl** actually he's trying to help both countries if American companies are mining in Ukraine Russia wouldn't dare invade Ukraine because it would threaten war with the US if one American was harmed. We recover some of our money back Z wants US troops fighting the war but CNN doesn't explain that you so are you ok with American troops fighting Russia troops?

12w   Like   Share                                                    2 😆

**Buffie Chanl**
**Chris Camden**
Post your proof Zelenskyy wants US Troops in Ukraine and I don't watch CNN.

12w   Like   Share   Edited                                          🔵

**Chris Camden**
**Buffie Chanl** Z said it many times even yesterday he said the war will come to our coast if we dont stop Putin. He admitted he cant stop Putin army

12w   Like   Share

**Buffie Chanl**
**Chris Camden**
Uhhh post it. Post your source.

12w   Like   Share

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Privacy · Consumer Health
Privacy · Terms · Advertising · Ad
Choices ▷ · Cookies · More · Meta
© 2025

Jeff Morrell's Post

**Buffie Chanl** Z said it many times even yesterday he said the war will come to our coast if we dont stop Putin. He admitted he cant stop Putin army

12w    Like    Share

**Buffie Chanl**
**Chris Camden** Uhhh post it. Post your source.

12w    Like    Share

**Jeff Morrell**
**Chris Camden** you could say "the sky is blue" and you get the same "post your source" BS.

12w    Like    Share

**Chris Camden**
**Buffie Chanl** we will never agree I want the war to stop you and Z both want it to continue he was just a lunch away from he's protecting he want , but his disrespect to our country anybody comes into my house, and asking for helps but argues with me then talks over me I'll toss on the street. The only way I'll support Ukraine is Z resigns immediately if not idc what happens

12w    Like    Share

**Anew Katsuyoshi**
**Buffie Chanl** Trump was the only one talking about peace in that press conference. He wanted to get everyone at the table to talk and end the conflict by first establishing a new ceasefire. Zelensky sounded like he's done talking and would rather gear up for a much harder fight. So judging by Zelensky's statements in that conference, that vote is an obvious lie. He may say he wants a peaceful resolution, but he won't negotiate in good faith. How exactly do you solve things peacefully without negotiating in good faith? Please explain.

12w    Like    Share                                          2 😂

**Brandon Berberet**
**Jeff Morrell** Buffie is a nut. You'll never get anywhere with a looney!

12w    Like    Share                                          😂

**Jeff Morrell**
**Brandon Berberet** I can imagine what she looks like Likely fits the crazy lib profile.

12w    Like    Share                                          👍

**Kandie Johnson-Barriga**
**Buffie Chanl** you are so uninformed that it boggles my mind.

12w    Like    Share                                          😂

**Anew Katsuyoshi**
**Buffie Chanl** I've reconsidered who's side were on, and clearly were on the side of the people who's enemies gave blankets to destroy our friends tanks.... oh wait that was Obama, what did Trump give Ukraine? Javelin missiles? You should look them up, they aren't cheap and they are definitely fucking up our new overlords war machines.

12w    Like    Share

**Buffie Chanl**
**Kandie Johnson-Barriga** Enlighten me.

12w    Like    Share

**Kandie Johnson-Barriga**
**Buffie Chanl** sorry, you are not worth my time.

12w    Like    Share                                          2 👍😂

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Privacy · Consumer Health
Privacy · Terms · Advertising · Ad
Choices ▷ · Cookies · More · Meta
© 2025

Ex. 25, Pg. 237

Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT



**Jeff Morrell's Post**

**Buffie Chanl**
**Kandie Johnson-Barriga**
Enlighten me.

12w   Like   Share

**Kandie Johnson-Barriga**
**Buffie Chanl** sorry, you are not worth my time.

12w   Like   Share

**Jeff Morrell**
**Kandie Johnson-Barriga** she's not, unless you're bored, then she's hilarious, but unintentionally so.

12w   Like   Share

**Jamie Pavlat**
**Jeff Morrell** Buffie represents me. I agree with her views.

12w   Like   Share

**Buffie Chanl**
**Kandie Johnson-Barriga**
I hope you really start paying attention. Trump and Musk are systematically dismantling the country and enriching themselves, firing Americans including Veterans, scientists, disabled people, Park Rangers. and decimating oversight and consumer protections, the FAA and the NOAA. They are seizing power and ignoring all the checks and balances and shredding the Constitution. So I'm not sure I'm the one who is misinformed.

2400 people have been fired at the VA. Is that making us great?

12w   Like   Share

View more replies

**Anew Katsuyoshi**
**Buffie Chanl** they do occasionally blow up though... with explosive results.

12w   Like   Share   Edited

**Mark Rosenberg**
Isn't this precisely what Gracey has been doing? Going into schools, into the library, etc? Funny how the rules only apply to your opposition

12w   Like   Share   33

**William Breaux**
But Trump telling people to assault protesters at his rallies or his followers chanting to hanging Pence is okay?

12w   Like   Share   40

**Chris Young**
**William Breaux** we are not talking about Trump

12w   Like   Share   8

**Jeff Morrell**
**Chris Young** pls excuse his TDS. It's been professionally diagnosed.

12w   Like   Share   5

**Chris Young**
**Jeff Morrell** yeah I know... He posts it on almost all posts

12w   Like   Share   2

**William Breaux**
**Chris Young** I'm just pointing out double standards.

12w   Like   Share   8

**Chris Young**
**William Breaux** it has nothing to with this post... Nothing

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Ex. 25, Pg. 238



Jeff Morrell's Post

Jeff Morrell yeah I know... He posts it on almost all posts

12w · Like · Share                                                                  2

William Breaux
Chris Young I'm just pointing out double standards.

12w · Like · Share                                                                  8

Chris Young
William Breaux it has nothing to with this post... Nothing

12w · Like · Share                                                                  3

William Breaux
Chris Young I'll concede to that, but I've seen people complain about Trump on here and then someone is "what about Biden?"

