# EXHIBIT 26

Ex. 26. Screenshot of a social media post by Jeff Morrell on the HB CommUNITY Voice Facebook page on March 1, 2025 at 4:35 pm, saying Kluwe was fired for his "PSA" post. (Embedded in Complaint and below).

