# EXHIBIT 27

Ex. 27. Screenshot of social media posts by Buffie Channel (Facebook handle: Buffie Chanl) on March 1, 2025 in the comments section of an original post by Jeff Morrell on the HB CommUNITY Voice Facebook page on March 1, 2025, reflecting that interpretation of Kluwe's post was politically partisan. (See below).

