# EXHIBIT 28

Ex. 28. Screenshot of a social media post by Christian Epting on Sunday, March 2, 5:41 pm PT in the comments section of an original post on the HB CommUNITY Facebook page by Jeff Morrell on March 1, 2025, saying "I never thought [Kluwe] literally was threatening to blow up buildings." (Embedded in the Complaint and below).





**Jeff's Post**

**Christian Epting**
Personally I never thought that he literally was threatening to blow up buildings. That said, to me seems to be a stupefyingly inappropriate phrase to use given that he's just been arrested at a city Council meeting for threatening behavior.  accepting the context that keeps getting offered here,  why is it OK to attack businesses with negative reviews because you disagree with the politics of somebody associated with that business? Why punish innocent employees that probably have zero idea that any of this is even going on? Running a business is hard enough. I have a local business and the thought that I would start getting negative reviews simply because somebody may have had a political disagreement with me is very ominous. Has Chris ever run a business? Because using the contextualized meaning that his handful of supporters keep pushing, what he is in fact saying is, punish these places of business regardless of performance. Absolutely unacceptable in my opinion. I'm kind of surprised there isn't more reaction to this to be honest.  Chris, and a few others here keep invoking 1930s Germany. The concept of punishing innocent people for thinking differently than you, ironically, seems to align with that terrible time in history. I keep hearing Chris tout himself as a student and even scholar of history. Maybe he needs to do a little bit more homework

10w   Like   Share   Edited                                                                 11