# EXHIBIT 29

Ex. 29: Screenshot of a press release issued by the HBUHSD and EHS on March 3, 2025 at 1:04 pm, distributed on Parent Square to students, parents, and staff at EHS. (Embedded in the Complaint).

