# EXHIBIT 30

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 30: Printout of full social media discussion thread for a post on Bluesky by Chris Kluwe on March 3, 2025 saying EHS had defamed him. Accessible online here: https://bsky.app/profile/chriswarcraft.bsky.social/post/3ljjisl32n222

Post



Search

📈 Trending                                          ×

The Archers        Curtis Yarvin

Jonathan Joss      Switch 2

007 First Light    Supreme Court

Privacy • Terms • Help

English ⌄

**Chris Kluwe** @chriswarcraft.bsky.social · 3mo

Welp, I guess Edison is doubling down and going for a defamation lawsuit as well.

Now, IANAL, but it seems to me that presenting a post as a violent threat without including the video that was attached to it that *explicitly* mentions review bombing as the subject miiiiiiiight be a problem.

📶 AT&T  5G        6:45 PM            23% 🔋

◁ 🔵        Mar 3, 2025 Digest:...    ⌄

9th Grade, 10th Grade, 11th Grade, 12th Grade,
Incoming, Office Staff

Huntington Beach Union High School District Clarifies Separation of Coach
Chris Kluwe from Edison High School

Huntington Beach, CA — (March 3, 2025) – The Huntington Beach Union High School District
(HBUHSD) and Edison High School would like to clarify the circumstances surrounding the
separation of Chris Kluwe from his position as a walk-on freshman football coach at Edison High
School.

Recently, Mr. Kluwe publicly spoke through social media and local media outlets that his
departure was due to his public comments at a Huntington Beach City Council meeting.
However, his separation from Edison High School was unrelated to his public comments.

The decision was based on a public social media post made by Mr. Kluwe, which included a
statement suggesting violence (see below).

    Chris Kluwe @chriswarcraft.bsky... · 2d
    Also, PSA, and I can't believe I have to
    say this:

    Stop f████ with the library. That's what
    the city council is doing. The library is
    great, as are the people who work there.

    Go f████ with the city council. Find where
    they work, and blow *those* places up.

This post, which has since been deleted, was in direct violation of the district's standards for
professionalism and appropriate conduct for staff members. While Mr. Kluwe removed the post,
he has not acknowledged that the post was the reason for his separation from the school.

Due to personnel matters, HBUHSD is unable to elaborate any further.

While HBUHSD values the right to free speech, the district does not condone or tolerate
language that promotes or suggests violence in any form. HBUHSD and Edison High School
remain committed to maintaining a safe, respectful, and professional environment for all
students, staff, and community members.

View in ParentSquare

🗨        📁        ↩        ♡        ALT

🏳️‍🌈 **Pride at the Pier** 🏳️‍🌈💚🏳️‍⚧️ he/she/they/xe @prideatthepier.... · 3mo
We've heard that the HB librarians are getting attacked over the MAGA plaque.

Please don't do this!

They are not in control of what the HB City Council does. If you care about this issue, please direct your concerns to the council members.

@socalextremismwatch.com
@chriswarcraft.bsky.social

Librarians Aren't The Enemy

🦋 Bluesky                                    Create account    Sign in

Document title: Chris Kluwe & quot;This email was just sent to every parent who has a kid at the school, btw.& quot; — Bluesky
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3ljjitacuk222
Capture timestamp (UTC): Mon, 02 Jun 2025 22:53:32 GMT

Page 1 of 5



Ex. 30, Pg. 267

Post    🔍 Search

← Post

🌊 **Trending**                    ✕

consuming, and mentally draining even if you win one.

And wealthy bad faith plaintiffs began using THAT to suppress criticism of them, filing frivolous suits

💬 1          🔁          ♡ 15          ⋯

**AkivaMCohen** @akivamcohen.bsky.social · 3mo
that they knew they were very unlikely to win on the merits, but could use to extort settlements and silence from critics who couldn't afford the fight.

