# EXHIBIT 31

*Note about time zones:* The social media captures reflect Greenwich Mean Time (GMT) rather than Pacific Standard Time (PST) due to the functionality of the platform used for the downloads.

Ex. 31. Printout of full social media discussion thread for a post on HB CommUNITY Voice by Chris Young on March 3, 2025, saying Kluwe has himself to blame for being fired. Accessible online here:
https://www.facebook.com/groups/924532257579438/?multi_permalinks=9795511730481402&hoisted_section_header_type=recently_seen



**Chris Young's Post**

**Huntington Beach CommUNITY Voice**
Chris Young · March 4 · ⊙

And now we know WHY Kluwe was fired... People asked what was the school's reason, so here it is....words do have CONSEQUENCES... he did it to himself, can't blame anyone else for his words... And I don't want to hear "I was taken out of context"... Sorry that's not gonna fly.... He's a grown man, he knows what words mean....

**THE ORANGE COUNTY REGISTER**

Chris Kluwe was fired over Bluesky post, not comments protesting MAGA on library plaque, district says

👍😮😢 104                     183 comments   2 shares

👍 Like      💬 Comment      ➢ Send      ↗ Share

All comments ▾

**Sherrie Triplett**
Facts!
13w  Like  Reply  Share  8 👍😆❤️

**Sarah Fish**
And probably for wearing the Edison shirt. Why are you posting the obvious? Does that make his words or protest at the city council meeting or any of his motives for standing up to our tRump city council less meaningful? Nope. Your flex post didn't hurt my feelings ✌️
13w  Like  Reply  Share  22 👍😆

**Chris Young**
**Sarah Fish** did you read the article....I am post the FACTS of the ending of the news item

Answer as Account details

Chris Young's Post



13w   Like   Reply   Share   Edited

**Sarah Fish**
**Chris Young** I saw that. I think for those following the story we saw that too. It's like the people who love the red wave and they stop and say, "Oh crap, that wasn't the right thing to do."

13w   Like   Reply   Share

**Sara Nelson**
**Chris Young** Blowing up one's phone, review bombing and photo bombing are not calls for violence, they are calls for peaceful action.

I agree though, that he shouldn't have worn his EHS polo shirt during his CC speech or the HB Pride and Save HB interviews. I am an ambassador for every company I ever worked for outside of my work hours. Political views should not reflect upon my employer, ever.

12w   Like   Reply   Share

**Chris Young**
**Sara Nelson** the top part didn't happen.... It was not worded that way and you can't assume after what he did at the CC meeting

12w   Like   Reply   Share

**Sarah Fish**
**Chris Young** there's screen shots of citizens in this group wanting to shoot someone who flew their flag in distress. "Blow up" you phone? Blow up you voices? Or actual bombs? I'm guess you're my age ish blowing up means raising your voice and making noise.

12w   Like   Reply   Share

**Sara Nelson**
**Chris Young** His First Amendment Right and Civil Disobedience? How horrible of him! 🤦‍♀️

12w   Like   Reply   Share

Reply as Account details

Reply as Account details

**Brandon Berberet**
Keep him away from kids!

13w   Like   Reply   Share   25

**Sharon Peach Mayer**
**Brandon Berberet** that's absolutely absurd

12w   Like   Reply   Share

**Brandon Berberet**
**Sharon Peach Mayer** why?

12w   Like   Reply   Share

Reply as Account details

Reply as Account details

**Rina Jacobson**
You seem unnaturally obsessed with him. You should talk to someone..

13w   Like   Reply   Share   41

**Chris Young**
**Rina Jacobson** nope just following up on a news story that NOW has all the answers.....and I am an alumni of Edison and don't like it take being tarnished by someone looking for 5 minutes of fame.....its no different than all of your posts about the Air Show.......

13w   Like   Reply   Share   Edited   25

Answer as Account details

Ex. 31, Pg. 273

## Chris Young's Post

**Chris Young** oh please. I am an EHS alumni too and it does not tarnish any of us. Way to insert yourself into the story. Yes, Chris's comment was taken out of context and most everyone without a red cap believes that it was. It does not negate the truth of his speech at the last council meeting. Funny how everyone is up in arms by a comment taken out of context but not an ACTUAL call to someone being shot. Let me guess, is it because it came from a red hat member?



13w    Like    Reply    Share    6 👍😆

**Chris Young**
**Wendy Wilkinson Rincon** did you READ the article... The speech had nothing to do with it 😂.... And neither does that post have anything to do with this.... Stop the hyjack attempt...

13w    Like    Reply    Share    Edited    👍

**Wendy Wilkinson Rincon**
**Chris Young** yes I READ the article. The comment was in context with the video which was not included. You are claiming that Chris is threatening violence, yes? So, the screenshot actually is in context to your post. You just don't want to acknowledge it because it goes against your narrative. I am not hijacking your hit post. I am asking a relevant question. I just would like to know how serious you and others are about protecting HB citizens, neè FELLOW EHS ALUMNI, from actual threats of violence. No additional context needed. "SHE SHOULD BE SHOT." "NEED TO START GETTING RID OF THE DISRESPECTFUL PEOPLE OF AMERICA." COMPLETE context of threatened violence and you won't even comment. Typical. It's clear that only HBCC members and their "safety" matters to members of our community. No safety study for HBCC chambers but they sure have a sweet panic room to run off to.

Btw, the thing about social media is that YOU do not get to control what I do.

