# EXHIBIT 32

Ex. 32. Screenshot of a social media post by Chrisian Epting on March 3, 2025 in the comments section of an original post by Chris Young on HB CommUNITY Voice on March 3, 2025, saying "I never thought [Kluwe] was literally talking about bombing buildings. (See below).

