AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Christopher Kluwe <br><br> *Plaintiff(s)* <br> v. <br> Huntington Beach Union High School District; Carolee Ogata, in her individual and official capacities as Superintendent of Huntington Beach Union High School District; (See attachment #1) <br> *Defendant(s)* | Civil Action No. 8:25-cv-01648 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Huntington Beach Union High School District
Attn: Risk Management Department
5832 Bolsa Avenue
Huntington Beach, CA 92649

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel Sasse
DSasse@crowell.com
3 Park Plaza 20th floor, Irvine, CA 92614
Peter Eliasberg
PEliasberg@aclusocal.org
313 W 8th St, Suite 200, Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:25-cv-01648

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

| | |
|---|---|
| 1 | Daniel A. Sasse (State Bar No. 236234) |
|   | DSasse@crowell.com |
| 2 | David C. Griffith (State Bar No. 329342) |
|   | DGriffith@crowell.com |
| 3 | Moriah E. Denton (State Bar No. 347975) |
|   | MDenton@crowell.com |
| 4 | Crowell & Moring LLP |
|   | 3 Park Plaza, 20th Floor |
| 5 | Irvine, CA 92614 |
|   | Telephone: 949.263.8400 |
| 6 | Facsimile: 949.263.8414 |

Attorneys for Plaintiff Chris Kluwe
*(Additional Counsel Listed on Next Page)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KLUWE, | Case No. 8:25-cv-1648 |
| Plaintiff, | **COMPLAINT FOR CIVIL RIGHTS VIOLATIONS** |
| v. | **JURY DEMAND** |
| HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT; CAROLEE OGATA, in her individual and official capacities as Superintendent of Huntington Beach Union High School District; SUSAN HENRY, in her individual and official capacities as President of the Board of Trustees of the Huntington Beach Union High School District; DANIEL BRYAN, in his individual and official capacities as Assistant Superintendent, Human Resources at Huntington Beach Union High School District; DANIEL MORRIS, in his individual and official capacities as Principal of Edison High School; EDWARD BEGANY, in his individual and official capacities as Assistant Principal, Supervision at Edison High School; and CHRISTIAN EPTING, an individual, | |
| Defendants. | |

Anne M. Brafford (State Bar No. 237574)
  AMBrafford@gmail.com
Law Practice of Anne Brafford
501 Main St., Ste F, #172
Huntington Beach, CA 92648
Telephone: 714.270.4277

Peter Eliasberg (State Bar No. 189110)
  PEliasberg@aclusocal.org
Jonathan Markovitz (State Bar No. 301767)
  jmarkovitz@aclusocal.org
ACLU Foundation of Southern California
1313 W 8th St, Suite 200
Los Angeles, CA 90017
Telephone: 213.977.5228
Facsimile: 213.207.7881

The ACLU Foundation of Southern California is co-counsel for Plaintiff Kluwe only with respect to his First-Third Causes of Action asserted against the HBUHSD Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER KLUWE v. HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT; et.al.

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT
Attn: Risk Management Department
5832 Bolsa Avenue
Huntington Beach, CA 92649

CAROLEE OGATA, in her individual and official capacities as Superintendent of Huntington Beach Union High School District
Huntington Beach Union High School District
Attn: Risk Management Department
5832 Bolsa Avenue
Huntington Beach, CA 92649

SUSAN HENRY, in her individual and official capacities as President of the Board of Trustees of the Huntington Beach Union High School District
Huntington Beach Union High School District
Attn: Risk Management Department
5832 Bolsa Avenue
Huntington Beach, CA 92649

DANIEL BRYAN, in his individual and official capacities as Assistant Superintendent, Human Resources at Huntington Beach Union High School District
Huntington Beach Union High School District
Attn: Risk Management Department
5832 Bolsa Avenue
Huntington Beach, CA 92649

DANIEL MORRIS, in his individual and official capacities as Principal of Edison High School
Huntington Beach Union High School District
Attn: Risk Management Department
5832 Bolsa Avenue
Huntington Beach, CA 92649

EDWARD BEGANY, in his individual and official capacities as Assistant Principal, Supervision at Edison High School
Huntington Beach Union High School District
Attn: Risk Management Department
5832 Bolsa Avenue
Huntington Beach, CA 92649

CHRISTIAN EPTING, an individual
3845 Humboldt Drive
Huntington Beach, CA 92649