NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Daniel Sasse (SBN 236234)
DSasse@crowell.com
3 Park Plaza 20th floor, Irvine, CA 92614
(949) 263-8400
Peter Eliasberg (SBN 189110)
PEliasberg@aclusocal.org
1313 W 8th St, Suite 200, Los Angeles, CA 90017
(213) 977-5228

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Kluwe<br><br>Plaintiff(s),<br><br>v.<br><br>Huntington Beach Union High School District, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>8:25-cv-01648<br><br>---<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Christopher Kluwe | Plaintiff |
| Huntington Beach Union High School District | Defendant |
| Carolee Ogata | Defendant |
| Susan Henry | Defendant |
| Daniel Bryan | Defendant |
| Daniel Morris | Defendant |
| Edward Begany | Defendant |
| Christian Epting | Defendant |

July 28, 2025
Date

/s/ Daniel A. Sasse
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff