**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number, and address)*<br>  Daniel A. Sasse,Esq | SBN: Bar No.236234<br>  CROWELL & MORING<br>  3 Park Plaza 20th Floor   Irvine, CA 92614<br><br>TELEPHONE NO.: (949) 263-8400 | FAX NO.  | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: CHRISTOPHER KLUWE | FOR COURT USE ONLY |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 411 WEST FOURTH STREET

MAILING ADDRESS:

CITY AND ZIP CODE: SANTA ANA, CA 92701

BRANCH NAME: SOUTHERN DIVISION

| | |
|---|---|
| PLAINTIFF:  CHRISTOPHER KLUWE<br><br>DEFENDANT:  HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT, et al. | CASE NUMBER:<br>8:25-cv-01648-FWS-JDE |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>099401.0005099 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ Summons

   b. ☑ Complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet

   e. ☐ Cross-complaint

   f. ☑ other *(specify documents)*: **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CIVIL STANDING ORDER**

3. a. Party served *(specify name of party as shown on documents served)*:
   **CHRISTIAN EPTING, an individual**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:  **14 62nd Pl**
   **Long Beach, CA 90803-5611**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **8/8/2025**    (2) at *(time)*: **7:02 AM**

   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:          **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/OC31101704** |

| PETITIONER: CHRISTOPHER KLUWE | CASE NUMBER: |
|---|---|
| RESPONDENT: HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT, et al. | 8:25-cv-01648-FWS-JDE |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                  *(2) from (city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: **Dean Carroll - Asap Legal**

  b. Address: **901 W Civic Center Drive, Suite 190  Santa Ana, CA 92703**

  c. Telephone number: **(714) 543-5100**

  d. **The fee** for service was: **$ 196.55**

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:

      (i) ☐ owner    ☐ employee    ☑ independent contractor.

      (ii) Registration No.: **5890**

      (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/8/2025**

**Asap Legal**
**901 W Civic Center Drive, Suite 190**
**Santa Ana, CA 92703**
**(714) 543-5100**
**www.asaplegal.com**

ASAP LEGAL

_____
**Dean Carroll**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*