William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for Defendant, *Christian Epting*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER KLUWE,<br><br>Plaintiffs,<br><br>vs.<br><br>HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT; CAROLEE OGATA, in her individual and official capacities as Superintendent of Huntington Beach Union High School District; SUSAN HENRY, in her individual and official capacities as President of the Board of Trustees of the Huntington Beach Union High School District; DANIEL BRYAN, in his individual and official capacities as Assistant Superintendent, Human Resources at Huntington Beach Union High School District; DANIEL MORRIS, in his individual and official capacities as Principal of Edison High School; EDWARD BEGANY, in his individual and official capacities as Assistant Principal, Supervision at | Case No. 8:25-cv-1648 FWS (JDEx)<br><br>*Hon. Fred W. Slaughter*<br><br>**DECLARATION OF CHRISTIAN EPTING IN SUPPORT OF MOTION TO DISMISS; EXHIBITS**<br><br>Date: September 18, 2025<br>Time: 10:00 a.m.<br>Ctrm: 10D<br><br>Compl. Filed: August 8, 2025 |

1    Case No. 8:25-cv-1648 FWS (JDEx)
**DECLARATION OF CHRISTIAN EPTING IN SUPPORT OF MOTION TO DISMISS; EXHIBITS**

Edison High School; and CHRISTIAN EPTING, an individual,

                Defendants.

I, Christian Epting, declare as follows:

    1.    I am a defendant in this action. The following facts and circumstances are personally known to me, and if called upon to do so, I could and would competently testify as to them.

    2.    This declaration is submitted in support of my Motion to Dismiss ("Motion").

    3.    I am a published author and local writer. I reside in Long Beach, California. My work includes books on music, sports, and popular culture, and I maintain a personal website, chrisepting.com, where I describe my publications and professional activities.

    4.    In addition to my published writing, I participate in online forums and social media discussions concerning local history, classes I teach, and other related professional issues.

    5.    The plaintiff uses strident and misleading language and irrelevant, false, and misleading allegations purporting to suggest that I am a social media provocateur with a reputation for picking fights online. (See, e.g., Compl, 83-100.) In effect, he is demonizing me and others who disagree with him politically or on ideological matters. He appears to suggest that I don't have a right to express

my views, while he does. In fact, he seems to be engaging in the very sort of ad hominem attacks he accuses me of engaging in.

6. In February 2025, I saw reports that Chris Kluwe had been arrested at a Huntington Beach City Council meeting after approaching the dais and disrupting the proceedings.

7. A few days later, I saw his "PSA" post circulating online. It read: *"Also, PSA, and I can't believe I have to say this: Stop fucking with the library. That's what the city council is doing. The library is great, as are the people who work there. Go fuck with the city council. Find where they work, and blow \*those\* places up."* I reposted that screenshot twice—once as it appeared, and once with my comment: *"I hope the library renounces this kind of language and behavior."*

8. I did not crop, alter, or edit the post in any way. What I shared was exactly what I saw online. I had no knowledge of any video attached to the original, and to my understanding Plaintiff deleted that original post.

9. I do not know Mr. Kluwe personally. My reposts were based only on what I saw him write and what was already being shared widely.

10. I am aware that Plaintiff has repeatedly used social media to promote or encourage disruptive conduct. For example, in one widely circulated post, he urged Dodger fans to make the stadium "a fucking nightmare" by "constantly" throwing "bags of oranges" onto the field. Attached hereto and incorporated herein

3  Case No. 8:25-cv-1648 FWS (JDEx)
**DECLARATION OF CHRISTIAN EPTING IN SUPPORT OF MOTION TO DISMISS; EXHIBITS**

by reference as Exhibit 1 is a true and correct copy of that post, which I acquired from the Internet by taking a screenshot.

11. In another, he suggested that people should harass federal agents by triggering fire alarms at the hotels where they are staying and to overwhelm law enforcement by sparking simultaneous protests in multiple states, thereby interfering with and obstructing federal operations, not to mention the operations of the hotels and the lives of innocent staff and visitors. Attached hereto and incorporated herein by reference as Exhibit 2 is a true and correct copy of that post, which I acquired from the Internet by taking a screenshot.

12. In yet another post, he instructed people to humiliate federal agents by smearing them with mayonnaise. Attached hereto and incorporated herein by reference as Exhibit 3 is a true and correct copy of that post, which I acquired from the Internet by taking a screenshot.

13. I have also seen Plaintiff impersonate others online. On one occasion, he posed as Elon Musk and published a crude "urine" tweet, which was later reported publicly as a prank. For some peculiar reason, Plaintiff attached this "prank" post to the Complaint. Attached hereto and incorporated herein by reference as Exhibit 4 is a true and correct copy of that post, which I acquired from the Internet by taking a screenshot.

4   Case No. 8:25-cv-1648 FWS (JDEx)
**DECLARATION OF CHRISTIAN EPTING IN SUPPORT OF MOTION TO DISMISS; EXHIBITS**

14. Plaintiff has acknowledged and apologized for making a "child rape" joke directed at his former Vikings coach, Mike Priefer, by invoking convicted pedophile Jerry Sandusky. Attached hereto and incorporated herein by reference as Exhibit 5 is a true and correct copy of that publication, which I acquired from the Internet by taking a screenshot.

15. He frequently uses profanity-laced invective and Nazi analogies in his writings directed at political opponents. Attached hereto and incorporated herein by reference as Exhibit 6 are true and correct copies of such posts, which I acquired from the Internet by taking screenshots.

16. In addition, Plaintiff has publicly referred to himself as "Troublemaker Extraordinaire," adopting that moniker as part of his online persona. Attached hereto and incorporated herein by reference as Exhibit 7 is a true and correct copy of that post, which I acquired from the Internet by taking a screenshot.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed this 27th day of August, 2025, at Long Beach, California.

*s/ Christian Epting*
Christian Epting, Declarant