William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for Defendant, *Christian Epting*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER KLUWE, <br><br> Plaintiffs, <br><br> vs. <br><br> HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT; ET AL. <br><br> Defendants. | Case No. 8:25-cv-1648 FWS (JDEx) <br><br> *Hon. Fred W. Slaughter* <br><br> **DEFENDANT'S NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** <br><br> Compl. Filed: August 8, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's September 2, 2025 Order Granting Stipulation to Extend Time to Respond to Initial Complaint (Dkt. 24), Defendant Christian Epting hereby withdraws the following motions:

1. Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), filed on August 27, 2025 (Dkt. 18); and

2. Special Motion to Strike under Code Civ. Proc. § 425.16, filed on August 27, 2025 (Dkt. 19).

This withdrawal is made pursuant to the Court's Order (Dkt. 24), which directed Defendant to withdraw both motions following the parties' stipulation extending Defendant's time to respond to the Complaint.

Dated: September 2, 2025

        Respectfully submitted,

        **FREEDOM X**

    By: /s/ William J. Becker, Jr.
        William J. Becker, Jr., Esq.
        Attorney for Plaintiffs