AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Central District of California

| Christopher Kluwe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 8:25-CV-1648-FWS |
| Huntington Beach Union High School Dist. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Huntington Beach UHSD, C.Ogata, S. Henry, D. Bryan, D. Morris, and E. Begany.

Date:   09/07/2025

*Attorney's signature*

Mark Bresee, Cal. SBN 167346
*Printed name and bar number*

20 Pacifica, Suite 1100
Irvine, California 92618
*Address*

mbresee@aalrr.com
*E-mail address*

(949) 453-4260
*Telephone number*

(858) 485-9412
*FAX number*