UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-01648-FWS-JDE                                    Date: October 14, 2025
Title: Christopher Kluwe v. Huntington Beach Union High School District *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                Attorneys Present for Defendants:

Not Present                                        Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING
SANCTIONS**

The court **ORDERS** Defendant Christian Epting's Counsel to show cause at an in-person hearing on **Thursday, October 23, 2025, at 10:00 a.m. in Courtroom 10D** why Counsel should not be sanctioned under Rule 11 and the court's inherent power for alleged citations to non-existent cases and misrepresentations of existing case law in Defendant's Motion to Strike Plaintiff's False Light Defamation Claim, (Dkt. 26 ("Motion")). It also appears that Counsel may have misused artificial intelligence here.[1] If Counsel wish to file a written response beyond the reply in support of the Motion, (Dkt. 37), Counsel may do so on or before October 17, 2025.

---

[1] The court's Civil Standing Order addresses the use of artificial intelligence. (Dkt. 9 (Civil Standing Order) at 6.)