1  Daniel A. Sasse (SBN: 236234)
      DSasse@crowell.com
2  David C. Griffith (SBN: 329342)
      DGriffith@crowell.com
3  Jazmine G. Buckley (SBN: 341516)
      JBuckley@crowell.com
4  Crowell & Moring LLP
   3 Park Plaza, 20th Floor
5  Irvine, CA 92614
   Telephone: 949.263.8400
6  Facsimile: 949.263.8414

7  *Attorneys for Plaintiff Christopher Kluwe*

8  *(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KLUWE, <br> Plaintiff, <br> v. <br> HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT, et al., <br> Defendants. | Case No. 8:25-cv-1648 <br><br> **PLAINTIFF'S REQUEST FOR ORDER TO USE POWERPOINT PRESENTATION AND VIDEO IN COURTROOM FOR ORAL ARGUMENT** <br><br> Date: October 23, 2025 <br> Time: 10:00 a.m. <br> Crtrm: 10D <br> Judge: Hon. Fred W. Slaughter <br><br> JURY DEMAND |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

PLAINTIFF'S REQUEST FOR ORDER TO USE
POWERPOINT PRESENTATION AND VIDEO IN
COURTROOM FOR ORAL ARGUMENT;
CASE NO. 8:25-CV-1648

Pursuant to the Court's policies concerning the use of electronic equipment and Judge Slaughter's Rules re Electronic Equipment in the Courtroom, Plaintiff Christopher Kluwe ("Plaintiff") respectfully requests permission to bring the following electronic equipment into the courtroom for the purpose of presenting evidence and demonstrative video during the hearing scheduled for October 23, 2025 at 10:00 a.m. A proposed order is attached and contemporaneously filed with this request.

- HP Laptop. This device will be used to run the presentation software and video.
- HDMI Adapter(s). This is to ensure connectivity with the court's monitors.
- Power cable(s).

The equipment will be used to present the following:

- PowerPoint presentation and video.
- The presentation will aid the Court in understanding the video posted.

Plaintiff's Counsel has already contacted the Courtroom Deputy for permission and understands that court staff will not be available to provide technical assistance during the hearing itself.

Plaintiff's Counsel will ensure all devices are silenced and will comply with all other courtroom rules.

Dated: October 15, 2025            CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*
Daniel A. Sasse
David C. Griffith
Jazmine G. Buckley

*Attorneys for Plaintiff Christopher Kluwe*

CROWELL & MORING LLP
ATTORNEYS AT LAW

2

PLAINTIFF'S REQUEST FOR ORDER TO USE POWERPOINT PRESENTATION AND VIDEO IN COURTROOM FOR ORAL ARGUMENT;
CASE NO. 8:25-CV-1648

Dated: October 15, 2025

LAW PRACTICE OF ANNE BRAFFORD

By: */s/ Anne M. Brafford*
Anne M. Brafford

*Attorneys for Plaintiff Christopher Kluwe*

Dated: October 15, 2025

ACLU Foundation of Southern California

By: */s/ Peter Eliasberg*
Peter Eliasberg
Jonathan Markovitz

*Attorneys for Plaintiff Christopher Kluwe*

*Please be advised that the ACLU Foundation of Southern California represents Plaintiff Kluwe solely in connection with his First-Third Causes of Action asserted against the HBUHSD Defendants. The ACLU does not represent Plaintiff Kluwe in connection with the Fourth Cause of Action asserted against Defendant Epting.*

CROWELL & MORING LLP
ATTORNEYS AT LAW

3

PLAINTIFF'S REQUEST FOR ORDER TO USE POWERPOINT PRESENTATION AND VIDEO IN COURTROOM FOR ORAL ARGUMENT;
CASE NO. 8:25-CV-1648

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-4.3.4(a)(2), I certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Daniel A. Sasse*
Daniel A. Sasse

CROWELL & MORING LLP
ATTORNEYS AT LAW

4

PLAINTIFF'S REQUEST FOR ORDER TO USE POWERPOINT PRESENTATION AND VIDEO IN COURTROOM FOR ORAL ARGUMENT;
CASE NO. 8:25-CV-1648

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel for all Parties, who are CM/ECF registrants.

*/s/ Daniel A. Sasse*
Daniel A. Sasse

CROWELL & MORING LLP
ATTORNEYS AT LAW

5

PLAINTIFF'S REQUEST FOR ORDER TO USE POWERPOINT PRESENTATION AND VIDEO IN COURTROOM FOR ORAL ARGUMENT;
CASE NO. 8:25-CV-1648