William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for Defendant, *Christian Epting*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER KLUWE, <br><br> Plaintiffs, <br><br> vs. <br><br> HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT; ET AL., <br><br> Defendants. | Case No. 8:25-cv-1648 FWS (JDEx) <br><br> *Hon. Fred W. Slaughter* <br><br> **DECLARATION OF WILLIAM J. BECKER, JR., RE: COMPLIANCE WITH THE COURT'S NOVEMBER 4, 2025, ORDER RE: SANCTIONS [ECF NO. 58]; EXHIBITS** |

I, William J. Becker, Jr., declare as follows:

1. I am an attorney admitted to practice before all the courts in the State of California, including all of the federal district courts, and counsel of record for Defendant Christian Epting. The following facts and circumstances are personally known to me, and if called upon to do so, I could and would competently testify as to them.

2. This declaration is submitted to advise the Court of my compliance with the November 4, 2025, Order re: Sanctions (ECF NO. 58) ("Order").

3. <u>Payment of Sanction</u>. On November 5, 2025, I remitted the $2,000 monetary sanction to the Clerk of Court via UPS noting the case number in the remittance. On November 10, 2025, the Clerk of the Court entered receipt of payment on the docket. (ECF No. 59 (Receipt number 37385).)

4. <u>Service of Order on Client</u>. On Nov 4, 2025, I served a copy of the Order on my client, Christian Epting via email. A true and correct copy of the transmittal is attached hereto and incorporated herein by reference as Exhibit A.

5. <u>Certification in Future Filings</u>. I will include in all future filings in this action the certification required by the Court, namely that all cited authorities were read and accurately support the propositions for which they are cited and that all quotations are accurate.

6. <u>Self-Report</u>. On November 11, 2025, I submitted a self-report regarding the sanction to the State Bar of California. A copy of the report is attached hereto and incorporated herein by reference as Exhibit B. A copy of the fax transmission report is attached hereto and incorporated herein by reference as Exhibit C.

/ / /

/ / /

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed this 11th day of November, 2025, at Scottsdale, Arizona.

4   *s/ William J. Becker, Jr.*
    William J. Becker, Jr., Declarant

**DECLARATION OF WILLIAM J. BECKER, JR., RE: COMPLIANCE WITH THE COURT'S NOVEMBER 4, 2025, ORDER RE: SANCTIONS [ECF NO. 58]; EXHIBITS**