# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Kluwe,<br><br>PLAINTIFF(S)<br>v.<br><br>Huntington Beach Union High School District et al.,<br>DEFENDANT(S). | CASE NUMBER:<br>8:25-cv-01648-FWS-JDE<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 11/11/2025 | 61 | Request for Approval of Substitution or Withdrawal |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Incorrect event selected. Correct event to be used is: Civil Events– Requests– Substitute.

Proposed document was not submitted or was not submitted as a separate attachment.

Dated: 11/12/2025           By: _____
                                U.S. District Judge