1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **SOUTHERN DIVISION**

11

12  **CHRISTOPHER KLUWE,**                 ) **Case No.: 8:25-cv-01648-FWS-JDE**
                                            )
13                                          )
        **Plaintiff,**                      )
14                                          ) **JUDGMENT AS TO PLAINTFF**
        **v.**                              ) **CHRISTOPHER KLUWE'S CLAIMS**
15                                          ) **AGAINST DEFENDANT**
    **HUNTINGTON BEACH UNION HIGH**         ) **HUNTINGTON BEACH UNION HIGH**
16  **SCHOOL DISTRICT, et al.,**            ) **SCHOOL DISTRICT**
                                            )
17                                          )
                                            )
18      **Defendants.**                     )
                                            )
19                                          )
                                            )
20                                          )
                                            )
21  ────────────────────────────           )

22

23      Plaintiff Christopher Kluwe ("Plaintiff") alleges claims against, among other

24  defendants, Defendant Huntington Beach Union High School District ("HBUHSD")

    related to Plaintiff's alleged termination from his coaching job at Edison High School.

25  (Dkt. 1 (Complaint).)  HBUHSD and several defendants filed a Motion to Dismiss.  (Dkt.

26  28 ("Motion to Dismiss").)  The court granted in part and denied in part the Motion to

27  Dismiss, dismissing each of Plaintiff's claims against HBUHSD without leave to amend.

28

(Dkt. 57 ("Prior Order").)  On November 18, 2025, Plaintiff filed a Motion for Reconsideration, requesting that the court amend the Prior Order to deny without prejudice the Motion to Dismiss as to Plaintiff's claims against HBUHSD or alternatively, enter final judgment against HBUHSD under Rule 54.  (Dkt. 65.)  In accordance with the Order Granting in Part and Denying in Part Plaintiff's Motion for Reconsideration, including the court's findings under Federal Rule of Civil Procedure 54(b), the court **ENTERS JUDGMENT** in this case in favor of HBUHSD and against Plaintiff as to each of his claims against HBUHSD.  Plaintiff shall take nothing on each of his claims against HBUHSD in this case.

**IT IS SO ORDERED.**

DATED:     January 7, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE