Daniel A. Sasse (SBN: 236234)
 DSasse@crowell.com
David C. Griffith (SBN: 329342)
 DGriffith@crowell.com
Jazmine G. Buckley (SBN: 341516)
 JBuckley@crowell.com
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414

*Attorneys for Plaintiff Christopher Kluwe*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KLUWE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT et al.,<br><br>　　　　　　Defendants. | Case No. 8:25-cv-1648<br><br>**PLAINTIFF CHRISTOPHER KLUWE'S NOTICE OF APPEAL**<br><br>Honorable Fred W. Slaughter<br><br>Action Filed July 28, 2025 |

# NOTICE OF APPEAL

**TO THE CLERK OF COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD: PLEASE TAKE NOTICE** that Plaintiff Christopher Kluwe ("Kluwe") hereby appeals to the United States Court of Appeals for the Ninth Circuit from: (1) this Court's November 4, 2025 Order granting Defendant Huntington Beach Union High School District ("HBUHSD") motion to dismiss without leave to amend on Eleventh Amendment immunity grounds (ECF No. 57) and (2) this Court's January 7, 2026 Order denying Plaintiff's request for reconsideration under Federal Rules of Civil Procedure 59(e) and 60 of the Court's determination that Defendant HBUHSD is entitled to Eleventh Amendment immunity (ECF No. 80). Plaintiff Kluwe notes that in its January 7, 2026 Order, the Court entered final judgment under Federal Rule of Civil Procedure 54 "as to Plaintiff's claims against HBUHSD such that the Eleventh Amendment immunity determination as to the claims against HBUHSD may be appealed to the Ninth Circuit." *Id.* at 9. Please take further notice that as soon as the Ninth Circuit has assigned a docket number, Plaintiff Christopher Kluwe will be filing a motion for expedited treatment of the appeal.

Dated: February 6, 2026

CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*
Daniel A. Sasse
dsasse@crowell.com
David C. Griffith
dgriffith@crowell.com
Jazmine G. Buckley
jbuckley@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414

*Attorneys for Plaintiff Christopher Kluwe*

**REPRESENTATION STATEMENT**
Ninth Circuit Rule 3-2(b)

**Counsel for Plaintiff Christopher Kluwe**

    Daniel A. Sasse
    dsasse@crowell.com
    David C. Griffith
    dgriffith@crowell.com
    Jazmine G. Buckley
    jbuckley@crowell.com
    CROWELL & MORING LLP
    3 Park Plaza, 20th Floor
    Irvine, CA 92614
    Telephone: 949.263.8400
    Facsimile: 949.263.8414

    Anne M. Brafford
    ambrafford@gmail.com
    LAW PRACTICE OF ANNE BRAFFORD
    501 Main St., Ste F, No. 172
    Huntington Beach, CA 92648
    Telephone:  714.270.4277

**Counsel for Defendant Huntington Beach Union High School District**

    Anthony P. De Marco
    ademarco@aalrr.com
    Brooklyn N. Robertson
    Brooklyn.robertson@aalrr.com
    Mark R. Bresee
    mbresee@aalrr.com
    ATKINSON ANDELSON LOYA RUUD AND ROMO APLC
    20 Pacifica, Suite 1100
    Irvine, CA 92618
    Telephone:  949.453.4260
    Facsimile:   949.453.4262

**Counsel for Defendants Carolee Ogata, Susan Henry, Daniel Bryan, Daniel Morris, and Edward Begany**

    Anthony P. De Marco
    ademarco@aalrr.com
    Brooklyn N. Robertson
    Brooklyn.robertson@aalrr.com
    Mark R. Bresee
    mbresee@aalrr.com
    ATKINSON ANDELSON LOYA RUUD AND ROMO APLC
    20 Pacifica, Suite 1100
    Irvine, CA 92618
    Telephone:  949.453.4260
    Facsimile:   949.453.4262

1  **Counsel for Defendant Christian Epting**

2  Christopher L. Frost
chris@frostllp.com
3  Timothy R. Laquer
tim@frostllp.com
4  Benjamin Grush
bgrush@frostllp.com
5  FROST LLP
10960 Wilshire Boulevard, Suite 2100
6  Los Angeles, CA 90024
Telephone: 424.254.0441
7  Facsimile: 424.600.8504

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel for all Parties, who are CM/ECF registrants.

*/s/ Daniel A. Sasse*
Daniel A. Sasse