Daniel A. Sasse (SBN: 236234)
    DSasse@crowell.com
David C. Griffith (SBN: 329342)
    DGriffith@crowell.com
Jazmine G. Buckley (SBN: 341516)
    JBuckley@crowell.com
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone:  949.263.8400
Facsimile:   949.263.8414

*Attorneys for Plaintiff Christopher Kluwe*

*(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KLUWE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLEE OGATA, in her individual and official capacities as Superintendent of Huntington Beach Union High School District et al.,<br><br>    Defendants. | Case No. 8:25-cv-1648<br><br>**PLAINTIFF'S NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES FROM THE HBUHSD DEFENDANTS (L.R. 37-2.2)**<br><br>Date:   May 7, 2026<br>Time:   10:00 a.m.<br>Crtrm: 6A<br>Magistrate Judge: John D. Early<br><br>Discovery Cut Off: April 6, 2026<br>Pretrial Conference: Sept. 24, 2026<br>Trial Date: October 13, 2026<br><br>JURY DEMAND |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on May 7, 2026 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Christopher Kluwe ("Plaintiff") will and hereby move to compel discovery responses from Defendants Carolee Ogata, Susan Henry, Daniel Bryan, Daniel Morris, Edward Begany, Anil Muhammed, Rich Boyce, Joe Loomis, Matt White, Kayla Holmes, Noel Anderson, Diana Carey, and Bonnie Castrey (the "HBUHSD Defendants"). Plaintiff brings this motion pursuant to Local Rule 37-2. By this motion, Plaintiff asks this Court to compel full, verified responses without objections and order Defendants to complete their document production by a firm deadline. This motion is and will be based on this Notice of Motion to Compel, Joint Stipulation regarding Motion to Compel, the Declaration of Daniel A. Sasse and exhibits, the Declaration of Mark Bresee, the accompanying [Proposed] Order, and argument as the Court may properly consider.

Dated:  April 16, 2026                    CROWELL & MORING LLP


By: */s/ Daniel A. Sasse*
    Daniel A. Sasse
    David C. Griffith
    Jazmine G. Buckley

    *Attorneys for Plaintiff Christopher Kluwe*


Dated:  April 16, 2026                    LAW PRACTICE OF ANNE BRAFFORD


By: */s/ Anne M. Brafford*
    Anne M. Brafford

    *Attorneys for Plaintiff Christopher Kluwe*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

2

Dated:  April 16, 2026

ACLU Foundation of Southern California

By: */s/ Peter Eliasberg*
Peter Eliasberg
Jonathan Markovitz

*Attorneys for Plaintiff Christopher Kluwe*

*Please be advised that the ACLU Foundation of Southern California represents Plaintiff Kluwe solely in connection with his First-Third Causes of Action asserted against the HBUHSD Defendants. The ACLU does not represent Plaintiff Kluwe in connection with the Fourth Cause of Action asserted against Defendant Epting.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

3

NOTICE OF MOTION TO COMPEL;
CASE NO. 8:25-CV-1648

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2), I certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Daniel A. Sasse
Daniel A. Sasse

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel for all Parties, who are CM/ECF registrants.

/s/ Daniel A. Sasse
Daniel A. Sasse

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF MOTION TO COMPEL;
CASE NO. 8:25-CV-1648