_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-01648-FWS-JDE                               Date: June 8, 2026
Title: Christopher Kluwe v. Huntington Beach Union High School District *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

|  |  |
|---|---|
| Rolls Royce Paschal | N/A |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                     Attorneys Present for Defendants:

Not Present                                                   Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S UNOPPOSED RULE 41 MOTION [135]**

　　Before the court is Plaintiff Christopher Kluwe's Motion for Voluntary Dismissal of Plaintiff's Fourth Cause of Action for False Light Defamation against Defendant Christian Epting ("Defendant") pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. 135 ("Motion" or "Mot.").) No opposition to the Motion has been filed, and the deadline to do so has passed. (*See generally* Dkt.); *see also* C.D. Cal. L.R. 7-9 (requiring oppositions to be filed "not later than twenty-one (21) days before the date designated for the hearing of the motion," which for the noticed June 25, 2026, hearing required oppositions to be filed by June 4, 2026); L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). The court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78(b) ("By rule or order, the court may provide for submitting and determining motions on briefs, without oral hearings."); C.D. Cal. L.R. 7-15 (authorizing courts to "dispense with oral argument on any motion except where an oral hearing is required by statute"). Accordingly, the **hearing** set for **June 25, 2026**, is **VACATED** and **OFF CALENDAR**.

　　Plaintiff moves to dismiss the "entirety Plaintiff's Fourth Cause of Action for False Light Defamation against Defendant" pursuant to Rule 41(a)(2). (Mot. at 4.) According to Plaintiff, Plaintiff and Epting "have resolved this matter and have entered into a confidential Settlement Agreement." (*Id.*) The parties agreed that the court would "have continuing jurisdiction over the terms of the Settlement Agreement and any dispute that arises out of it," and that Defendant would publicize a Joint Statement. (*Id.* at 4.)

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-01648-FWS-JDE                                    Date: June 8, 2026
Title: Christopher Kluwe v. Huntington Beach Union High School District *et al.*

Having reviewed and considered the Motion, the files and records of the case, and the applicable law, including Rule 41(a)(2), the court **GRANTS** the Motion.  The court **RETAINS** jurisdiction over the terms of the Settlement Agreement and any dispute that arises out of it. Plaintiff's Fourth Cause of Action for False Light Defamation against Defendant is **DISMISSED** pursuant to Rule 41(a)(2).

_____