UPPLEMENTAL MEMORANDUMATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Mark R. Bresee State Bar No. 167346
MBresee@aalrr.com
Brooklyn N. Robertson State Bar No. 356391
Brooklyn.Robertson@aalrr.com
Anthony P. De Marco State Bar No. 217815
ADeMarco@aalrr.com
20 Pacifica, Suite 1100
Irvine, California 92618-3371
Telephone: (949) 453-4260
Fax: (949) 453-4262

Attorneys for Defendants

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ORANGE COUNTY DIVISION

CHRISTOPHER KLUWE,

Plaintiff,

v.

CAROLEE OGATA, et al.,

Defendants.

Case No. 8:25-cv-1648-FWS

**DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM**

Disc. Cutoff: September 30, 2026
Pretrial Conf: February 25, 2027
Trial Date: March 16, 2027

Earlier today, Judge Early issued an Order appointing a Special Master (ECF 142), and declared the motions to which Plaintiff submitted a Supplemental Memorandum administratively closed, vacating the hearings on said motions. (ECF 143.) The appointment is "subject to acceptance of the appointment and filing of an Affidavit as set forth" in the Order, and states that the "Special Master shall determine the procedures by which disputes are presented to the Special Master." (ECF 142.)

It is therefore not clear to Defendants why Plaintiff proceeded as if the Special Master had already filed the Affidavit and "determine[d] the procedures by which

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

disputes are presented to the Special Master" by filing a Supplemental Memorandum as if the Local Rule 14-day deadline to file a Supplemental Memorandum to the Court-vacated hearing was still in effect. From Defendants' perspective, the filing is the latest in a pattern the Court has found of multiple instances of Plainitff's ignoring of and/or non-compliance with Orders and Local Rules.

Defendants will comply with the Court's Order and await the filing of an Affidavit as set forth in the Order, and look forward to complying with whatever procedures the Special Master determines are appropriate.

In the meantime, Defendants will also continue their good faith efforts to resolve discovery issues in good faith.

Dated: September 10, 2026 ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: ______________________
Mark R. Bresee
Brooklyn N. Robertson
Anthony P. De Marco
Attorneys for Defendants