ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Mark R. Bresee State Bar No. 167346
MBresee@aalrr.com
Brooklyn N. Robertson State Bar No. 356391
Brooklyn.Robertson@aalrr.com
Anthony P. De Marco State Bar No. 217815
ADeMarco@aalrr.com
20 Pacifica, Suite 1100
Irvine, California 92618-3371
Telephone: (949) 453-4260
Fax: (949) 453-4262

Attorneys for Defendants

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER KLUWE,

Plaintiff,

v.

CAROLEE OGATA, et al.,

Defendants.

Case No. 8:25-CV-1648-FWS

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**[FRCP 56]**

Judge: Hon. Fred W. Slaughter

Hearing Date: January 21, 2027
10:00 a.m.
Courtroom 10D

**TO PLAINTIFF AND TO HIS ATTORNEYS OF RECORD:**

Please take notice that on January 21, 2027, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10D of the United States District Court, Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California, before the Honorable Fred W. Slaughter, Defendants Carolee Ogata, Daniel Morris, Edward Begany, Anil Muhammed, and Joe Loomis

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

("Defendants") will move this Court for an Order concluding that the Defendants are entitled to summary judgment as to all three causes of action in Plaintiff's First Amended Complaint ("FAC"), or, in the alternative, to summary adjudication of each cause of action and of Plaintiff's request for punitive damages. This Motion is made on the grounds that there is no genuine dispute as to any material fact and that Defendants are entitled to judgment as a matter of law, including on the ground of qualified immunity.

This motion is made following a conference of counsel pursuant to Central District Local Rule 7-3, which took place on September 10, 2027.

The Motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities submitted herewith, the Declarations of Carolee Ogata, Daniel Morris, Edward Begany, Joe Loomis, Anil Muhammed, Richard Boyce, Kayla Holmes, Matt White, Jeff Grady, Catherine Lawlor, Katherine Medley, Anthony Ochoa, Edward Michel, Katrina Handel, and Chloe Orel, with the exhibits attached thereto, the concurrently filed Separate Statement of Uncontroverted Facts, the pleadings, records, and files in this action; and any oral and documentary evidence presented at the hearing.

## GROUNDS FOR MOTION

This Motion is made on the following grounds:

1. Each of the three remaining causes of action fails as a matter of law, and there is no genuine dispute of material fact as to any of them, entitling Defendants to judgment as a matter of law under Federal Rule of Civil Procedure 56.

2. All Defendants are entitled to qualified immunity on all three causes of action because Plaintiff cannot establish the violation of a constitutional right or that any such right was clearly established at the time of the conduct at issue. At a minimum, qualified immunity bars Plaintiff's individual-capacity damages claims on all three causes of action.

3. As to the First Cause of Action, Plaintiff cannot establish First

Amendment retaliation, including because the separation decision was made by Defendant Morris based on a reasonable, forward-looking concern of campus disruption, and the remaining Defendants did not integrally participate in that decision.

4. As to the Second Cause of Action, the District's Civility Policy is constitutional and was not the basis for the separation decision.

5. As to the Third Cause of Action, Plaintiff cannot establish a deprivation of a protected liberty interest without due process arising from the March 3, 2025 press release.

6. In the alternative, Defendants are entitled to summary adjudication that Plaintiff failed to mitigate his damages, and may not recover punitive damages, because the undisputed record contains no evidence that any Defendant acted with evil motive or intent, or with reckless or callous indifference to Plaintiff's federally protected rights.

On each of the foregoing grounds, there is no genuine dispute as to any material fact and Defendants are entitled to judgment as a matter of law under Federal Rule of Civil Procedure 56.

Dated: October 22, 2026 ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: ______________________________
Mark R. Bresee
Brooklyn Robertson
Anthony De Marco
Attorneys for the Defendants

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262