12w · Like · Share                                                                  7

Chris Young
William Breaux let it go.... It doesn't have to be posted on EVERY post.... Grow up 🙄

12w · Like · Share                                                                  5

Ashley Jersey Barton
Chris Young that's FUCKING HILARIOUS coming from you

12w · Like · Share

Tania Soldano Heinle
William Breaux well that's a big fat lie, and you know it. Show me a video? You can't because there's no video showing he said that! But I can show you videos of the left inciting violence! Smh

12w · Like · Share                                                                  7

William Breaux
Tania Soldano Heinle https://youtu.be/Ndpe09emTSA?si=hgiPFACbRd_fPtzF

YOUTUBE.COM
Trump Asks fans to Knock The Crap Out of Any Protesters With Tomatoes | Mango News

12w · Like · Share                                                                  8

William Breaux
Tania Soldano Heinle you were saying? Apparently throwing tomatoes warrants knocking people unconscious.

12w · Like · Share                                                                  5

Anew Katsuyoshi
William Breaux if you see someone about to commit assault and battery, you have the right to defend yourself and others from that attack. Shocking right?

12w · Like · Share                                                                  2

Tania Soldano Heinle
William Breaux you come with tomatoes to attack him or his supporters, I totally agree.

12w · Like · Share                                                                  2

William Breaux
Tania Soldano Heinle lol are MAGA nut really that weak to be afraid of tomatoes?

12w · Like · Share                                                                  2

William Breaux
Anew Katsuyoshi assault? Wow y'all are weak.

12w · Like · Share                                                                  2

Anew Katsuyoshi

Jeff Morrell turned off commenting for this post.



## Jeff Morrell's Post

**Tania Soldano Heinle** lol are MAGA nut really that weak to be afraid of tomatoes?

12w · Like · Share                                                                2

**William Breaux**
**Anew Katsuyoshi** assault? Wow y'all are weak.

12w · Like · Share                                                                2

**Anew Katsuyoshi**
**William Breaux** I get it, you wanna be able to assault people and not be held accountable for your actions. But it is absolutely assault and, if it hits, battery. I know definitions can hurt sometimes when you realize you're wrong.

12w · Like · Share

**William Breaux**
**Anew Katsuyoshi** are pillow fights assault, or snowballs?

12w · Like · Share

**Anew Katsuyoshi**
**William Breaux** it is shocking that you don't understand the difference between consenting parties that would engage in combat like boxers or mma fighters vs someone attacking another unprovoked. But yes, you can absolutely hurt someone if hit them hard enough especially if they dont see it coming. If they're not consenting to you hitting them, don't be surprised if they decide to hit you back. This isn't rocket science. As stupid or weak as your attack may be, it's an attack. And it can be met with immediate opposition that is considered self defense.

12w · Like · Share

**Tania Soldano Heinle**
**William Breaux** have you ever had a tomato thrown at you?

12w · Like · Share

**Tania Soldano Heinle**
**William Breaux** you're all talk

12w · Like · Share

**Jeff Morrell**
**Tania Soldano Heinle** mostly all giggles. Haha

12w · Like · Share

**William Breaux**
**Tania Soldano Heinle** no but I know tomatoes used in those situations are generally ripe and squishy. I've had other things thrown at me, but I've only retaliated if I actually feel in danger. Why give a reaction to people intentionally trying to set you off? That's what they want. Why risk getting in legal trouble?

12w · Like · Share

**Becky Chapman**
**Tania Soldano Heinle** In a 70-minute address, Mr Trump exhorted them to march on Congress where politicians had met to certify Democrat Joe Biden's win. The attack began moments after he took the applause.

12w · Like · Share                                                              3

**Chris Young**
**Becky Chapman** if so why hasn't he ever been charged... Huh huh 🤔

12w · Like · Share

**Tania Soldano Heinle**
**Anew Katsuyoshi** that's the way liberal loons think, we know it's not normal behavior, but they just have a different mindset. It's

**Jeff Morrell turned off commenting for this post.**

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Ex. 25, Pg. 240

### Jeff Morrell's Post



**Chris Young**
**Becky Chapman** if so why hasn't he ever been charged... Huh huh 😕

12w · Like · Share · 3 😂😠

**Tania Soldano Heinle**
**Anew Katsuyoshi** that's the way liberal loons think, we know it's not normal behavior, but they just have a different mindset. It's weird

12w · Like · Share · 2 😂

**William Breaux**
**Chris Young** he was. But he became president before justice could be done

12w · Like · Share

**Paola Zoccano**
I agree that the CK f bombs are not hero worthy. Why did you have to label him as a "left wing zealot"? Why not just say he crossed the line.

12w · Like · Share · 7 😂😠

**William Breaux**
**Paola Zoccano** because if they humanize the opposition they'd actually have to think using empathy.

12w · Like · Share · 27 👍❤️

**David Sumich**
**William Breaux** so spot on.

12w · Like · Share · 5 👍

**Jeff Morrell**
**William Breaux** no. He's human. He just appears to be a dangerous human. My emotions don't overrule my judgement here.

12w · Like · Share · 4 😂😠

**William Breaux**
**Jeff Morrell** lol all you've been on this post is emotions.

12w · Like · Share

**Jeff Morrell**
**Paola Zoccano** If you post somewhere that you'd like to blow up a certain place of business over a political point, and you've already been arrested for a similar issue, do you think you'd be labeled a zealot? ZEALOT- an uncompromising pursuit of political or religious ideals. See? Facts not feelings.

12w · Like · Share · 8 👍😠

**William Breaux**
**Jeff Morrell** because people posted out of context without posting the whole thread.

12w · Like · Share

**Jeff Morrell**
**William Breaux** dope. His words are in black and white forever.

Chris Kluwe @chriswarcraft.bsky.... · 2d
Also, PSA, and I can't believe I have to say this:

Stop fucking with the library. That's what the city council is doing. The library is great, as are the people who work there.

Go fuck with the city council. Find where they work, and blow *those* places up.

12w · Like · Share · 😂

Jeff Morrell turned off commenting for this post.

Ex. 25, Pg. 241

Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT



### Jeff Morrell's Post

Also, PSA, and I can't believe I have to say this:

Stop fucking with the library. That's what the city council is doing. The library is great, as are the people who work there.