Those lawsuits became known as SLAPP suits - Strategic Lawsuits Against Public Participation

💬 1          🔁          ♡ 9          ⋯

**AkivaMCohen** @akivamcohen.bsky.social · 3mo
Anti-SLAPP laws are designed to address that problem using three main tools:

1) they apply the actual malice standard to all cases they cover, typically any case where the claim arises out of the defendant's first amendment protected conduct (some states have narrower ANTI-SLAPP laws covering less)

💬 1          🔁          ♡ 10          ⋯

**AkivaMCohen** @akivamcohen.bsky.social · 3mo
2) they require the plaintiff to show that they have evidence supporting each element of their claim at an early stage of the case, before discovery starts (no more "I'm sure if you let me dig a little I'll find something") &

💬 3          🔁          ♡ 9          ⋯

More ›

**Elizabeth Bear** @matociquala.bsky.social · 3mo
Oh for the love of Mike

💬 1          🔁          ♡ 11          ⋯

**Chris Kluwe** @chriswarcraft.bsky.social · 3mo
I am incandescent right now

💬 3          🔁          ♡ 29          ⋯

**Elizabeth Bear** @matociquala.bsky.social · 3mo
Righteously

💬          🔁          ♡ 11          ⋯

**KSlatteryResist** @kslatteryresist.bsky.social · 3mo
You need an attorney. You shouldn't be posting on social media about the firing. Your attorney can make statements to the media so you aren't personally responsible. I hope you find one soon

💬          🔁          ♡ 4          ⋯

**mattlevis.bsky.social** @mattlevis.bsky.social · 3mo
Insignificant as it may be, I thought your post was clear, correct, reasonable and should 100% be said.

💬          🔁          ♡ 3          ⋯

**Occupant non grata** @rudedawg.bsky.social · 3mo
You're going to Gitmo, bro. Review bombing is some serious shit. Especially in Trumpistan.

💬          🔁          ♡ 1          ⋯

**sweave.bsky.social** @sweave.bsky.social · 3mo
This is textbook CA school district leadership tactics. During our labor

🔍 Search

🌊 **Trending**                    ✕

| The Archers | Curtis Yarvin |
| Jonathan Joss | Switch 2 |
| 007 First Light | Supreme Court |

Privacy • Terms • Help

English ⌄



Create account    Sign in

Ex. 30, Pg. 268

Document title: Chris Kluwe &quot;This email was just sent to every parent who has a kid at the school, btw.&quot; — Bluesky
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3ljjitacuk222
Capture timestamp (UTC): Mon, 02 Jun 2025 22:53:32 GMT

Post



**sweave.bsky.social** @sweave.bsky.social · 3mo

This is textbook CA school district leadership tactics. During our labor negotiations (different district), they would email parents AND STUDENTS their side of negotiations and tried to gaslight everyone but we all knew better.

♡ 3

**Nonna** @nonnamilly.bsky.social · 3mo

Chris please contact the Michael Popok firm. He's who you need to represent you.

♡ 2

**Flygirltess** @flygirltess.bsky.social · 3mo

Also, FUCK HBUSD.

♡ 2

**Scott Carty** @scottcarty.bsky.social · 3mo

That school specializes in shoveling? Because they are digging a mighty hole.

♡ 1

**Laura Kowalski Linden** @samoart.bsky.social · 3mo

Arrggghhhhh @chriswarcraft.bsky.social so sorry and yes indeed add another lawsuit

How can we help?

♡ 1

**Flygirltess** @flygirltess.bsky.social · 3mo

That's horrible. I hate this has happened to you

♡ 1

Q Search

🌊 Trending                                    ×

The Archers    Curtis Yarvin

Jonathan Joss    Switch 2

007 First Light    Supreme Court

Privacy · Terms · Help

English ⌄

🦋 **Bluesky**

Create account    Sign in

Ex. 30, Pg. 269

Document title: Chris Kluwe: &quot;This email was just sent to every parent who has a kid at the school, btw.&quot; — Bluesky
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3ljjitacuk222
Capture timestamp (UTC): Mon, 02 Jun 2025 22:53:32 GMT



Ex. 30, Pg. 270

Document title: Chris Kluwe · &quot;This email was just sent to every parent who has a kid at the school, btw.&quot; — Bluesky
Capture URL: https://bsky.app/profile/chriswarcraft.bsky.social/post/3ljjitacuk222
Capture timestamp (UTC): Mon, 02 Jun 2025 22:53:32 GMT