13w    Like    Reply    Share    Edited    👍

**Chris Young**
**Wendy Wilkinson Rincon** that had nothing to do with this post...

12w    Like    Reply    Share

**Wendy Wilkinson Rincon**
**Chris Young** threatening violence is what Chris is being accused of, right? Even though the comment was taken out of context. You won't even give him the benefit of the doubt. No, you jump right to "I knew it! He's threatening violence!" Rhetoric. All while skipping right over the fact of ACTUAL threats of violence. When have you ever stayed on topic on FB? You just don't want to acknowledge the violence being threatened against those of us not on "your side".

12w    Like    Reply    Share    3 😆😮

**Chris Young**
**Wendy Wilkinson Rincon** did I fire him....?

12w    Like    Reply    Share

**Wendy Wilkinson Rincon**

Answer as Account details

**Chris Young's Post**



understand my comment.

12w   Like   Reply   Share                                        2

**Burton Tarvin**
**Wendy Wilkinson Rincon** in the context of his context going to zzzzz home to xxxx it up is okay to post since it just context not a call to action to those who don't know the original context of his context?

Otay!

12w   Like   Reply   Share   Edited

**Chris Young**
**Wendy Wilkinson Rincon** I fully understand it....

12w   Like   Reply   Share

**Wendy Wilkinson Rincon**
**Burton Tarvin** Huh? You may want to clarify your comment.

12w   Like   Reply   Share

**Wendy Wilkinson Rincon**
**Chris Young** So you must agree with the threat of violence against a community member since you are finding it so difficult to see the correlation and refuse to denounce it.

12w   Like   Reply   Share

**Chris Young**
**Wendy Wilkinson Rincon** so you are now assuming you know what I think.... Well then I guess you know my next comment.....

12w   Like   Reply   Share

**Wendy Wilkinson Rincon**
Not to mention that you actually laughed at the comment.

12w   Like   Reply   Share

**Chris Young**
**Wendy Wilkinson Rincon** and I laughed at this one too

12w   Like   Reply   Share

**Burton Tarvin**
**Wendy Wilkinson Rincon** it's your logic.

Not mine. ... **See more**

12w   Like   Reply   Share

**Rina Jacobson**
**Burton Tarvin** is that what AI translated your previous comment to? Much better.

12w   Like   Reply   Share

**Wendy Wilkinson Rincon**
**Chris Young** Good to know that you openly endorse violence against fellow Americans.

12w   Like   Reply   Share

**Burton Tarvin**
**Rina Jacobson** Its the untangled logic of leftists.

It is common sense and easier just admit the truth—he spoke freely and willingly stepped on his own rake.

Smack!

https://i.makeagif.com/media/1-08-2015/izsjRT.gif

Answer as Account details

Ex. 31, Pg. 275



**Chris Young's Post**

**Chris Young**
**Wendy Wilkinson Rincon** please show all of us where I said that.... I'll wait....

12w   Like   Reply   Share

**Wendy Wilkinson Rincon**
**Chris Young** You laughed at the comment, right? You could not say anything against the comment I posted could you? Avoided it. Derided it. For someone that acts like MR. HB COMMUNITY MAN, you truly failed in ACTUALLY being a stand up community guy. All while dragging someone that spoke out against MAGA and prompted people to comment en mass businesses (I won't use the word he used because you know CONTEXT and all). I saw all the comments telling people to report Chris. No one (on the red hat side) gave him the benefit of the doubt. Including you.

12w   Like   Reply   Share

Reply as Account details

**Ben Ladin**
**Rina Jacobson** cope harder

13w   Like   Reply   Share   3

**Brandon Berberet**
**Rina Jacobson** says the person who now out of nowhere supports Ukraine... lolololol

12w   Like   Reply   Share   6

**Rina Jacobson**
**Brandon Berberet** out of nowhere? You don't know me, what are you basing your comment on? Certainly not reality.

12w   Like   Reply   Share   Edited

**Brandon Berberet**
**Rina Jacobson** okay Rina, okay

12w   Like   Reply   Share

Reply as Account details

**Kristen Kay**
**Rina Jacobson** it's true 😂😂 He's posted this in multiple groups.

12w   Like   Reply   Share

**Chris Young**
**Kristen Kay** I posted in two groups... The Unhinged here and the sane/common sense Insider.... That way all bases are covered.... And no one can say that in playing favorites 😌

12w   Like   Reply   Share

Reply as Account details

Answer as Account details

Ex. 31, Pg. 276

## Chris Young's Post



**Trisha Rose**
He said blow it up wow... no good

13w    Like    Reply    Share    10

**John Williams**
Review bombing is complete bullshit and weak sauce. F that guy.

13w    Like    Reply    Share    15

**Christian Epting**
**John Williams** Exactly! I said someplace else, I never thought he was literally talking about bombing buildings. But by his own admission and definition he was absolutely talking about gratuitously attacking businesses with negative reviews, businesses somehow vaguely connected to city council members. Who in Huntington Beach wants to be the first one to defend attacking local business over some extreme political view? leave businesses alone!  (and should anybody want to debate my definition of extreme- listen to one of his interviews, you will hear the word "Nazi" applied to many Americans who, I am pretty sure, are not Nazis.- I will add however, he was a guest on a podcast of a friend of mine last week, a really terrific writer. When the subject turned to football, I found Chris very compelling and interesting. Without going into the details, he told a story about an adjustment he had to make on the Vikings that showed a lot of self sacrifice and from a messaging standpoint is a much better metaphor than just constantly spewing forth about "Nazis". That's just my opinion but I did find that other side interesting.) also, the podcast host is very public about his politics and probably dislikes Donald Trump as much or more than Chris. Even he was compelled to ask Chris, words to the effect of do you think people stop listening to you when you keep using the word Nazi so much? Chris dismissed that and dug in. Totally his right of course. But I can't imagine building much support around that.