Go fuck with the city council. Find where they work, and blow *those* places up.

12w · Like · Share · 😆

**William Breaux**
**Jeff Morrell** what did he post before that? Why do you refuse to post it in context. You don't start something with also unless something came before it. So post what came before it.

12w · Like · Share · 3 💬😆💙

**Jeff Morrell**
**William Breaux** nah. We're all stocked up on crazy here. Seek you crap elsewhere

12w · Like · Share · 2 💬😆

**William Breaux**
**Jeff Morrell** are you just afraid it won't fit your narrative if you don't post the context?

12w · Like · Share

**Chris Young**
**William Breaux** quit while you still have some dignity

12w · Like · Share · 😂

**William Breaux**
**Chris Young** lol what dignity do you have? Y'all refuse to post the whole thread. You think it's a good idea to take things out of context?

12w · Like · Share

**Kandie Johnson-Barriga**
**Paola Zoccano** because his untrue statements at the CC meeting was just that...left wing lies.

12w · Like · Share · 3 💬😆

**Kelly Chapman-Pavlik**
Way to take the quote out of context😊
You need to go find another "villain" and take that right wing, white supremacist, shit show city council with you!!

12w · Like · Share · 45 👍💙😆

**Brandon Berberet**
**Kelly Chapman-Pavlik**

Derp checked

GIF

Tenor

12w · Like · Share · 3 💬😆💙

**Daniel Kokosenski**
**Kelly Chapman-Pavlik** pathetic.

12w · Like · Share · 2 💙😆

**Jeff Morrell**
**Kelly Chapman-Pavlik** if someone says they want to kill you, you take

*Jeff Morrell turned off commenting for this post.*

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

2X the Impact
Double Your Impact
give-sc.salvationarmy.org



### Jeff Morrell's Post

12w · Like · Share · 3 😂👍

**Daniel Kokosenski**
**Kelly Chapman-Pavlik** pathetic.

12w · Like · Share · 2 👍😆

**Jeff Morrell**
**Kelly Chapman-Pavlik** if someone says they want to kill you, you take them at their word. Bombs will kill everyone even lefties hiding in their safe spaces.
CC can stay, based on the majority of HB Voters.

12w · Like · Share · 7 😂👍

**Buffie Chanl**
**Jeff Morrell**
How many votes did Chad get?
How many voters are registered in this city?

12w · Like · Share · 👍

**Jeff Morrell**
**Buffie Chanl** aww. Still upset that you don't fit in?

12w · Like · Share · 4 👍😆

**Buffie Chanl**
**Jeff Morrell**
Post the numbers.

12w · Like · Share · 2 👍

**Jeff Morrell**
**Buffie Chanl** bless your heart

12w · Like · Share · 👍

**Buffie Chanl**
**Jeff Morrell**
So.... You realize they did not get the votes of the majority of voters. #Math

12w · Like · Share · 2 👍

**Jeff Morrell**
**Buffie Chanl** pick up a rifle in Ukraine! Or do you just post empty words??

12w · Like · Share · 2 👍

**William Breaux**
**Jeff Morrell** how much is Russia paying you?

12w · Like · Share · 2 👍😆

**Brandon Berberet**
**William Breaux**

media1.tenor.co

12w · Like · Share · 👍

**Jeff Morrell**
**William Breaux** thats even dumb for you. Ugh

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Privacy · Consumer Health
Privacy · Terms · Advertising · Ad
Choices ▷ · Cookies · More · Meta
© 2025

Ex. 25, Pg. 243

## Jeff Morrell's Post



media1.tenor.co

12w   Like   Share

**Jeff Morrell**
William Breaux thats even dumb for you. Ugh

12w   Like   Share                              3

**William Breaux**
Jeff Morrell so you're just deluded and misinformed. Are you angry about all the aide we sent to Israel and other countries or just Ukraine?

12w   Like   Share                              2

**Jeff Morrell**
William Breaux if I'm deluded and misinformed, why does my answer matter?

Go make some real friends, like really, go outside.

Tell me what else you are an expert in, so I know who to call when the next big news hits.

12w   Like   Share                              2

**William Breaux**
Jeff Morrell I'm not the one simping for Russia.

12w   Like   Share                              2

**Jeff Morrell**
William Breaux the most emotionally unstable dude I've ever met laughs uncontrollably when nervous or challenged on anything. You've reminded of that kook.

12w   Like   Share                              3

**Jeff Morrell**
William Breaux you are just a simp

12w   Like   Share                              2

**William Breaux**
Jeff Morrell I've challenged you multiple times but you just deflect with BS. Haven't answered any of my questions.

12w   Like   Share

**Jeff Morrell**
William Breaux you have an overinflated view of your own importance.

12w   Like   Share                              2

**William Breaux**
Jeff Morrell see just more deflection instead of addressing anything I've said.

12w   Like   Share

**Jeff Morrell**
William Breaux "giggles McGee" strikes again.

12w   Like   Share

**Jeff Morrell**
William Breaux I don't even read most of what you comment. You lost credibility days ago. Now you just giggle at things like a little girl

12w   Like   Share                              2

**William Breaux**

Jeff Morrell turned off commenting for this post.

Ex. 25, Pg. 244



**Jeff Morrell's Post**

Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT



## Jeff Morrell's Post

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

happens.