13w    Like    Reply    Share    Edited    10

**Justin Mcbride**
**John Williams** the part about review bombing came after the original post where he said blow these places up.. he only posted the other parts because of the backlash. No matter what he meant you cannot expect anyone to know what you mean when posting things.

13w    Like    Reply    Share    7

**Chris Young**
**Justin Mcbride** that is the unfortunate part of social media you can't read tone......but when he quotes it, that pretty much tells you tone

13w    Like    Reply    Share

**John Williams**
**Justin Mcbride** he is extreme enough that he needs to put exactly what he means or continue his train of thought to make sure he isn't being literal. Liberals love to dox as a way to get back at a person's different opinion.

12w    Like    Reply    Share    2

Reply as Account details

**Robyn Cates**
**John Williams** yes and now his followers are blowing up Edison posts saying negative things about the school. The posts are about plays and activities the kids are in. It's really disgusting and the kids don't deserve that negative BS. I also don't want to see it. Leave your political views out of the schools PERIOD!!

12w    Like    Reply    Share    7

**John Williams**
**Robyn Cates** the same group that had many on SM mad Trump wasn't assassinated

Answer as Account details

Document title: Huntington Beach CommUNITY Voice | Facebook
Capture URL: https://www.facebook.com/groups/924532257579438/?multi_permalinks=9795511730481402&amp;hoisted_section_header_type=recently_seen
Capture timestamp (UTC): Tue, 03 Jun 2025 04:26:23 GMT

Chris Young's Post ✕

12w  Like  Reply  Share

Reply as Account details

Reply as Account details

**Pat Jessen Slusser**
If actions have consequences how come the felon is permitted to defy court orders to restart/ cease the "executive orders" he's trying to get away with?

13w  Like  Reply  Share  42

Chris Young
**Pat Jessen Slusser** we are not talking about anything else except the subject of this post......take it elsewhere....

13w  Like  Reply  Share  18

Rachelle Hogan Hernandez
**Pat Jessen Slusser** oooh Pat...they don't like to be confronted with facts. Tsk Tsk! 😂😬

13w  Like  Reply  Share  14

Chris Young
**Rachelle Hogan Hernandez** no that had nothing to do with this post....

12w  Like  Reply  Share  2

Ashley Jersey Barton
**Chris Young** just like Edison high should have nothing to do with YOU!!! Leave the kids alone !!! You have no kids and you graduated like what, 40 years ago??? Gross!!!!!!!!

12w  Like  Reply  Share  2

Reply as Account details

Lisa Melendez
**Pat Jessen Slusser** because you obviously don't know how the laws work and the constitution works, and the powers of the executive. Keep up.. The judges will be smacked down, this is a stall tactic. It's pathetic

13w  Like  Reply  Share  8

Sara Nelson
**Lisa Melendez** tRump is signing executive orders on items that are only supposed to be decided by Congress per the Constitution. Read up on it.

12w  Like  Reply  Share  3

William Breaux
**Lisa Melendez** the judges are doing their jobs. Trump isn't a king. We have checks and balances, or at least I thought we did.

12w  Like  Reply  Share  6

Chris Young
**William Breaux** you can't read either 🙄

12w  Like  Reply  Share  2

Lisa Melendez
**Sara Nelson** like which one? Obama Care? Illegal... or debt forgiveness by Biden- Illegal... the constitution means something.and we are taking it back to that

12w  Like  Reply  Share  4

Sara Nelson
**Lisa Melendez** Excuse me but when bills pass the House and the Senate, they are not illegal.

12w  Like  Reply  Share  2

William Breaux

Answer as Account details



Ex. 31, Pg. 278

**Chris Young's Post** ✕

...college should be tuition free to begin with. Also it was passed by Congress. Stop making shit up.

12w   Like   Reply   Share

Reply as Account details

**Jeff Silver**
That would be Biden and his numerous illegal executive orders on College reimbursements. Defying the Supreme Court!!

13w   Like   Reply   Share   6

**Sara Nelson**
**Jeff Silver** 🤦

12w   Like   Reply   Share

Reply as Account details

**Burton Tarvin**
**Pat Jessen Slusser** He won the electoral college.
'member?

12w   Like   Reply   Share   2

Reply as Account details

**Terry Steele**
It seems you have Kluwe Derrangement Syndrome or a serious crush on Kluwe that only a cult member could match. It's not healthy.

13w   Like   Reply   Share   33

**Chris Young**
**Terry Steele** just like you have Trump & Air Show syndrome.....this is the end of a local news story that has FACTS.......I provide ALL the facts to a news story if I can get them.....and as an Alumni of the school, I don't appreciate al the focus that is being put on the school from this troll for absolutely no reason

13w   Like   Reply   Share   Edited   19

**Terry Steele**
**Chris Young** If those same words had been spoken by a criminal conman, a rapist with 34 felony convictions, a prolific liar, and the person you worship, he would have spun them into a heroic gesture. What Chris Kluwe said as a private citizen was wrong,...
See more

13w   Like   Reply   Share   3

**Chris Young**
**Terry Steele** what attacks.... I am posting the FACTUAL info on the incident.... And I'm not even gonna respond to your Trump part as that is not related to this at all..... Stop hyjacking the post cuz you have no arguement

13w   Like   Reply   Share   Edited   2

**Jeff Silver**
**Terry Steele** TDS is strong with you!

13w   Like   Reply   Share   2

**Burton Tarvin**
**Terry Steele** he is pointing out his "freedom of speech" ends at his call for actions.
That is not an attack. It's fact.