**William Breaux**
Also honestly I can barely remember what we were arguing about in the first place.

**Chris Young**
**William Breaux** you dont post anything worth to question........you are youre biggest and only fan
12w   Like   Share

**William Breaux**
**Chris Young** lol says the guy that comments without really having anything to add
12w   Like   Share

**Susan Remington**
Unhinged! Toxic 🫠
12w   Like   Share   7

**Ashley Marie Brown**
I love this man
12w   Like   Share   17

**Jeff Morrell**
**Ashley Marie Brown** he prob loves you too.
12w   Like   Share

**Ashley Marie Brown**
**Jeff Morrell** one can only hope
12w   Like   Share   4

**Jeff Morrell**
**Ashley Marie Brown** show him the pink hair. It'll get him.
12w   Like   Share

**Ashley Marie Brown**
**Jeff Morrell** oh no you're threatened by my pink hair, what a tough man you are
12w   Like   Share   3

**Jeff Morrell**
**Ashley Marie Brown** THATS what you took away from this exchange.
Bless your heart, honey.
12w   Like   Share   3

**Amanda Why**
**Ashley Marie Brown** I don't know why they always have to go after the hair. 🫤
12w   Like   Share

**Ashley Marie Brown**
**Amanda Why** looks like the men in his family don't have much. He's probably jealous
12w   Like   Share   2

**Kenzie Richele**
Y'all take everything out of context to make it fit your own little narrative. He obviously doesn't mean literally blowing places up... with actual explosives. Let's be smart 🤦‍♀️
12w   Like   Share   38

**Rina Jacobson**
**Kenzie Richele** you're asking a lot from most of this crowd, sadly

Jeff Morrell turned off commenting for this post.

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025

Ex. 25, Pg. 246



### Jeff Morrell's Post

12w · Like · Share · 2 😂

**Kenzie Richele**
Y'all take everything out of context to make it fit your own little narrative. He obviously doesn't mean literally blowing places up... with actual explosives. Let's be smart 🤦

12w · Like · Share · 38 😆😂

**Rina Jacobson**
Kenzie Richele you're asking a lot from most of this crowd, sadly.
12w · Like · Share · Edited · 15 👍😂😡

**Nikki Atkinson Mahar**
Rina Jacobson true true
12w · Like · Share

**Chris Young**
Kenzie Richele that why it was forwarded to PD to let them determine the actually meaning
12w · Like · Share · 2 👍

**Rina Jacobson**
Chris Young and yet, they didn't arrest him as a threat but Edison fired him. Yeah, that's fair. 🤷
12w · Like · Share · 👍

**Chris Young**
Rina Jacobson again he's an AT WILL employee.... That is the chance he takes.... And how do you know it's not being added to the DA's case currently under review?
12w · Like · Share · Edited

**Jeff Morrell**
Kenzie Richele IF he didn't mean it literally, then he's too dumb to step on a HS campus to lead young men.
12w · Like · Share · 5 👍😂

**Tania Soldano Heinle**
Kenzie Richele then what does he mean?
12w · Like · Share · 👍

**Beck Guthrie**
Kenzie Richele you have to have an actual IQ and many here don't. 🤐
12w · Like · Share · ❤️

**Pauline Newquist**
Kenzie RicheleYour sure about that? If not him then a deranged person might.
12w · Like · Share

**Linda Bennett**
Kenzie Richele "Y'all take everything out of context to make it fit your own little narrative"...that is literally what the left does EVERY SINGLE DAY!! 😊😊
12w · Like · Share · 👍

**Jeff Morrell**
Linda Bennett just like that BS about Elon and his kid.
12w · Like · Share · 👍

**Linda Bennett**
Jeff Morrell Exactly!
12w · Like · Share

**Jeff Morrell**
Linda Bennett I used to want to argue politics online with these lunatics. Now I just go online to make them mad. 😂

Jeff Morrell turned off commenting for this post.

Ex. 25, Pg. 247

**Jeff Morrell's Post**



**Sponsored**

Be Ready To Walk
Down The Aisle
auvere.com

Double Your
Impact
give-
sc.salvationarmy.org

12w    Like    Share

**Linda Bennett** **Jeff Morrell** Exactly!

12w    Like    Share

**Jeff Morrell** **Linda Bennett** I used to want to argue politics online with these lunatics. Now I just go online to make them mad. 😂

12w    Like    Share

**Linda Bennett** **Jeff Morrell** It's so easy to do... 😬

12w    Like    Share

**Tim Weber** **Kenzie Richele** how do you know his mindset? You don't. That's the liberal way. Tell everybody what you think is right, wrong, etc. worry about your own woke life

12w    Like    Share

**Kenzie Richele** **Tim Weber** No THAT'S the "liberal way". You've got it completely backwards. We don't try and control how other people live. So I will in fact worry about my own, woke life.

12w    Like    Share

**Nancy Buchoz**
You cannot say bomb in an airport. Even if the tacos you just ate were BOMB..
You cannot assume people will know you mean anything other than the literal meaning of you say go " blow them up".
Any adult in 2025 in charge of students , in any way MUST understand that they will create a huge storm of excitement saying and posting what he posted.
Gives the kids the wrong illusion that as adults we make threatening multi faceted attacks on social media when we are exercising our " free speech".
Say bomb in an airport and watch what happens.
Say blow em up on social media and get fired.
Not hard to understand. .

12w    Like    Share                                                    22 👍

**Chris Young** **Nancy Buchoz** and especially after what he did at the CC meeting a few days prior 😉

12w    Like    Share                                                    4 👍

**Anew Katsuyoshi** **Chris Young** but this is how he's building up empathy to get his job back... lmao

12w    Like    Share

**Nancy Beacham Duremdes** **Nancy Buchoz** I get it. Its like saying Hi "Jack" to a person and someine misunderstood. Still I liked what he said to the u bullies on the Dias

12w    Like    Share

**Jon Mankovecky**

Jeff Morrell turned off commenting for this post.



**Jeff Morrell's Post**

NEWS

12w    Like    Share    3 👍😆

Debra Stevens
15 minutes of fame.

12w    Like    Share    Edited    2 👍

Nancy Beacham Duremdes
**Debra Stevens** I think thats MAGAs deal.

12w    Like    Share    3 👍😆

Debra Stevens
**Nancy Beacham Duremdes** Think all you want.

12w    Like    Share

Jeff Morrell
**Nancy Beacham Duremdes** 12 more years is hardly 15 minutes

12w    Like    Share                                    😆

Nancy Beacham Duremdes
**Debra Stevens** More than I can say about some on the dias

12w    Like    Share

William Breaux
**Debra Stevens** he was in the NFL. Think if he still wanted to be famous he wouldn't have become a coach for high school football.