12w   Like   Reply   Share

**Ashley Jersey Barton**
**Chris Young** leave the kids alone!!! Peaking in high school doesn't mean you need tours around it 😆

Answer as Account details

Ex. 31, Pg. 279

Document title: Huntington Beach CommUNITY Voice | Facebook
Capture URL: https://www.facebook.com/groups/924532257579438/?multi_permalinks=9795511730481402&amp;hoisted_section_header_type=recently_seen
Capture timestamp (UTC): Tue, 03 Jun 2025 04:26:23 GMT

**Chris Young's Post**

**Ashley Jersey Barton**
You don't even refute you're a creeper on the kids dude, stop hanging around high schools old man!!!!!!!!!

12w    Like    Reply    Share

**Chris Young**
**Ashley Jersey Barton** last I looked I don't answer to you so I don't need to justify anything with you

12w    Like    Reply    Share

**Ashley Jersey Barton**
**Chris Young** last you looked, it was at a highschooler apparently you have SO MUCH invested in them YUCKKKKK 😝😝😝

12w    Like    Reply    Share

Reply as Account details

**Christine Christian**
**Terry Steele** So you're also unhinged...seems fitting

13w    Like    Reply    Share                                    6

**Terry Steele**
**Christine Christian** we now have a better understanding of why you have only 1 friend or follwer and an I.Q. of equal paring. It also Seems fitting.

13w    Like    Reply    Share

Reply as Account details

**Steven Zuniga**
**Terry Steele** ...dude it done and good bye to him and his cult!

12w    Like    Reply    Share

Reply as Account details

**Joyce Zacks**
He has history...

13w    Like    Reply    Share                        3

**Michael Shorey** · Follow
If he wore my pizzerias t shirt back in the day, and acted that way at a city council meeting - he'd be fired too!

Grow up dude, we all know when you pick your clothes to speak in front of the city - you pick with a purpose.

And if you didn't pick with a purpose, then you're just a dumbass with no sense, and should be fired for that too.. 🤓

13w    Like    Reply    Share    Edited                    23

**Chris Young**
**Michael Shorey** he had a Edison shirt on under the jacket......

13w    Like    Reply    Share

**Michael Shorey** · Follow
**Chris Young** all he needed to do was change his shirt and he'd still have a job today

13w    Like    Reply    Share                        2

**Chris Young**
**Michael Shorey** not so sure as the Bombing actually got him fired

13w    Like    Reply    Share

**Michael Shorey** · Follow
**Chris Young** that was seriously over the top too! Those comments is how you wind up on the FBI watch list! **#kook**

13w    Like    Reply    Share                        4

Answer as Account details

Privacy · Consumer Health
Privacy · Terms · Advertising · Ad
Choices ▷ · Cookies · More · Meta
© 2025

Ex. 31, Pg. 280

## Chris Young's Post

**Justin Opie Kroepil**
**Chris Young** mom didn't do any their laundry.
12w   Like   Reply   Share                    2

Reply as Account details

Reply as Account details

**Christine Christian**
The post was very clear that he was inciting violence
13w   Like   Reply   Share                    17

**William Breaux**
**Christine Christian** if you read it out of context yes.
12w   Like   Reply   Share                    5

**Chris Young**
**William Breaux** if you read it period....but we know the issues you have
12w   Like   Reply   Share                    3

**Christine Christian**
**William Breaux** I DID read it and NO it was not. He meant exactly what he wrote and cried about context and changed things after getting fired!
12w   Like   Reply   Share                    3

**William Breaux**
**Christine Christian** lol most others knew what he meant. It's weird y'all have an issue seeing that.
12w   Like   Reply   Share                    3

**Chris Young**
**William Breaux** after he clarified it
12w   Like   Reply   Share

**Bill Larkin**
**William Breaux** Let see, Charge the Dias at a city council meeting, get taken out by police offices, then create a post asking others to track them down at work and 'bomb' them.
Yep.... The context is far from clear...
12w   Like   Reply   Share                    5

**Ashley Jersey Barton**
**Bill Larkin** the comment is a reply to a video post he is asking the community not to review bomb/bllw up the phones of the librarians. That specific language was used MULTIPLE times in the video and subsequent response thread. You wouldn't know that...
**See more**
12w   Like   Reply   Share                    2

**William Breaux**
**Bill Larkin** charged the dias? Y'all watch the same video we did because that's ridiculous.
12w   Like   Reply   Share

**Bill Larkin**
**William Breaux** This whole thing is ridiculous...
He made some bad decisions and unfortunately accountability can be a bitch.
12w   Like   Reply   Share                    2

**William Breaux**
**Bill Larkin** getting lectured on accountability from a MAGAt is hilarious

Answer as Account details

Privacy · Consumer Health
Privacy · Terms · Advertising · Ad
Choices ▷ · Cookies · More · Meta
© 2025

Ex. 31, Pg. 281

Chris Young's Post



Bill Larkin

**William Breaux** More hilarious is getting lectured from a 'Make America Lose Again' ( MALA) disciple....

This is a great example of why you guys lost, common sense has left your party..

12w   Like   Reply   Share                                              😂

William Breaux

**Bill Larkin** lol so more expensive imports is great? Higher prices for prescription drugs is great? Becoming allies with Russia is great? Upsetting our European allies is great?