12w    Like    Share    2 👍😍

Debra Stevens
**William Breaux**
Some people have noted that the Vikings let him go, too.
I think someone even posted a link. I'm not 100%, and I really don't care.
My point is, if that is true, it would cancel out your thoughts. 👍

12w    Like    Share

Debra Stevens
**William Breaux**

12w    Like    Share

William Breaux
**Debra Stevens** what are you trying to say?

12w    Like    Share

Debra Stevens
**William Breaux**
I was right about what I thought I heard. I even googled it and
posted it for you. This coach was let go and became a writer.

**Jeff Morrell turned off commenting for this post.**

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Ex. 25, Pg. 249

## Jeff Morrell's Post



12w     Like     Share

**William Breaux**
**Debra Stevens** what are you trying to say?

12w     Like     Share

**Debra Stevens**
**William Breaux**
I was right about what I thought I heard. I even googled it and posted it for you. This punter was let go and became a writer. Research it yourself.
Bottom line is.... You are wrong!

12w     Like     Share

**William Breaux**
**Debra Stevens** he can still make a lot as a writer. He doesn't need to coach high school football. That's my point.

12w     Like     Share     2

**Nancy Beacham Duremdes**
**Debra Stevens** If you dont care, why are you commenting?

12w     Like     Share

**Nancy Beacham Duremdes**
**Debra Stevens** Glad he stepped up for his beliefs and not follwed the tRump sheep

12w     Like     Share     Edited     2

**Debra Stevens**
**William Breaux**
So what!!
What's he crying about then by making this boo-hoo video about his boo-hoo job?

12w     Like     Share

**Paula Jean**
**Debra Stevens** and here you are!

12w     Like     Share

**Debra Stevens**
**Paula Jean**
Sorry, I watched it on TV! 🏆

12w     Like     Share

**Jeff Morrell**
**Debra Stevens** the lefts hero's remind me of the barroom scene in Star Wars

12w     Like     Share

**Debra Stevens**
**Jeff Morrell**
Right ✅

12w     Like     Share

**Nancy Beacham Duremdes**
**Jeff Morrell** So dumb

12w     Like     Share

**Beck Guthrie**
You guys twisting his words really says more about you than him 🧏‍♀️🧏‍♀️

12w     Like     Share     24

**Jeff Morrell**
**Beck Guthrie** that's funny. The LITERAL meaning of his post got him fired.
All his ideologues here are twisting his words to mean something more slang.
Geez lady. Do better.

**Jeff Morrell turned off commenting for this post.**

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-
sc.salvationarmy.org

Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT



## Jeff Morrell's Post

**Beck Guthrie**
You guys twisting his words really says more about you than him 🤦‍♀️🤦‍♀️

12w · Like · Share · 24

**Jeff Morrell**
Beck Guthrie that's funny. The LITERAL meaning of his post got him fired.
All his ideologues here are twisting his words to mean something more slang.
Geez lady. Do better.

12w · Like · Share · 6

**Anew Katsuyoshi**
Beck Guthrie choose your words wisely and people can't twist them. Problem solved.

12w · Like · Share · 7

**Brandon Berberet**
Needs a 5150! Sick F!

12w · Like · Share · 9

**Nancy Beacham Duremdes**
Brandon Berberet You must love bullies

12w · Like · Share · 3

**Brandon Berberet**
Nancy Beacham Duremdes

Tenor

GIF

12w · Like · Share

**Nancy Beacham Duremdes**
Brandon Berberet 7 on the Dias are just that

12w · Like · Share · 2

**William Breaux**
Brandon Berberet that's not how that works.

12w · Like · Share · 3

**Nancy Beacham Duremdes**
I loved what he said. He stood up to the bullies on the dias.

12w · Like · Share · Edited · 15

**Adina Smithdancer**
Sounds like a great guy 😂

12w · Like · Share · 2

**Eileen Katzaroff Harris**
Lack of common sense. Words matter.

12w · Like · Share · 3

**Taylor Bonish**
This is why he should have gotten a raise, not fired.

12w · Like · Share · 20

**Jeff Morrell**
Taylor Bonish big fan of the kid who shot trump too?
He was "trying to stop Hitler" as you people keep preaching.

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org



## Jeff Morrell's Post

12w   Like   Share     3

**Taylor Bonish**
This is why he should have gotten a raise, not fired.

12w   Like   Share     20

**Jeff Morrell**
Taylor Bonish big fan of the kid who shot trump too?
He was "trying to stop Hitler" as you people keep preaching.

12w   Like   Share     2

**Kelly Chapman-Pavlik**
Jeff Morrell Jesus, Jeff, why such a dick?
Just spitballing' here, but I'd wager you got a life size poster of Kyle
Rittenhouse squeezed in between the 75 MAGA flags hanging in
your tough guy man cave, am I right?

12w   Like   Share     8

**Cass Brock**
Jeff Morrell That dude went Rittenhouse on Trump's fat ass but
didn't do it at close range. Sadly, that kid is a fucking hero.

12w   Like   Share

**Kenzie Richele**
Jeff Morrell If you don't see similarities between dictator wannabe
and Hitler than that's a you problem. I advise you to pick up a book
and read. Promotes a hateful rhetoric... violent followers...
continuous attempts to overthrow country's democratic
institutions. Those are all thinks Hitler did before killing millions of
people. You keep spewing so many words on everyone's posts, yet
none of them are of any substance. No thinking, no facts, just
opinions and name calling.

12w   Like   Share     2

**Jeff Morrell**
Kelly Chapman-Pavlik THIS is why. Y'all align with this dangerous
rhetoric spewing vermin with no concern over deadly
consequences. That's why!

12w   Like   Share

**Sharon Zwaagstra**
Taylor Bonish needs to be civil if he wants to work with children. This
is not role model behavior.

12w   Like   Share

**Joe Haakenson**
7-0. Sounds like his team had to punt a lot.

12w   Like   Share     4

**Chris Coulson Matson**
Wow, a little unhinged.

12w   Like   Share     4

**Pat Jessen Slusser**
Why do you folks on the right always "name call". You sound like a 2nd
grader. Oh I forgot that's what the king does. Chris has guts you don't.