12w   Like   Reply   Share

Bill Larkin

**William Breaux** Trump has been the only one pressuring NATO to do more and member nations to step it up.

If he hasn't done so in his last term, NATO investments would be 100's of billions short of where they are today. And yet, 1/3 of NATO members still are paying their 2% of GDP commitments.

If you'd follow the bouncing ball, you'd realize NATO's chief of Staff repeatedly complements Trump, praising the efforts he's made to make NATO stronger.

https://www.usatoday.com/.../nato-chief.../2695799002/

Trump is also the one who halted the construction of the Russian Nordstream pipeline to Europe criticizing Europes reliance on green energy, weakening their domestic energy production and lining the pockets of Russia. Biden immediately reversed this when he came into Russia. The money Russia received from Europe directly funded this Ukrainian war.

As to Tariffs, again.. follow the bouncing ball. I suspect this too will pass and sooner than you might imagine.

Exit question, is Trump wrong on trying to level the trade playing field and even more importantly, trying to curb the import of drugs ( especially fentanyl) that have destroyed so many young lives and towns??

What ever happened to your guys cry of 'if it only saves one life'??

Cripes, these actions could save $100's of thousands of lives each year!!

And you're wringing your hands over a temporary effect of negotiations that could be extremely meaningful to American lives?

| | USATODAY.COM | ⓘ |
|---|---|---|
| | 'Trump is having an impact': NATO head credits president's tough talk for $100B boost | |

12w   Like   Reply   Share

Reply as Account details                    😊 😀 📷 GIF 🦒

Reply as Account details                    😊 😀 📷 GIF 🦒

Ben Ladin

GIF

Answer as Account details                   😊 😀 📷 GIF 🦒

Ex. 31, Pg. 282

## Chris Young's Post



13w    Like    Reply    Share    5 👍😆

**William Breaux**
**Ben Kustura** the school making a statement isn't facts. They can make shit up to mitigate blow back.
12w    Like    Reply    Share    7 👍❤️😆

**Bill Larkin**
**William Breaux** You mean like trying to revise a concerning social media post that blew up in one's face and cost one their job??
12w    Like    Reply    Share    3 😆😆

**Chris Young**
**William Breaux** stop before you look really bad
12w    Like    Reply    Share    2 😆😆

**Ashley Jersey Barton**
**Bill Larkin** are you threatening to bomb someone???????? Clearly no one ever uses the phrase "blew up" outside the context of explosives. Should we contact your employer??
12w    Like    Reply    Share    👍

**Ashley Jersey Barton**
**Chris Young** being overly concerned with a high-school you left 40 years ago is a pretty bad look lmao
12w    Like    Reply    Share    👍

**William Breaux**
**Ashley Jersey Barton** right? I'm an alumni too and I only think about that place when I drive by or meet an old classmate.
12w    Like    Reply    Share    👍

**Bill Larkin**
**Ashley Jersey Barton** LoL... Please Do...
Let me know what they say... 😂😂😂
12w    Like    Reply    Share

**Chris Young**
**William Breaux** I happen to live across the street, see it everyday when I leave and come home... Been here since BEFORE the school was built...and I doubt you went there
12w    Like    Reply    Share    Edited    2 😆😆

**William Breaux**
**Chris Young** lol doubt whatever you want, doesn't make you right. Went there all 4 years
12w    Like    Reply    Share    😆

**Ashley Jersey Barton**
**Chris Young** living next to the high school you went to 40 years ago doesn't mean your opinion about the football team should hold weight !! You called the school you have no kids in, didn't you???
12w    Like    Reply    Share    😆

**Chris Young**
**Ashley Jersey Barton** I sent an email as did other alumni, from all over the country, that care about the school... Something you know nothing about
12w    Like    Reply    Share    2 😆😆

**Ashley Jersey Barton**
**Chris Young** you and others with no kids in the school campaigning to fire a football coach with NFL experience from exercising his freedom of speech???? Because you... *checks notes*... live across the street??? Are you actually a real person??

Answer as Account details    😊 😊 📷 🎬 💬

Ex. 31, Pg. 283

## Chris Young's Post



12w   Like   Reply   Share                                     2 😍 😆

**Chris Young**
**Ashley Jersey Barton** and that matters why... You have no idea the amount of work and time we all spend helping the school... Like I said... You wouldn't understand....and by the way, he was a special teams coach on a freshman team... Not a great loss 😎

12w   Like   Reply   Share   Edited                            😎

**Ashley Jersey Barton**
**Chris Young** lurking around high schoolers dude! Gross!!! Leave the kids alone this was none of your business, super creep!!! How did the "alumni across the county" know?? Did you for real tell them to email the school??

12w   Like   Reply   Share                                     2 😍 😆

**Chris Young**
**Ashley Jersey Barton** they did it on their own and we care for our school and don't want to see it's reputation tarnished by this fool who got blacklisted by the NFL for his actions and never resigned..... It's obvious that you don't

12w   Like   Reply   Share   Edited                            2 😆

**Ashley Jersey Barton**
**Chris Young** you replied under every comment about trumps convictions or elons nazi salute to say they were off topic and yet you keep trying to steer the conversation towards ME. I refuse to discuss with a childless creep how I am involved in MY CHILDRENS schools!! You clearly have too much time and a bone to pick with a strangers because his words about maga hurt your feelings!!!!