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk
Down The Aisle
auvere.com

Double Your
Impact
give-
sc.salvationarmy.org

Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT



**Jeff Morrell's Post**

Chris Coulson Matson
Wow, a little unhinged.

12w   Like   Share   4

Pat Jessen Slusser
Why do you folks on the right always "name call". You sound like a 2nd grader. Oh I forgot that's what the king does. Chris has guts you don't.

12w   Like   Share   8

**Jeff Morrell**
**Pat Jessen Slusser** you know what Chris doesn't have? His job at EHS. BTW- just because you don't like words, doesn't change their meaning.

ZEALOT- A person uncompromising in their pursuit of religious or political ideals.

Try again sweetie

12w   Like   Share   4

Paula Jean
Chris Kluwe is exactly what this town needed. Sure got Tony and disgracey to stop texting on their phones and listen.

12w   Like   Share   13

**Jeff Morrell**
**Paula Jean** wait until you see who replaces Tony. You'll cry for a month.

12w   Like   Share   2

Paula Jean
**Jeff Morrell** can't wait.

12w   Like   Share

**Jeff Morrell**
**Paula Jean** I believe she's staying put. Duh

12w   Like   Share   2

Cass Brock
**Paula Jean** Who's that dude?

12w   Like   Share   3

Paula Jean
**Cass Brock** scary, right?

12w   Like   Share   2

**Jeff Morrell**

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Ex. 25, Pg. 253

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2025

Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT

### Jeff Morrell's Post

**Cass Brock**
**Paula Jean** Who's that dude?
12w    Like    Share    3

**Paula Jean**
**Cass Brock** scary, right?
12w    Like    Share    2

**Jeff Morrell**
I don't know if the people making fun of a woman's looks, truly qualify to do so.
12w    Like    Share

**Cass Brock**
**Jeff Morrell** What woman? 🤣🤣🤣
12w    Like    Share

**Jake Epstein**
These comments are blowing up my phone right now... Get it?
12w    Like    Share    5

**Jeff Morrell**
**Jake Epstein** your punter doesn't.
12w    Like    Share

**Cass Brock**
Wait...I thought all your magats were big, bad and tough. Deep down, you're all frightened little bitches...so much so that you're terrified of a fucking punter. 🤣🤣🤣
12w    Like    Share    Edited    5

**Tami Beaardi**
I wouldn't call him a left wing zealot for defending the library against this right wing zealot council. Edison High School overreacted. You have your opinion, I have mine and Chris had his.....
12w    Like    Share    9

**John Williams**
Doxxing, what radicals do best. You people that think he is such a hero, do you want to be aligned with this guy? Support the library but this is not how it is done. Psychotic way of thinking.
12w    Like    Share    4

**Shelly Shelly**
You're embarrassing. It's his 1st ammendment right to speak. You're weird. Stop fucking with the library. Stop ficking with our city. I'm with Chris.
12w    Like    Share    Edited    7

**Brandon Berberet**
**Shelly Shelly** you support blowing up buildings too?

> **Chris Kluwe** @chriswarcraft.bsky.... · 2d
> Also, PSA, and I can't believe I have to say this:
>
> Stop fucking with the library. That's what the city council is doing. The library is great, as are the people who work there.
>
> Go fuck with the city council. Find where they work, and blow *those* places up.

12w    Like    Share

**Shelly Shelly**
**Brandon Berberet** please get over yourself. All the comments I've seen over the years on this forum, on PCH and in my everyday life make this emotionally charged single comment look tame. He's not charging the white house like many from this city did on January

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org



Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT

**Jeff Morrell's Post**

they work, and blow *those* places up.

12w    Like    Share    😆

**Shelly Shelly**
**Brandon Berberet** please get over yourself. All the comments I've seen over the years on this forum, on PCH and in my everyday life make this emotionally charged single comment look tame. He's not charging the white house like many from this city did on January 6th. He peacefully protested and everyone old ass boxers are in a pinch. Get over yourself.

12w    Like    Share    6 😆❤️

**Trustee Gina Clayton-Tarvin, Ocean View School District** ✓ · **Follow**
**Shelly Shelly** this is nothing more than partisan antics by the right wing. When I was threatened by alt right extremist Chuck Johnson, Mr. Berberet not only supported, but cheered it on. Read what he defended daily. They only want to call Kluwe's words threats while calling those made to me, nothing.

The suit names a March 6 meeting where Johnson
"threatened to deliver (Clayton-Tarvin's) head on
a stick.'" In social media posts Johnson shared
other sayings like "Crooked Gina – Be quiet so be
killed" and "tell gina Ive [sic] got a [expletive]
cluster bomb coming," the lawsuit further alleges.

The suit says another blog post was directed at
Clayton-Tarvin and "the entire Tarvin family" and
read: "Gotta sharpen up my axe. Lot of dead wood
to clear out."

12w    Like    Share · Edited    3 👍

**Jeff Morrell**
**Trustee Gina Clayton-Tarvin, Ocean View School District** here's another one who, in her own head, is so important she thinks people are out to get her. Get over yourself. Voters have.

12w    Like    Share    😆

**Shelly Shelly**
**Trustee Gina Clayton-Tarvin, Ocean View School District** respectfully i disagree. This one person has all you people in a frenzy when there are hundreds if not thousands of comments in threads ok this page that promote violence and disrespect. Boomers gotta go.

12w    Like    Share    👍

**Shelly Shelly**
**Jeff Morrell**



Tenor

12w    Like    Share    👍

**Jeff Morrell**
**Shelly Shelly** aww. Your feelers got hurt.

12w    Like    Share    😆

**John Williams**

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk
Down The Aisle
auvere.com

2X the Impact
Double Your
Impact
give-
sc.salvationarmy.org

**Jeff Morrell's Post**



**Jeff Morrell**
**Shelly Shelly** aww. Your feelers got hurt.

12w · Like · Share

**John Williams**
**Shelly Shelly** nobody attacked the WH. He isn't putting the word blow in quotations. Dude is nuts but seeing your avatar, we can see where you align. Do you know why we don't know other speakers from that night? Because they didn't go nuts after they spoke.