12w   Like   Reply   Share                                     2 😍 😆

Reply as Account details                           😊 😀 📷 🎞 🎭

Reply as Account details                           😊 😀 📷 🎞 🎭

**Tom Dillman**
Agree 100%! Words matter...but please have him run for CC in '26 lol.

13w   Like   Reply   Share                                     5 👍 ❤️

**Justin Opie Kroepil**
**Tom Dillman** yeah he should definitely run! (Heh heh) great way to take 20,000 votes off the table.

12w   Like   Reply   Share                                     4 👍

**Steven Zuniga**
**Tom Dillman** ...and watch him go crazy when he loses a run for CC. Crazy dude!

12w   Like   Reply   Share                                     👍

**Daniel Kokosenski**
**Steven Zuniga** he'd blame it on racism.

12w   Like   Reply   Share                                     👍

Reply as Account details                           😊 😀 📷 🎞 🎭

Reply as Account details                           😊 😀 📷 🎞 🎭

**Sergio Gonzalez**
Who cares about this wash up

13w   Like   Reply   Share

**Terry Steele**
**Sergio Gonzalez** Chris Young genuinely cares—who else would take the time to create a collage just to prove it?

Answer as Account details                           😊 😀 📷 🎞 🎭

Ex. 31, Pg. 284

Document title: Huntington Beach CommUNITY Voice | Facebook
Capture URL: https://www.facebook.com/groups/924532257579438/?multi_permalinks=9795511730481402&amp;hoisted_section_header_type=recently_seen
Capture timestamp (UTC): Tue, 03 Jun 2025 04:26:23 GMT



### Chris Young's Post

Chris Young
**Terry Steele** I posted the article that way as a lot of people can't read the OCR due to the pay wall.... It's called common sense.... Try using it 😌

13w    Like    Reply    Share    Edited

Reply as Account details

Reply as Account details

**Justin Opie Kroepil**
Dude had his 15 minutes of fame in the NFL. He's hardly worth another 30 seconds.

13w    Like    Reply    Share    7 🔵❤️

**Malina Michel**
**Elizabeth Lim Wineinger**

13w    Like    Reply    Share

**Daniela Goodman**
I don't think he's a bad person but he's definitely off, his haircut & mannerisms speak volumes (to me anyway). I can see how his peculiar personality would not do well in a NFL locker room.
Do I really care? No.

12w    Like    Reply    Share    2 🔵❤️

**Taylor Bonish**
Y'all say this and then give a million excuses about context and when Elon musk did a Nazi salute on live television lmao. Which is it

12w    Like    Reply    Share    29 🔵😠❤️

Chris Young
**Taylor Bonish** that is not relevant to this... Take it and you obsession somewhere else

12w    Like    Reply    Share    7 😂

**Taylor Bonish**
**Chris Young** if you can't connect the simple dots that's your problem. Give it another try tomorrow

12w    Like    Reply    Share    9 🔵😂

Chris Young
**Taylor Bonish** I can connect them just fine....you're trying to hyjack this due to the lack of facts

12w    Like    Reply    Share    Edited    2 😂

**Tara DiGiovanni**
**Taylor Bonish** They always say dots shouldn't be connected whenever they know they're wrong.
Love your comments here ❤️

12w    Like    Reply    Share    6 🔵😂

**Ashley Jersey Barton**
**Chris Young** what kids of yours are on the Edison football team and why do you feel the need to insert yourself in this lmao?

12w    Like    Reply    Share    2 😂

Chris Young
**Ashley Jersey Barton** I guess you don't take pride in your school... I do a lot of work with the school and don't want to see it's reputation tarnished especially after the year we've had.... But you wouldn't understand that now would you

12w    Like    Reply    Share    7 😂🔵

**Ashley Jersey Barton**
**Chris Young** you have no ties to the school lmao you're just a

Answer as Account details

**Chris Young's Post**

miserable old man with no hobbies. Leave the kids alone.... Stay off school grounds creep!!!! Too interested in high schoolers!!!

12w   Like   Reply   Share                                           4 💙❤️😮

**Chris Young**
**Ashley Jersey Barton** oh I forgot you know me so well.... 😒

12w   Like   Reply   Share

**Ashley Jersey Barton**
**Chris Young** stop creeping around the kids I sure you "do work" there all the time, yuck and yikes !!!!

12w   Like   Reply   Share                                           3 💙😡❤️

Reply as Account details                                     😊 ☺ 📷 GIF 🔲

**Sarah Fish**
**Taylor Bonish** best reply ever!

12w   Like   Reply   Share                                           6 👍

**Brandon Berberet**
**Taylor Bonish** Elon isn't apart of this conversation.

12w   Like   Reply   Share                                           4 💙😆

**Taylor Bonish**
**Brandon Berberet** I just made him part of it. We're all talking about the culty right wing behavior in this town and on the council aren't we? Musk is part of the bigger picture. If you're struggling to understand that, reach out to someone who can walk you through it

12w   Like   Reply   Share                                           5 💙❤️😡❤️

**Brandon Berberet**
**Taylor Bonish** your TDS is showing. CNN needs help, keep watching!

12w   Like   Reply   Share                                           3 💙

Reply as Account details                                     😊 ☺ 📷 GIF 🔲

**Matthew Kral**
**Taylor Bonish** wasn't a Nazi salute, you sound like all the libs trying to always cause drama over anything especially now that Kamala got her ass beat by the best president in history.

12w   Like   Reply   Share   Edited                              10 😆💙

**Sarah Fish**
**Matthew Kral** you sound like a wanna be red neck by context. Watch the videos a couple more times. Use other news sources. Read about his support or the German and South African Nazi groups. Much like the choice of clothing and physical actions, there's a reason and desired reaction. Kluwe isn't dumb. Musk is a rich psychopath. Symbols and actions speak louder than words.