12w · Like · Share          2

**Trustee Gina Clayton-Tarvin, Ocean View School District** ✓ · Follow
**Jeff Morrell** it's quite irrelevant what you think. The law is the law in regards to "threats" of public officials. Kluwe did not make an actual threat. As a 4-time elected official who just prevailed again, in a landslide, I'd hardly say voters have forgotten. However, you're free to express yourself to me, and I will defend your right to free speech, see how that works? You're welcome.

12w · Like · Share · Edited

**Trustee Gina Clayton-Tarvin, Ocean View School District** ✓ · Follow
**Shelly Shelly** I think you misunderstand my comment, please go back and read it again. I agree with you and in fact, I'm assisting Mr. Kluwe in obtaining legal representation to respond to his unjust charge by the city of HB.

12w · Like · Share

**William Breaux**
**Jeff Morrell** do the CC think they are so important that Chris is out to get them?

12w · Like · Share

**William Breaux**
**Shelly Shelly** Jeff supports Russia, of course he hates free speech.

12w · Like · Share

**Sherrie Triplett**
He is some low life! Thinks he is cool, but Edison told him what's up... 😊

12w · Like · Share          6

**Christine Frangis Vitamante**
They love the press!!

12w · Like · Share

**Greg Stephens**
He crossed the line with his rant as a HS coach and mentor. Good by

12w · Like · Share          4

**Trustee Gina Clayton-Tarvin, Ocean View School District** ✓ · Follow
The comment, while not something I would say, is in fact free speech as it is metaphorical in nature.

That's exactly what HBPD told me when alt right stalker Chuck Johnson made threats to me repeatedly in-person at board meetings and online. HBPD refused to take action and in doing so, I had to get a civil restraining order. The court agreed with me and granted a TRO.

As elected officials, we are subjected to much more in the way of "threatening" speech whether we like it or not.

I fail to see how Kluwe's speech is a violent threat, but Johnson's were not.

**Jeff Morrell turned off commenting for this post.**

Ex. 25, Pg. 256



**Jeff Morrell's Post**

metaphorical in nature.

That's exactly what HBPD told me when alt right stalker Chuck Johnson made threats to me repeatedly in-person at board meetings and online. HBPD refused to take action and in doing so, I had to get a civil restraining order. The court agreed with me and granted a TRO.

As elected officials, we are subjected to much more in the way of "threatening" speech whether we like it or not.

I fail to see how Kluwe's speech is a violent threat, but Johnson's were not. (Read attached)

We can't have one set of rules for how to treat Republican officials and another for Democratic officials, but it seems like that's exactly what occurred at the City Council chamber when (former police officer) Mayor Pat Burns ordered the officers to arrest Kluwe.

Just recently, at an OVSD board meeting, they would not arrest a disturber of the school board meeting and instead required our board president to do a "citizen's arrest" claiming trespass by the offender.

But when Burns commanded, we saw an arrest and charge. This is why Mr. Kluwe will be able to lodge a major legal challenge with the city in an anti-SLAPP motion in response. The arrest and charge were heavy handed antics by Burns and using our stellar HBPD to do his bidding.

Unacceptable, all of it, but this is the place we find ourselves in here in HB. It's saddening.

Lastly, I can say this in the strongest terms, at the Ocean View School District we do NOT fire employees for exercising their right to free speech. We respect our employees and are sworn defenders of the First Amendment and the entire U.S. Constitution. No matter which political party you belong to, you are safe at OVSD.

> The suit names a March 6 meeting where Johnson "threatened to deliver (Clayton-Tarvin's) 'head on a stick.'" In social media posts Johnson shared other sayings like "Crooked Gina – Be quiet or be killed" and "tell gina Ive [sic] got a [expletive] cluster bomb coming," the lawsuit further alleges.
>
> The suit says another blog post was directed at Clayton-Tarvin and "the entire Tarvin family" and read: "Gotta sharpen up my axe. Lot of dead wood to clear out."

12w   Like   Share   Edited   6 👍

**Sheryl Anne**
And the President promotes violence, and he did not get fired, yet. Yet they jump on this. Idiots.

12w   Like   Share    7 👍😮😆

**Debi Britt**
He is literally losing his mind thank God he's not around the kids

12w   Like   Share    3 😮😆

**Christian Epting**
Personally I never thought that he literally was threatening to blow up buildings. That said, to me seems to be a stupefyingly inappropriate phrase to use given that he's just been arrested at a city Council meeting for threatening behavior. accepting the context that keeps getting offered here, why is it OK to attack businesses with negative reviews because you disagree with the politics of somebody associated with that business? Why punish innocent employees that probably have zero idea that any of this is even going on? Running a business is hard enough. I have a local business and the thought that I would start getting negative reviews simply because somebody may have had a political disagreement with me is very ominous. Has Chris ever run a business? Because using the contextualized meaning that his handful of supporters keep pushing, what he is in fact saying is, punish these places of business regardless of performance. Absolutely unacceptable in my opinion. I'm kind of surprised there isn't more reaction to

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

**Jeff Morrell's Post**

disagree with the politics of somebody associated with that business? Why punish innocent employees that probably have zero idea that any of this is even going on? Running a business is hard enough. I have a local business and the thought that I would start getting negative reviews simply because somebody may have had a political disagreement with me is very ominous. Has Chris ever run a business? Because using the contextualized meaning that his handful of supporters keep pushing, what he is in fact saying, is, punish these places of business regardless of performance. Absolutely unacceptable in my opinion. I'm kind of surprised there isn't more reaction to this to be honest. Chris, and a few others here keep invoking 1930s Germany. The concept of punishing innocent people for thinking differently than you, ironically, seems to align with that terrible time in history. I keep hearing Chris tout himself as a student and even scholar of history. Maybe he needs to do a little bit more homework

12w   Like   Share   Edited      11

**Steven Zuniga**
Well thought out! Much appreciation!

12w   Like   Share      2

**Christian Epting**
**Steven Zuniga** Thank you.

12w   Like   Share

**Cindy Dodson Windle**
Very bad choice of words. But he also made an aggressive move toward the council. He just wanted attention and got it. But he does not deserve anyone's praise. If he didn't think he would get fired for this, then he's not aware of school policies. Maybe another ploy for attention knowing he would be?