12w   Like   Reply   Share                                           3 💙

**Ashley Jersey Barton**
**Matthew Kral** remember when the white supremacist nick taurus posted his rascist nazi tirade on this page and people still defended his "deport them all" banner drop even after he said he was a nazi and did the zig heil on the overpass?

12w   Like   Reply   Share                                           2 💙

**Matthew Kral**
**Ashley Jersey Barton** No I don't, but I don't agree with that unless they are here illegally.

12w   Like   Reply   Share                                           💙

**Matthew Kral**
**Sarah Fish** well besides the hand salute issue the guy is doing a

Answer as Account details                                    😊 ☺ 📷 GIF 🔲

Ex. 31, Pg. 286

## Chris Young's Post



short period of time. It will be nice to see how much they accomplish the next 4 years.

12w    Like    Reply    Share    4 👍😂

Reply as Account details

**Burton Tarvin**
**Taylor Bonish** Which is it?
One is a media lie.
The other was his intent.

12w    Like    Reply    Share

**Kelly Kelleher Casares**
**Taylor Bonish** OMG it was not a Nazi salute and this comparison is not relative to why he was fired. Additionally, he isn't very smart so what school district would want him? A smart person would not post what he said for everyone to see. Duh!!

12w    Like    Reply    Share    👍

**Taylor Bonish**
**Kelly Kelleher Casares** a smart person would know a Nazi salute is a Nazi salute, duh

12w    Like    Reply    Share    👍

**Kelly Kelleher Casares**
What college did you graduate from?

12w    Like    Reply    Share

**Kelly Kelleher Casares**
**Taylor Bonish** also again, where does a proposed Elon Musk salute tie into this subject? A bad comparison.

12w    Like    Reply    Share

**Kelly Kelleher Casares**
**Taylor Bonish** also not that a college degree matters, but if you read what I said, you would comprehend that the duh was referring to him putting something publicly in writing that could hurt him such as sending a text that could hurt could hurt you. It's called loose lips sink ships.

12w    Like    Reply    Share

**Taylor Bonish**
**Kelly Kelleher Casares** but a deranged lunatic can publicly do a Nazi salute while being recorded live and faces no consequences? Hmmm

12w    Like    Reply    Share

**Kelly Kelleher Casares**
**Taylor Bonish** no he is not employed working with Minors

12w    Like    Reply    Share

Reply as Account details

Reply as Account details

**Tara DiGiovanni**
As stated in the article, the original post had a video that explained for people to "Bl*w up" the city council's inboxes, phones, and work with words of concern about their choices related to the recent city council meeting.

The school has opened themselves up for a lawsuit. As everyone who saw the original post knows the facts. They are skewing the narrative by omitting the video that aligned with the text. As usual adjusting the facts to fit their agenda!

12w    Like    Reply    Share    Edited    17 👍❤️😮

**Tara DiGiovanni**

Answer as Account details

Ex. 31, Pg. 287



**Chris Young's Post**

screenshots from Chris's post. Happy Sharing:)

< Chris's post

12w    Like    Reply    Share    3

**Kelly Kelleher Casares**
**Tara DiGiovanni**, are you a lawyer? You don't think the school district engaged an attorney before the firing? You don't think an attorney either reviewed or wrote their response?

12w    Like    Reply    Share

Reply as Account details

**Shannon Marie Flores**
I'm so tired of this crap

12w    Like    Reply    Share

**Chris Young**
**Shannon Marie Flores** I agree but this was the end of the story that had to be included to make it complete.... this should be the end but something tells me it's not.... But this part should be done

12w    Like    Reply    Share    Edited    3

Reply as Account details

**Kandie Johnson-Barriga**
Bottom line, the guy it too unhinged about a fricken plaque.

12w    Like    Reply    Share    4

**Jodianne Ellis**

WHEN WILL YOU LEARN!

12w    Like    Reply    Share

**Ashley Jersey Barton**
You don't even have kids. Why are you freaking out over this? What is your personal gripe??

12w    Like    Reply    Share    4

**Bill Larkin**
What is ironic about his postings is he complains that people calling his school and complaining about him, is what MAGA people do and that's why he got fired...

And yet, he was actually doing the same thing with his post....

The hypocrisy of the left never ceases to amaze me...

The lesson of the day remains... Play stupid games, win stupid prizes...

12w    Like    Reply    Share    7

Answer as Account details

Ex. 31, Pg. 288



Chris Young's Post

**Bill Larkin** He stepped on his own rake.

12w   Like   Reply   Share                    2 👍

Reply as Account details

**Ashley Jersey Barton**
Leave children alone Chris, stop hanging around, calling, and harassing the highschool!!!! Gross old man don't even have kids YUCK leave them alone !!!!!!!

12w   Like   Reply   Share                    4 👍

**Tiffany Howell Haile**
He said don't review bomb the library, save that for the city council. Why are so many people in this comment section lying? He got fired. You won, right? Why keep lying about it?

12w   Like   Reply   Share                    12 👍❤️😢

   **Chris Young**
   **Tiffany Howell Haile** you obvuoisly haven't read the original post

   12w   Like   Reply   Share                    3 😂👍

      **Ashley Jersey Barton**
      **Chris Young** telling someone they didn't read the "original post" in reference to the clipping of another person out of context to their original post is absolutely fucking expected of you

      12w   Like   Reply   Share                    2 👍😠

   Reply as Account details

   **Chris Young**
   Tiffany Howell Haile yeah.... No

   Chris Kluwe @chriswarcraft.bsky.... · 2d
   Also, PSA, and I can't believe I have to say this:

   Stop fucking with the library. That's what the city council is doing. The library is great, as are the people who work there.