12w   Like   Share      3

**Paula Jean**
**Cindy Dodson Windle** that's a lot of guessing.

12w   Like   Share

**Cindy Dodson Windle**
**Paula Jean** Some, not a lot.

12w   Like   Share

**Buffie Chanl**
**Cindy Dodson Windle**
He did not make an aggressive move toward Council. He ANNOUNCED his peaceful demonstration plan ON A MICROPHONE IN ADVANCE. He took two steps forward, turned his back on the Council, sat down with his hands behind him.

12w   Like   Share   Edited

**Cindy Dodson Windle**
**Buffie Chanl**Guess we didn't see the same thing. He wanted to get arrested. He brought on all his own trouble.

12w   Like   Share

**Buffie Chanl**
**Cindy Dodson Windle**
An act of peaceful civil disobedience, yes. But not aggressive.



12w   Like   Share

**Cindy Dodson Windle**

*Jeff Morrell turned off commenting for this post.*

Sponsored

Be Ready To Walk
Down The Aisle
auvere.com

Double Your
Impact
give-
sc.salvationarmy.org

Ex. 25, Pg. 258

Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT

**Jeff Morrell's Post**



**Cindy Dodson Windle** **Buffie Chanl** Not even close to the same thing!

12w    Like    Share

**Buffie Chanl** **Cindy Dodson Windle** Were you there?

12w    Like    Share

**Cindy Dodson Windle** **Buffie Chanl** No, just saw the videos.

12w    Like    Share

**Buffie Chanl** **Cindy Dodson Windle** As a person who saw it in person, it was not aggressive.

12w    Like    Share

**Cindy Dodson Windle** **Buffie Chanl** So, you heard no inappropriate language or aggressiveness? Then there are people that didn't hear or see what they said they did. Seeing or hearing just what they wanted to?

12w    Like    Share

**Tobin Russell** He isn't wrong in his beliefs, but the call to violence is the crossing the line part. City council in HB is indeed shit.

12w    Like    Share

**Regan Carpentier** I think it inappropriate to be posting comments with bad language if he wants a job in the future. Don't they tell kids every social media post can be used against them when they look for work?

12w    Like    Share    2

**Cass Brock** **Regan Carpentier** Naa...fk that bullshit. If you have a problem with the exercise of the First Amendment, move to Russia 🤣

12w    Like    Share

**Lynda Pham** For the old people who don't understand modern slang, to "blow up" doesn't mean the literal sense.. ie "He asked me for my number and now he won't stop blowing up my phone!"

It means to bug, to call, solicit, protest. Get a grip and stop over reacting. HB will never have a former NFL player coach again. The guy literally sat quietly to protest and you all act like he's a terrorist. It's sad that our lovely city is scaring away all the good people and only attracting the bad. Talk about bringing down the property value!

12w    Like    Share    3

**R-let Vaz** Now you guys are saying "out of context". You and your fake news have been doing this for years.

12w    Like    Share

**Cass Brock** **R-let Vaz** Ok boomer 🤣

12w    Like    Share    2

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Ex. 25, Pg. 259



**Jeff Morrell's Post**

**Cindy Dodson Windle**
Were you there?

12w   Like   Share

**Cindy Dodson Windle**
**Buffie Chanl** No, just saw the videos.

12w   Like   Share

**Buffie Chanl**
**Cindy Dodson Windle**
As a person who saw it in person, it was not aggressive.

12w   Like   Share

**Cindy Dodson Windle**
**Buffie Chanl** So, you heard no inappropriate language or aggressiveness? Then there are people that didn't hear or see what they said they did. Seeing or hearing just what they wanted to?

12w   Like   Share

**Tobin Russell**
He isn't wrong in his beliefs, but the call to violence is the crossing the line part. City council in HB is indeed shit.

12w   Like   Share

**Regan Carpenter**
I think it inappropriate to be posting comments with bad language if he wants a job in the future. Don't they tell kids every social media post can be used against them when they look for work?

12w   Like   Share    2 👍

**Cass Brock**
**Regan Carpentier** Naa...fk that bullshit. If you have a problem with the exercise of the First Amendment, move to Russia 🤣

12w   Like   Share

**Lynda Pham**
For the old people who don't understand modern slang, to "blow up" doesn't mean the literal sense.. ie "He asked me for my number and now he won't stop blowing up my phone!"

It means to bug, to call, solicit, protest. Get a grip and stop over reacting. HB will never have a former NFL player coach again. The guy literally sat quietly to protest and you all act like he's a terrorist. It's sad that our lovely city is scaring away all the good people and only attracting the bad. Talk about bringing down the property value!

12w   Like   Share    3 👍

**R-let Vaz**
Now you guys are saying "out of context". You and your fake news have been doing this for years.

12w   Like   Share    👍

**Cass Brock**
**R-let Vaz** Ok boomer 🤣

12w   Like   Share    2 👍😂

**R-let Vaz**
**Cass Brock** yes I am a boomer, old and proud.

12w   Like   Share

**Cass Brock**
**R-let Vaz** Most maga are oddly proud of their ignorance

12w   Like   Share

**R-let Vaz**
**Cass Brock** I meant I was proud to be old, a boomer, there you go taking it out of context.

12w   Like   Share

Jeff Morrell turned off commenting for this post.

Sponsored

Be Ready To Walk Down The Aisle
auvere.com

Double Your Impact
give-sc.salvationarmy.org

Document title: Huntington Beach CommUNITY Voice | THIS is partly why Edison HS fired this guy | Facebook
Capture URL: https://www.facebook.com/groups/HuntingtonBeachCommUNITYVoice/posts/9781389655226943/
Capture timestamp (UTC): Wed, 28 May 2025 01:23:44 GMT