   Go fuck with the city council. Find where they work, and blow *those* places up.

   12w   Like   Reply   Share   Edited        3 👍😂

      **Tara DiGiovanni**
      **Chris Young** And here you are still leaving out facts that were shared in the article you had screen shares of within your own original post.

      By the way screenshots of someone's text from their post without showing the imagery and or the video is omission of facts that matter. Nice try!

      Oh but it's true to his own agenda, so it's ok to leave those facts out 🙂

      ‹        Chris's post

      12w   Like   Reply   Share   Edited

   **Tiffany Howell Haile**
   **Chris Young** this proves that it WASN'T a call to violence. To "blow

Answer as Account details

**Chris Young's Post**

someone's pager over and over again. Now people use it to mean calling, texting or emailing incessantly. This is 39 year old slang. Do you really not know this?

12w   Like   Reply   Share

**Diane Wasseen Waked**
**Tiffany Howell Haile** serious question. Did you read this part of his post. If you did how do you not see this a a threat.

12w   Like   Reply   Share                                                    2

Reply as Account details

**Jack Jr Barnes**
Chris Kluwe for city council!!!

12w   Like   Reply   Share    5

**Steven Zuniga**
**Jack Jr Barnes** ///he will even do crazier things when he loses. Have him run and get locked up again!

12w   Like   Reply   Share

**Jack Jr Barnes**
**Steven Zuniga** oh ....ok Steven. Thanks for your opinion and have a nice day

12w   Like   Reply   Share                                                    3

Reply as Account details

Reply as Account details

**Steven Zuniga**
Dudes a wing-nut! Probably won't get the clearance to even coach AYSO! BYE BYE! Keep him away from the kids!

12w   Like   Reply   Share                                                    3

**Archie Lee Holton**
Can read it what does it say that he said that we punish for free speech

12w   Like   Reply   Share

**Desirèe Severs**
Snowflakes being mad about reviews bombs is sooo predictable

12w   Like   Reply   Share                                                    3

**Messluvs Jm**
The human does not need any attention.

12w   Like   Reply   Share

**Candice Boldt**
**Paula Jean** facts ✅

12w   Like   Reply   Share

**Kanan Durham**
Chris, you have continued to take this WILDLY out of context and shaped your own narrative that doesn't line up with reality.

His comment, which you screenshotted outside of its essential context and without any of the additional clarifications that he suggesting folks direct their (JUSTIFIED) ire to the council was not a threat.

The school district is backtracking on the reason he was fired because their phones are now being BLOWN UP by people who are outraged at how this was handled.

You oughtta be careful, **Chris Young** - you're lining yourself up real well for a defamation lawsuit.

Answer as Account details

Ex. 31, Pg. 290

## Chris Young's Post

without any of the additional clarifications that he suggesting folks direct their (JUSTIFIED) ire to the council was not a threat.

The school district is backtracking on the reason he was fired because their phones are now being BLOWN UP by people who are outraged at how this was handled.

You oughtta be careful, **Chris Young** - you're lining yourself up real well for a defamation lawsuit.

Disgusting.

12w    Like    Reply    Share                                    3 👍❤️

**Robert Kavanaugh**
The subject behaves in an unstable manner. What would be the consequences to the school and district if his conduct led to another incident affecting students? They have a duty to protect their students.

12w    Like    Reply    Share

**Michael Petris**
Chris Young. Yet, you give Donald Trump a pass every time he says a lie (which is often), or racist, or sexist, or traitorous or demeaning. Where are his consequences?

12w    Like    Reply    Share

**Brandon Berberet**
**Michael Petris**



Mom, what's a
Left winger

A mentally challenged
person who lacks critical
thinking, thrives on fear
mongering and gets duped
very easily into believing
any controversial thing
without evidence, dear.

12w    Like    Reply    Share

**Michael Petris**
Brandon Berberet. Hilarious. But, tell me (in your own words so I can understand) how a buffoon like you accepts lies, made up facts and disgraceful behavior. Please indulge me.

Must be the great job he's doing lowering grocery prices, laying off thousands of workers, dismantling programs for veterans, children and the elderly. Or how about your draft dodging idol siding with his main squeeze Putin while manipulating a setup to bully a truly great man like Zelenskyy?

See ya at the grocery store!

12w    Like    Reply    Share

**David Sumich**
**Michael Petris** Brenda is not even worth you wasting your words on. We live in the age of meme mentality. Buckle up.

12w    Like    Reply    Share                                    👍

**Michael Petris**
David Sumich. It kinda pains me to say "You're right" but I think rather than worry and complain, I should plan on organizing everything more efficiently in order to withstand the oncoming shit storm.

12w    Like    Reply    Share

Reply as Account details                          😊 😀 📷 GIF 🎨

Reply as Account details                          😊 😀 📷 GIF 🎨

Answer as Account details                         😊 😀 📷 GIF 🎨

Document title: Huntington Beach CommUNITY Voice | Facebook
Capture URL: https://www.facebook.com/groups/924532257579438/?multi_permalinks=9795511730481402&amp;hoisted_section_header_type=recently_seen
Capture timestamp (UTC): Tue, 03 Jun 2025 04:26:23 GMT